# EXHIBIT C

# NDA / Non-Compete Agreement



7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

RECEIVING PARTY

_Eden Building Solutions_
Company Name

_Chris Schiro_
Signer's Name

_Print Team_
Position

_02/25/2023_
Date

_____
Signature

The COMPANY (CJR Distributing, dba MudBots)

_____
MudBots LLC

_____
Signer's Name

_____
Position

_____
Date

_____
Signature

Each page MUST be initialed.

Mail (2) originals to 7023 S. 700 W. #B Midvale, Utah 84047 USA
One copy will be signed and returned by MudBots.



MudBots LLC
+1 800 733-2302
08:00 - 17:00 MST
www.MudBots.com
7023 S 700 W Building B
Midvale, Utah
84047 USA



# NDA / Non-Compete Agreement
## Receiving Party Disclosures
## Non-Disclosure & Non-Compete

The following Agreement is required as a condition of disclosing information relative to Concrete Printing technology and products offered by MudBots to protect their R&D investment and mutually acknowledged Intellectual Rights. Before sharing information MudBots must thoroughly understand who the information is being shared with, why the information is being requested, as well as how the information will be used.

**NOTICE:** If you are requesting information on behalf of a group, company, or anyone other than yourself, each person you wish to share the same with must first submit their own copy of this protective document before disclosure.

The Disclosing Party and Receiving Party are defined as follows (each sometimes herein individually referred to as a "Party" or collectively as "Parties").

### DISCLOSING PARTY

MudBots LLC, hereafter to be referred to as (The Company), having a principal place of business (the "Facility") at:
7023 S. 700 W. Building B, Midvale, Utah 84047

In connection with a possible Transaction or sharing of Intellectual Rights, the Parties wish to disclose certain non-public and public information as set forth above and make available certain officers and employees in order to discuss such information and to answer any related inquiries.

The language and intended protections of this Agreement WILL NOT in any way limit the Receiving Party's ability to purchase a concrete printer, mixing, or pumping system from OTHERS offering the same, nor is the intent to prohibit the Receiving Party from using MudBots products, or from starting or running their own company that sells concrete printed structures.

The overall intent is to protect MudBots from Receiving Party, in any manner, copying the compilation of technology, equipment, software, pumps, mixers, mixes, documents, artwork, and business model in an effort to build any portion of or compete in the sale of any products as stipulated below for personal or commercial use.

# NDA / Non-Compete Agreement

**MudBots** ®
FUTURE OF CONCRETE

7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

**RECEIVING PARTY**

The Receiving Party is _Nathan    Grippey_____, a _____ corporation, having a principal

place of business at:

Address _1507   5 Sec st_____

City _Clinton_____

State _MO_____ Zip _64795___

Company Phone_____

Fax _____ Business License _____

Email _grippeynathan@gmail.com_____

If Signer is currently employed by any company other than the one above, disclose that company here:

Legal Company Name _____

Address _____

City _____

State _____ Zip _____

Phone _____

Position _____

Email _____

Website _____

Business Type _____ Years in Business _____

[✓] The name given above is the actual legal name.

[ ] The name given above is the dba. Actual legal name is: _____

## 1. PURPOSE FOR ENQUIRY

[ ] Building Department Orientation

[ ] Municipality/Political Interest Orientation

[ ] University/College Purchase Enquiry

[ ] University/College Curriculum Enquiry

[ ] Student Research Enquiry

[ ] Charitable/Humanitarian Foundation Enquiry

[ ] Media Research or Interview

[ ] Mix Additives Testing

[ ] Contractor Purchase

[ ] Architect Purchase

[ ] Engineer Purchase

[ ] Franchisee Enquiry

[ ] International Partner/Distributor Enquiry

[ ] International Buyer Enquiry

[ ] Vendor/Supplier Enquiry

[ ] Armed Services Enquiry

[✓] Other _Video Production_____

# NDA / Non-Compete Agreement

7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

## 2. PRINTER USE

What is your primary interest in buying a printer? (Choose Two)

[ ] Multi Family Homes
[ ] Single Family Homes
[ ] Commercial Warehouses
[ ] Commercial Restaurants
[ ] Commercial Convenience Stores
[ ] Commercial Utility Structures
[ ] Commercial Builder Other _____
[ ] Guest Living Quarters
[ ] Sheds and Garages
[ ] Storm Shelters
[ ] Prepper Safe Rooms
[ ] Home Property Walls
[ ] Development Walls
[ ] Wave walls
[ ] Living Light Walls
[ ] Highway Walls
[ ] Retainer walls
[ ] Retention Blocks
[ ] Patios and Pilasters
[ ] Children's Play Forts
[ ] Trampoline Retainers
[ ] Pool and Spa
[ ] Waterfalls and Water Features
[ ] Artificial Boulders
[ ] Landscape Seating and Benches
[ ] Nursery Large Planter Pots
[ ] Forest Service Restrooms
[ ] Forest Service Signage
[ ] Forest Service Tables
[ ] Art Statues
[ ] Permanent Monuments
[ ] Temporary Monuments
[ ] Park and Rec Structures
[ ] Barbeques & Fire Pits
[ ] Exterior Furniture

[ ] Sign Structures
[ ] Sign Large Letters
[ ] Dome Roofs
[ ] Trussing Systems
[ ] Decorative Driveways
[ ] DOT Sound Abatement Walls
[ ] DOT Light Standard Bases
[ ] DOT K rails and A rails
[ ] DOT Bridge Columns Pilasters
[ ] Storm Drain Unions
[ ] Utility Manholes
[ ] Septic Tanks
[ ] Sewer Drainage Pipes
[ ] Sewer Cleanouts
[ ] Sewer Junction Chambers
[ ] Municipal Water Tanks
[ ] Military Deployment Community
[ ] Military Artillery Testing Structures
[ ] Bridges
[ ] Trash Receptacles
[ ] Farm Silos
[ ] Farm Feeding Troughs
[ ] Farm Irrigation Ditches
[ ] Farm Fencing Posts
[ ] Additive Mix Testing
[ ] Geopolymer Testing
[ ] Hempcrete Testing
[ ] Bio-Crete Testing
[ ] Large Scale PVC, ABS Printing
[ ] Recycled Plastic Printing
[ ] Silicone Mold Placement
[ ] Underwater Print Testing
[ ] 3D Expanding Foam Structures
[✓] Other _No interest_____

# NDA / Non-Compete Agreement

7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

## 3. DECISION AUTHORITY

Indicate who will be making final decision before purchasing:

[✓] I will not be buying a Printer

[ ] I will be making a purchase decision alone

[ ] I will make a purchase decision with a partner

[ ] I will submit findings to a board of directors for the decision

## 4. PURCHASE TIME FRAME

What is your purchase time frame?

[ ] 1 month

[ ] 3 months

[ ] 6 months

[ ] 9 months

[ ] 12 months

[✓] Not here to purchase a printer

## 5. PROFESSIONAL BACKGROUND

Do you own a company?           [Y] [N]      How many years _7_

Company Name _Nathan Grittey Videography_      Type of Company _Video Production_

Company Website _WWW.nathangrittex.com_

If not - where are you currently employed? _____

What is your position _____ How long at current job _____

Website _____

What is your profession and background?

_____

_____

_____

Will you be forming a new company for this venture?         [Y] [N]

Will you have a partner if forming a new company?         [Y] [N]

Are you or your company currently selling the same products using traditional construction methods? [Y] [N]

Do you or your company currently have a 3D Printer of any kind?    [Y] [N]

Do you currently have a warehouse or showroom         [Y] [N]

Do you speak a foreign language         [Y] [N]

Receiving Party Initial HERE _NG_    Disclosing Party Initial HERE _____    © 2021 MudBots 04/19 REV A

# NDA / Non-Compete Agreement

**MudBots**®

FUTURE OF CONCRETE

7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

## 6. MUDBOTS FAMILIARITY?

When did you first hear about 3D Concrete Printing? _____

How did you hear about 3D Concrete Printing? _____

How did you hear about MudBots? _____

Has anyone you know already been in touch with MudBots?       [Y] [N]

Have you read all the emails sent to you by MudBots?       [Y] [N]

Have you watched all the Videos on the MudBots website?       [Y] [N]

## 7. AFFILIATIONS

Do you, a family member, or any acquaintance work for or have an affiliation with any of the following types of companies?

| | | | |
|---|---|---|---|
| Construction company | [Y] [N] | Robotics or Automation company | [Y] [N] |
| Engineering company | [Y] [N] | Software company | [Y] [N] |
| Concrete mixing company | [Y] [N] | Electronics company | [Y] [N] |
| Concrete additives company | [Y] [N] | 3D Design company | [Y] [N] |
| Geopolymer company | [Y] [N] | 3D Printer company | [Y] [N] |
| Pumps and / or Mixers company | [Y] [N] | Batch Plants | [Y] [N] |

## 8. PERSONAL EXPERIENCE

Do you have experience with:

| | | | |
|---|---|---|---|
| Residential Construction? | [Y] [N] | Architecture and Engineering? | [Y] [N] |
| Commercial Construction? | [Y] [N] | Construction Management? | [Y] [N] |
| Construction costs for sub trades? | [Y] [N] | Concrete Construction? | [Y] [N] |
| Building codes? | [Y] [N] | Masonry Construction? | [Y] [N] |
| Inspection process? | [Y] [N] | | |

## 9. EMPLOYEES/STAFF

Do you currently have the staff for:

| | | | |
|---|---|---|---|
| CAD drawings | [Y] [N] | Concrete work | [Y] [N] |
| 3D drawings | [Y] [N] | Software development | [Y] [N] |
| GCODE | [Y] [N] | Marketing / Sales | [Y] [N] |
| CNC machinery | [Y] [N] | Mechatronics | [Y] [N] |
| Masonry work | [Y] [N] | | |

# NDA / Non-Compete Agreement



7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +I (800) 733-2302

## 10. EDUCATION

Please note if you have a degree or are working in any of the following types of engineering:

[ ] Electrical Engineer       [ ] Industrial Engineer
[ ] Mechanical Engineer      [ ] Systems Engineer
[ ] Mechatronics Engineer    [ ] Manufacturing Engineer
[ ] Robotics Engineer        [ ] Geological Engineer
[ ] Software Engineer        [ ] Physics Engineer
[ ] Computer Engineer      [ ] Ceramics Engineer
[ ] Civil Engineer           [ ] Chemical Engineer
[ ] Structural Engineer      [ ] Other Engineering Field _____
[ ] Architectural Engineer

## 11. GC MARKET FAMILIARITY

Are you able to show you have acted as a General Contractor and have market awareness for the current costs and time requirements and processes for the following trades?

[Y] [N]   Architectural costs for a residential / commercial building
[Y] [N]   Engineering costs for a residential / commercial building
[Y] [N]   Cost for permits and inspections
[Y] [N]   Sitework Quote
[Y] [N]   Sewer & Water Quote
[Y] [N]   Framing Quote
[Y] [N]   Stucco or Siding Quote
[Y] [N]   Drywall Quote
[Y] [N]   Taping Quote
[Y] [N]   Insulation Quote
[Y] [N]   Electrical Quote
[Y] [N]   Plumbing Quote
[Y] [N]   Daily cost for a construction loan

## 12. PROJECT DOCUMENTATION

Are you able to provide the following?

[Y] [N]   Scaled blueprint of what you wish to print
[Y] [N]   Blueprints from your most recent project within the last 12 months
[Y] [N]   GC Project permits within the last 12 months
[Y] [N]   Structural Engineering Calculations and Details

Receiving Party Initial HERE _NG_    Disclosing Party Initial HERE _____    © 2021 MudBots® 04/15 REV A

# NDA / Non-Compete Agreement

**MudBots**® FUTURE OF CONCRETE

7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

## 13. FUNDING POSITION

[  ] Funding is in place without a loan or investor procurement should I decide to purchase

[  ] Funding will require a loan

[  ] Funding will require a 3rd party investor

[  ] Funding will require a government grant

[  ] If acquiring a loan, the business has 3 years tax returns ready and certified financials for 2019.

## 14. RESEARCH DISCLOSURE

Receiving Party  [  ] Has  [✓] Has Not    Viewed a concrete printer by another company in person.

Receiving Party  [  ] Has  [✓] Has Not    Communicated by email with other concrete printing companies.

Receiving Party  [  ] Has  [✓] Has Not    Communicated by Phone with other concrete printing companies.

Party warrants that as of the date of this Agreement it has reached out to the following concrete printing companies:

| Company | Contact | By: | Phone | Successful | Email | Successful |
|---------|---------|-----|-------|------------|-------|------------|
| | | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| | | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| | | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| | | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| | | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| | | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| | | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| | | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| | | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |

In consideration of the mutual covenants set forth herein, the Parties agree to the following terms and conditions:

## Non-Disclosure - Non-Compete

## 15  DEFINITIONS

"Protected Information." - The term "Protected Information" means any and all technical, business and financial information, documentation and agreements, products, samples, prototypes, including, but not limited to, ideas, inventions, data, trade secrets, information concerning technologies, compositions, formulations or any direct or indirect formulations related thereto, equipment, production processes, applications, uses, markets, customers, prices, suppliers, marketing and finances, supply agreements, franchise agreements, and licenses regardless of the form or medium in which the information is communicated or maintained, (including, but not

Receiving Party Initial HERE _NG_    Disclosing Party Initial HERE _____    © 2021 MudBots® 04/15 REV A

NDA / Non-Compete Agreement

7023 S 700 W Bldg. B. Midvale, UT 84047 | Phone: +1 (800) 733-2302

limited to, oral or visual communication). Information obtained by the Receiving Party resulting from its examination, testing or analysis of any product, prototype, sample, component, or like tangible item provided by the Disclosing Party's provided information will be regarded as Protected Information without the requirements for marking such item as Confidential or Proprietary.

Receiving Party is authorized to share all information that is available on the MudBots website but that does not require a password to access.

## 16  TERM AND DURATION OF OBLIGATIONS

This Agreement is effective as of the last date of signature in the signature blocks provided below ("Effective Date"). This Agreement will terminate three (3) years after the Effective Date, except for the provisions of **Section 17** which shall survive as long as the Protected Information is not made publicly known by The Company or others.

## 17  OBLIGATIONS REGARDING PROTECTED INFORMATION

The Receiving Party shall protect Protected Information by using the same degree of care as they would use for its own Protected Information, but not less than a reasonable degree of care, to prevent the unauthorized use, dissemination, or publication of the Protected Information, and specifically shall:

Not use any portion of Protected Information, or any modification thereof, for any purpose other than for the consideration of entering into the Transaction;

Not disclose Protected Information, or any modification thereof, to any third party without the prior written consent of the Disclosing Party regardless of whether or not the third party is an employee of their company;

Not disclose Protected Information, or any modification thereof, to any individual outside the USA without disclosing the same and receiving prior written consent of the Disclosing Party. International disclosures will require a modified NDA/Non-Compete that consider the international laws for the third party's country of residence;

All disclosures of content other than information available on the Disclosing Party's website are prohibited until the information is made publicly known by The Company;

Unless such third party is required to know the same for the purpose directly concerned with the Transaction, and, in the event of such disclosure being necessary, such third party shall agree in writing to be bound to the terms of this Agreement by signing an original copy of the same and providing to Disclosing Party beforehand; or

Receiving Party Initial HERE _N/b____    Disclosing Party Initial HERE _____    © 2021 MudBots® 08/15 REV A

# NDA / Non-Compete Agreement

**MudBots**

7023 S 700 W Bldg. B. Midvale, UT 84047 | Phone: +1 (800) 733-2302

Limit dissemination of that portion of Protected Information, or any modification thereof, to those employees and other representatives of Receiving Party that have a need to know of that portion of Protected Information for purposes of the Transaction and who have agreed to maintain the confidentiality thereof.

## 18 CONFIDENTIALITY OF DISCUSSIONS

Each Party shall:

Not disclose to other persons the fact that the Protected Information, or any modification thereof, has been made available, the fact that investigations, discussions, or negotiations are taking place concerning the Transaction, or any of the terms, conditions, or other facts with respect to the Transaction including the status thereof; and

Not make any public announcement relating directly or indirectly to the Transaction except, that if, by reason of any legal requirement or of any rule or regulation of any stock exchange or any other regulatory authority having jurisdiction over the Parties or with whose directions the Parties would normally comply, either of the Parties is required to make any announcement as to any such matter, the Party required to make such announcement shall consult with the other Party with a view to reasonably cooperating and agreeing as to the timing and content of any such announcement.

The Company will not provide the Receiving Party's information to other prospective customers or ask the Receiving Party to talk to, lend support, or answer questions relating to engineering, design, building codes, financing, or any other requests that may arise from time to time by other customers.

## 19 PUBLIC DOMAIN ACKNOWLEDGEMENT

Receiving Party acknowledges that Information will not be deemed to be exempt from protection, merely because it was in the public domain as the printer systems being offered by MudBots is a compilation of many parts, equipment, and technologies that may be public individually, but not as a compilation of the parts and equipment necessary to construct concrete printing systems.

## 20 RETURN OF INFORMATION

Unless the Transaction or other business arrangement is entered into, each Party agrees to promptly return or destroy all Protected Information upon the specific request of the other Party at the conclusion of the evaluation of entering into the Transaction or other business arrangement. An archival copy of Protected Information received hereunder may be retained in a secure data storage location by legal counsel for the Receiving Party, solely for the purpose of proving the contents therein.

## 21 NO OBLIGATIONS

Neither Party is under any obligation to disclose or receive any Protected Information to or from the other Party, or to enter into the Transaction, any agreement, or contracts with the other Party.

Receiving Party Initial HERE *Mъ*    Disclosing Party Initial HERE _____    © 2021 Mudbots 04/15 REV A

NDA / Non-Compete Agreement

**MudBots**
FUTURE OF CONCRETE ®

7023 S 700 W Bldg. B. Midvale. UT 84047 | Phone: +1 (800) 733-2302

## 22 NO RIGHTS IN PROTECTED INFORMATION

The Parties agree that disclosure of Protected Information under this Agreement shall not constitute any grant, option, or license to the Receiving Party under any patent, trade secrets, or other rights now or hereafter held by either Disclosing Party.

## 23 CONFLICT OF INTEREST

A conflict of interest may exist when the interests or concerns of the Receiving Party may be seen as competing with the interests or concerns of The Company. Receiving Party warrants the He / She is not an employee, director, consultant, or advisor and does not benefit for free or pay from any competing entity and is not an associate to a family member or any individual that participates in any of the following:

- 3D Printing Company
- Cement or Masonry Company that manufactures or sells Mixes
- Cement or Masonry Company that manufactures or sells Mixers
- Cement or Masonry Company that manufactures or sells Pumps
- Cement or Masonry Company that manufactures or sells Batch Plants
- Any Company that is in the business of supplying or selling:
  - Cementitious products or additives
  - Geopolymer or composite mixes or additives
  - Multi part epoxy mixes or additives
  - Foam mixes or additives
  - Structural mixes or additives
  - Pottery mixes or additives
  - Clay mixes or additives

## 24 NON-COMPETE

Receiving Party agrees not to utilize said information for personal or commercial use without obtaining prior written consent of the Disclosing Party. Receiving Party shall not engage or participate in the manufacturing, creation, making, and / or sale of:

PRINTERS for concrete, mortar, hempcrete, geopolymer, poly-polymer, epoxy, or other structural mixes
3D PRINTING SOFTWARE

| | |
|---|---|
| PUMPING SYSTEMS | for 3D printing |
| BATCH PLANTS | for 3D printing |
| MIXERS | for 3D printing |
| MIX FORMULAS | for 3D printing |
| ADDITIVES | for 3D printing |

Receiving Party Initial HERE __N/2__   Disclosing Party Initial HERE _____   © 2021 MudBots® 04/15 REV A

# NDA / Non-Compete Agreement

**MudBots®**
FUTURE OF CONCRETE

7023 S 700 W Bldg. B. Midvale, UT 84047 | Phone: +1 (800) 733-2302

| | |
|---|---|
| SLICING SOFTWARE | for 3D printing |
| ADD-ON ADVANCEMENTS | for 3D printing |
| PUBLISHING A BOOK | for 3D printing |
| PUBLISHING AN ONLINE OFFERING | for 3D printing |

for the period of three (3) years. Receiving Party shall not engage in any employment, consulting, sharing, or financing of any company related to the manufacturing and sales of all or part of the concrete printing system. However, this Agreement does not restrict Receiving Party from using the printer system to make and sell products or goods other than Mix Formulas. In the event that Receiving Party violates any of the terms, covenants, or conditions of this Agreement, The Company shall be entitled to an injunction and damages together with attorney's fees and all related costs incurred. Receiving Party agree that in the event of such a violation The Company. will suffer irreparable harm and is entitled to all damages at law or equity. Receiving Party acknowledges that Disclosing Party is only agreeing to make disclosures based on an understanding that Receiving Party will not be attempting to make improvements or printer options that they intend to claim any rights to, including patents, for which The Company (Disclosing Party) will in effect be prohibited from developing for their product offerings. If Receiving Party knows that this is a direction they which to pursue, the same needs to be disclosed at the signing of this Agreement and negotiated as part of a mutually acceptable joint venture with full transparency.

## 25  NO WARRANTY

THIS AGREEMENT DOES NOT GRANT ANY WARRANTY, GUARANTY, OR REPRESENTATION WITH RESPECT TO ANY EXCHANGED PROTECTED INFORMATION, EITHER EXPRESS OR IMPLIED. NEITHER PARTY SHALL BE LIABLE IN DAMAGES OF WHATEVER KIND, AS A RESULT OF THE OTHER PARTY'S RELIANCE ON OR USE OF THE PROTECTED INFORMATION PROVIDED HEREUNDER.

## 26  NON-WAIVER / SEVERABILITY

Waiver of any right under this Agreement by a Party on any occasion shall not in any way constitute a waiver of such right or any other right on any other occasion. In the event any provision of this Agreement is determined to be invalid, such invalidity shall not affect the validity of remaining portions of this Agreement, and the Parties shall substitute for the invalid provision a provision that most closely approximates the intent and economic effect of the invalid provision. This Agreement shall apply in lieu of and notwithstanding any specific legend or statement associated with any particular document or information exchanged.

## 27  INJUNCTIVE RELIEF

Each Party acknowledges that its breach, actual or threatened, of any term or condition of this Agreement by it will cause immediate and irreparable harm to the other Party. The other Party will therefore be entitled to seek immediate injunctive relief from a court of competent jurisdiction without having to prove irreparable harm and the alleged breaching Party shall stipulate to such court that such irreparable harm exists. Each Party may seek

Receiving Party Initial HERE _Nb_    Disclosing Party Initial HERE _____    © 2021 MudBots™ 04/15 REV A

NDA / Non-Compete Agreement

**MudBots**®
FUTURE OF CONCRETE

7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

appropriate damages and appropriate injunctive relief and any other remedy available to it based upon a breach by the other Party with proof of all legal elements for such remedy, except irreparable harm.

## 28  CLIENT PRIVACY DISCLOSURE

With any new "industry changing technology" there is always a lot of excitement, interest, and questions. When we first started our customers were more than happy to speak to others and share their knowledge, but as the idea of concrete printing began to catch on, so did the number of people wanting information. Our customers are running companies of their own so as the calls increased their willingness to talk to everyone lessoned. In some cases, prospective buyers were even leaving ignorant messages when their calls were not answered as quickly as they expected. In the end, we were asked to stop sharing our customer's information as they were not able to spend the amount of time needed to answer everyone's questions. As part of this Agreement, The Company warrants that they will not disclose the Receiving Party's information to prospective buyers or request that they speak with or reply to the same and that their participation with MudBots will be kept private. Receiving Party acknowledges that they will not be entitled to existing customer information and will not request the same.

## 29  GOVERNING LAW

This Agreement shall be governed in accordance with the laws of the State of Utah, U.S.A., without reference to conflict of laws principles. In the event of a final, non-appealable order of a court of competent jurisdiction in any action, suit, or proceeding relating to this Agreement, the prevailing Party shall be entitled to recover its reasonable attorneys' fees and related costs from the non-prevailing Party. In the event of a dispute under the terms of this Agreement, the English translation shall prevail over any other translation.

## 30  INTEGRATION

The Parties agree that this Agreement constitutes the entire agreement and understanding of the Parties concerning confidentiality of the Protected Information and this Agreement supersedes all previous communications, proposals, representations, and agreements, whether oral or written, relating thereto. Any subsequent agreement between the Parties requiring the disclosure and use of all or part of the Protected Information will not negate this Agreement but may add additional protective language and understandings if necessary.

## 31  MODIFICATION

The Parties agree that this Agreement shall be modified only by further written agreement by the Parties.

## 32  ASSIGNMENT

This Agreement is binding on both Parties, as well as any successor companies, and their respective officers, employees, agents, representatives, and surviving family members. Neither Party shall assign, sell or transfer this Agreement or any interest therein without first obtaining the written consent of the other Party, which shall not be unreasonably withheld, delayed or restricted. Notwithstanding the foregoing, such consent shall not be necessary in the event of a change of control, including but not limited to a sale of shares or assets or by operation of law, or should one Party change or otherwise alter or amend its operating name. In all such cases,

Receiving Party Initial HERE _Nb_    Disclosing Party Initial HERE _____    © 2021 MudBots® 04/15 REV W

NDA / Non-Compete Agreement



7023 S 700 W Bldg. B, Midvale. UT 84047 | Phone: +1 (800) 733-2302

assignment shall become automatic, and all Parties shall be bound as if it was an original signatory to the Agreement.

## 33  COUNTERPARTS

This Agreement may be executed and delivered by each Party hereto in separate counterparts, each of which when so executed and delivered shall be deemed an original and both of which taken together shall constitute one and the same Agreement.

## 34  ORIGINAL SIGNED COPIES

Original Copies must be received within five (5) working days for continued access to the MudBots site and ongoing disclosure of information. Electronic Signatures are not accepted.

## 35  REQUIREMENT TO SIGN UPDATED VERSIONS OF THIS AGREEMENT

In situations where this Agreement has been signed prior to visiting the MudBots site and more than 2 months have passed, a new copy of the then current agreement (the most recent version) will need to be signed to gain access to the MudBots site and for ongoing disclosure of information.

## 36  SIGNATURES IN WITNESS WHEREOF

By Signing this Agreement, Receiving Party acknowledges that any information provided by the Disclosing Party is only shared based on the information provided and agreed to by Receiving Party.

Receiving Party warrants that the information provided above is factual and true.

Each Party hereto acknowledges that the representative named below has the authority to execute this Agreement on behalf of the respective company to form a legally binding contract and has caused this Agreement to be duly executed on its behalf.

Receiving Party agrees to provide a copy of Driver's License or proof of identity

Receiving Party Initial HERE _NG_    Disclosing Party Initial HERE _____    ©2021 MudBots 04/15 REV 8

# NDA / Non-Compete Agreement



7023 S 700 W Bldg B, Midvale, UT 84047 | Phone: +1 (800) 733 7302

RECEIVING PARTY

The COMPANY (CJR Distributing, dba MudBots)

Company Name

MudBots LLC

*Nathan Griffey*
Signer's Name

Signer's Name

Position

Position

*3/16/23*
Date

Date

*Nathan Griffey*
Signature

Signature

Each page MUST be initialed.

Mail (2) originals to 7023 W. 700 W. #B Midvale, Utah 84047 USA
One copy will be signed and returned by MudBots.

Please place a photocopy of your Driver's License here:



Receiving Party Initial HERE *NG*    Disclosing Party Initial HERE _____    © 2021 MudBots™ 04/15 REV A



# NDA / Non-Compete Agreement
## Receiving Party Disclosures
## Non-Disclosure & Non-Compete

The following Agreement is required as a condition of disclosing information relative to Concrete Printing technology and products offered by MudBots to protect their R&D investment and mutually acknowledged Intellectual Rights. Before sharing information MudBots must thoroughly understand who the information is being shared with, why the information is being requested, as well as how the information will be used.

**NOTICE:** If you are requesting information on behalf of a group, company, or anyone other than yourself, each person you wish to share the same with must first submit their own copy of this protective document before disclosure.

The Disclosing Party and Receiving Party are defined as follows (each sometimes herein individually referred to as a "Party" or collectively as "Parties").

**DISCLOSING PARTY**
MudBots LLC, hereafter to be referred to as (The Company), having a principal place of business (the "Facility") at:
        7023 S. 700 W. Building B, Midvale, Utah 84047

In connection with a possible Transaction or sharing of Intellectual Rights, the Parties wish to disclose certain non-public and public information as set forth above and make available certain officers and employees in order to discuss such information and to answer any related inquiries.

The language and intended protections of this Agreement WILL NOT in any way limit the Receiving Party's ability to purchase a concrete printer, mixing, or pumping system from OTHERS offering the same, nor is the intent to prohibit the Receiving Party from using MudBots products, or from starting or running their own company that sells concrete printed structures.

The overall intent is to protect MudBots from Receiving Party, in any manner, copying the compilation of technology, equipment, software, pumps, mixers, mixes, documents, artwork, and business model in an effort to build any portion of or compete in the sale of any products as stipulated below for personal or commercial use.

Receiving Party Initial HERE _JAB_    Disclosing Party Initial HERE _____    © 2021 MudBots® 04/15 REV A

# NDA / Non-Compete Agreement

**MudBots®** FUTURE OF CONCRETE

7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

**RECEIVING PARTY**

The Receiving Party is __The Gathering Tree__, a __non-profit__ corporation, having a principal place of business at:

Address __2801 E Division St__

City __Springfield__

State __Missouri__                     Zip __65803__

Company Phone __417-894-2972__

Fax _____  Business License _____

Email __edenvillageinfo@gmail.com__

If Signer is currently employed by any company other than the one above, disclose that company here:

Legal Company Name __Miller Engineering PC__

Address __3831 S. Timbercreek Ave, STE A__

City __Springfield__

State __MO__                     Zip __65803__

Phone __417-866-6664__

Position __Structural Engineer__

Email __info@millerstructures.com__

Website __millerstructures.com__

Business Type __Structural and Forensic Engineering__     Years in Business __18 yrs__

[ ] The name given above is the actual legal name.

[ ] The name given above is the dba. Actual legal name is: _____

## 1. PURPOSE FOR ENQUIRY

[ ] Building Department Orientation

[ ] Municipality/Political Interest Orientation

[ ] University/College  Purchase Enquiry

[ ] University/College  Curriculum Enquiry

[ ] Student Research Enquiry

[x] Charitable/Humanitarian Foundation Enquiry

[ ] Media Research or Interview

[ ] Mix Additives Testing

[ ] Contractor Purchase

[ ] Architect Purchase

[ ] Engineer Purchase

[ ] Franchisee Enquiry

[ ] International Partner/Distributor Enquiry

[ ] International Buyer Enquiry

[ ] Vendor/Supplier Enquiry

[ ] Armed Services Enquiry

[ ] Other _____

Receiving Party Initial HERE _JAB_   Disclosing Party Initial HERE _____   © 2021 MudBots® 04/15 REV A

# NDA / Non-Compete Agreement

**MudBots®**
FUTURE OF CONCRETE

7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

2.  **PRINTER USE**

What is your primary interest in buying a printer? (Choose Two)

| | | | |
|---|---|---|---|
| [  ] | Multi Family Homes | [  ] | Sign Structures |
| [X] | Single Family Homes | [  ] | Sign Large Letters |
| [  ] | Commercial Warehouses | [  ] | Dome Roofs |
| [  ] | Commercial Restaurants | [  ] | Trussing Systems |
| [  ] | Commercial Convenience Stores | [  ] | Decorative Driveways |
| [  ] | Commercial Utility Structures | [  ] | DOT Sound Abatement Walls |
| [  ] | Commercial Builder Other _____ | [  ] | DOT Light Standard Bases |
| [  ] | Guest Living Quarters | [  ] | DOT K rails and A rails |
| [  ] | Sheds and Garages | [  ] | DOT Bridge Columns Pilasters |
| [  ] | Storm Shelters | [  ] | Storm Drain Unions |
| [  ] | Prepper Safe Rooms | [  ] | Utility Manholes |
| [  ] | Home Property Walls | [  ] | Septic Tanks |
| [  ] | Development Walls | [  ] | Sewer Drainage Pipes |
| [  ] | Wave walls | [  ] | Sewer Cleanouts |
| [  ] | Living Light Walls | [  ] | Sewer Junction Chambers |
| [  ] | Highway Walls | [  ] | Municipal Water Tanks |
| [  ] | Retainer walls | [  ] | Military Deployment Community |
| [  ] | Retention Blocks | [  ] | Military Artillery Testing Structures |
| [  ] | Patios and Pilasters | [  ] | Bridges |
| [  ] | Children's Play Forts | [  ] | Trash Receptacles |
| [  ] | Trampoline Retainers | [  ] | Farm Silos |
| [  ] | Pool and Spa | [  ] | Farm Feeding Troughs |
| [  ] | Waterfalls and Water Features | [  ] | Farm Irrigation Ditches |
| [  ] | Artificial Boulders | [  ] | Farm Fencing Posts |
| [X] | Landscape Seating and Benches | [  ] | Additive Mix Testing |
| [  ] | Nursery Large Planter Pots | [  ] | Geopolymer Testing |
| [  ] | Forest Service Restrooms | [  ] | Hempcrete Testing |
| [  ] | Forest Service Signage | [  ] | Bio-Crete Testing |
| [  ] | Forest Service Tables | [  ] | Large Scale PVC, ABS Printing |
| [  ] | Art Statues | [  ] | Recycled Plastic Printing |
| [  ] | Permanent Monuments | [  ] | Silicone Mold Placement |
| [  ] | Temporary Monuments | [  ] | Underwater Print Testing |
| [  ] | Park and Rec Structures | [  ] | 3D Expanding Foam Structures |
| [  ] | Barbeques & Fire Pits | [  ] | Other _____ |
| [  ] | Exterior Furniture | | |

Receiving Party Initial HERE _JAB_    Disclosing Party Initial HERE _____    © 2021 MudBots  04/15 REV A

# NDA / Non-Compete Agreement

7023 S 700 W Bldg. B, Midvale, UT 84047  |  Phone: +1 (800) 733-2302

**3.  DECISION AUTHORITY**

Indicate who will be making final decision before purchasing:

[ X ]  I will not be buying a Printer

[   ]  I will be making a purchase decision alone

[   ]  I will make a purchase decision with a partner

[   ]  I will submit findings to a board of directors for the decision

**4.  PURCHASE TIME FRAME**

What is your purchase time frame?

[   ]  1 month

[   ]  3 months

[   ]  6 months

[   ]  9 months

[   ]  12 months

[ x ]  Not here to purchase a printer

**5.  PROFESSIONAL BACKGROUND**

Do you own a company?                    [Y] (N)          How many years _____

Company Name _____          Type of Company _____

Company Website _____

If not - where are you currently employed? Miller Engineering _____

What is your position Structural Engineer _____  How long at current job 4 yrs _____

Website  millerstructures.com _____

What is your profession and background?

Structural designer and forensic investigator. Graduated from Missouri S&T with a BS in
Civil Engineering. Finishing a MS in Civil Engineering fall 2022.

_____

Will you be forming a new company for this venture?                    [Y] (N)

Will you have a partner if forming a new company?                    [Y]  [N]

Are you or your company currently selling the same products using traditional construction methods?  [Y] (N)

Do you or your company currently have a 3D Printer of any kind?        [Y] (N)

Do you currently have a warehouse or showroom                [Y] (N)

Do you speak a foreign language                    [Y] (N)

Receiving Party Initial HERE _JAB_   Disclosing Party Initial HERE _____        © 2021 MudBots® 04/15 REV A

# NDA / Non-Compete Agreement



7023 S 700 W Bldg. B, Midvale, UT 84047  |  Phone: +1 (800) 733-2302

**6.  MUDBOTS FAMILIARITY?**

When did you first hear about 3D Concrete Printing? _1-2 years ago_

How did you hear about 3D Concrete Printing? _Engineering news_

How did you hear about MudBots? _The Gathering Tree (potential buyer)_

Has anyone you know already been in touch with MudBots?  [Y] (N)

Have you read all the emails sent to you by MudBots?  (Y) [N]

Have you watched all the Videos on the MudBots website?  (Y) [N]

**7.  AFFILIATIONS**

Do you, a family member, or any acquaintance work for or have an affiliation with any of the following types of companies?

| | | | |
|---|---|---|---|
| Construction company | (Y) [N] | Robotics or Automation company | [Y] (N) |
| Engineering company | (Y) [N] | Software company | [Y] (N) |
| Concrete mixing company | [Y] (N) | Electronics company | [Y] (N) |
| Concrete additives company | [Y] (N) | 3D Design company | [Y] (N) |
| Geopolymer company | [Y] (N) | 3D Printer company | [Y] (N) |
| Pumps and / or Mixers company | [Y] (N) | Batch Plants | [Y] (N) |

**8.  PERSONAL EXPERIENCE**

Do you have experience with:

| | | | |
|---|---|---|---|
| Residential Construction? | (Y) [N] | Architecture and Engineering? | (Y) [N] |
| Commercial Construction? | (Y) [N] | Construction Management? | (Y) (N) |
| Construction costs for sub trades? | (Y) [N] | Concrete Construction? | (Y) [N] |
| Building codes? | (Y) [N] | Masonry Construction? | (Y) [N] |
| Inspection process? | (Y) [N] | | |

**9.  EMPLOYEES/STAFF**

Do you currently have the staff for:

| | | | |
|---|---|---|---|
| CAD drawings | (Y) [N] | Concrete work | [Y] (N) |
| 3D drawings | [Y] (N) | Software development | [Y] (N) |
| GCODE | [Y] (N) | Marketing / Sales | [Y] (N) |
| CNC machinery | [Y] (N) | Mechatronics | [Y] (N) |
| Masonry work | [Y] (N) | | |

Receiving Party Initial HERE _JAB_  Disclosing Party Initial HERE _____  © 2021 MudBots® 04/15 REV A

# NDA / Non-Compete Agreement

**MudBots®**
FUTURE OF CONCRETE

7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

## 10. EDUCATION

Please note if you have a degree or are working in any of the following types of engineering:

| | |
|---|---|
| [ ] Electrical Engineer | [ ] Industrial Engineer |
| [ ] Mechanical Engineer | [ ] Systems Engineer |
| [ ] Mechatronics Engineer | [ ] Manufacturing Engineer |
| [ ] Robotics Engineer | [ ] Geological Engineer |
| [ ] Software Engineer | [ ] Physics Engineer |
| [ ] Computer Engineer | [ ] Ceramics Engineer |
| [x] Civil Engineer | [ ] Chemical Engineer |
| [x] Structural Engineer | [ ] Other Engineering Field _____ |
| [ ] Architectural Engineer | |

## 11. GC MARKET FAMILIARITY

Are you able to show you have acted as a General Contractor and have market awareness for the current costs and time requirements and processes for the following trades?

[Y] (N) Architectural costs for a residential / commercial building
(Y) [N] Engineering costs for a residential / commercial building
[Y] [N] Cost for permits and inspections
[Y] [N] Sitework Quote
[Y] [N] Sewer & Water Quote
[Y] [N] Framing Quote
[Y] [N] Stucco or Siding Quote
[Y] [N] Drywall Quote
[Y] [N] Taping Quote
[Y] [N] Insulation Quote
[Y] [N] Electrical Quote
[Y] [N] Plumbing Quote
[Y] [N] Daily cost for a construction loan

## 12. PROJECT DOCUMENTATION

Are you able to provide the following?

(Y) [N] Scaled blueprint of what you wish to print
(Y) [N] Blueprints from your most recent project within the last 12 months
[Y] (N) GC Project permits within the last 12 months
(Y) [N] Structural Engineering Calculations and Details

# NDA / Non-Compete Agreement

7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

## 13. FUNDING POSITION

[  ]  Funding is in place without a loan or investor procurement should I decide to purchase

[  ]  Funding will require a loan

[  ]  Funding will require a 3rd party investor

[  ]  Funding will require a government grant

[  ]  If acquiring a loan, the business has 3 years tax returns ready and certified financials for 2019.

## 14. RESEARCH DISCLOSURE

Receiving Party  [  ] Has  [  ] Has Not  Viewed a concrete printer by another company in person.

Receiving Party  [  ] Has  [  ] Has Not  Communicated by email with other concrete printing companies.

Receiving Party  [  ] Has  [  ] Has Not  Communicated by Phone with other concrete printing companies.

Party warrants that as of the date of this Agreement it has reached out to the following concrete printing companies:

| Company | Contact | By: | Phone | Successful | Email | Successful |
|---|---|---|---|---|---|---|
| _____ | _____ | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| _____ | _____ | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| _____ | _____ | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| _____ | _____ | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| _____ | _____ | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| _____ | _____ | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| _____ | _____ | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| _____ | _____ | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| _____ | _____ | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |

In consideration of the mutual covenants set forth herein, the Parties agree to the following terms and conditions:

## **Non-Disclosure - Non-Compete**

## 15  DEFINITIONS

"Protected Information." - The term "Protected Information" means any and all technical, business and financial information, documentation and agreements, products, samples, prototypes, including, but not limited to, ideas, inventions, data, trade secrets, information concerning technologies, compositions, formulations or any direct or indirect formulations related thereto, equipment, production processes, applications, uses, markets, customers, prices, suppliers, marketing and finances, supply agreements, franchise agreements, and licenses regardless of the form or medium in which the information is communicated or maintained, (including, but not

Receiving Party Initial HERE  Disclosing Party Initial HERE _____  © 2021 MudBots® 04/15 REV A

# NDA / Non-Compete Agreement

7023 S 700 W Bldg. B, Midvale, UT 84047  |  Phone: +1 (800) 733-2302

limited to, oral or visual communication). Information obtained by the Receiving Party resulting from its examination, testing or analysis of any product, prototype, sample, component, or like tangible item provided by the Disclosing Party's provided information will be regarded as Protected Information without the requirements for marking such item as Confidential or Proprietary.

Receiving Party is authorized to share all information that is available on the MudBots website but that does not require a password to access.

## 16  TERM AND DURATION OF OBLIGATIONS

This Agreement is effective as of the last date of signature in the signature blocks provided below ("Effective Date"). This Agreement will terminate three (3) years after the Effective Date, except for the provisions of **Section 17** which shall survive as long as the Protected Information is not made publicly known by The Company or others.

## 17  OBLIGATIONS REGARDING PROTECTED INFORMATION

The Receiving Party shall protect Protected Information by using the same degree of care as they would use for its own Protected Information, but not less than a reasonable degree of care, to prevent the unauthorized use, dissemination, or publication of the Protected Information, and specifically shall:

Not use any portion of Protected Information, or any modification thereof, for any purpose other than for the consideration of entering into the Transaction;

Not disclose Protected Information, or any modification thereof, to any third party without the prior written consent of the Disclosing Party regardless of whether or not the third party is an employee of their company;

Not disclose Protected Information, or any modification thereof, to any individual outside the USA without disclosing the same and receiving prior written consent of the Disclosing Party. International disclosures will require a modified NDA/Non-Compete that consider the international laws for the third party's country of residence;

All disclosures of content other than information available on the Disclosing Party's website are prohibited until the information is made publicly known by The Company;

Unless such third party is required to know the same for the purpose directly concerned with the Transaction, and, in the event of such disclosure being necessary, such third party shall agree in writing to be bound to the terms of this Agreement by signing an original copy of the same and providing to Disclosing Party beforehand; or

Receiving Party Initial HERE _JAB_    Disclosing Party Initial HERE _____    © 2021 MudBots® 04/15 REV A

# NDA / Non-Compete Agreement

7023 S 700 W Bldg. B, Midvale, UT 84047  |  Phone: +1 (800) 733-2302

Limit dissemination of that portion of Protected Information, or any modification thereof, to those employees and other representatives of Receiving Party that have a need to know of that portion of Protected Information for purposes of the Transaction and who have agreed to maintain the confidentiality thereof.

## 18  CONFIDENTIALITY OF DISCUSSIONS

Each Party shall:

Not disclose to other persons the fact that the Protected Information, or any modification thereof, has been made available, the fact that investigations, discussions, or negotiations are taking place concerning the Transaction, or any of the terms, conditions, or other facts with respect to the Transaction including the status thereof; and

Not make any public announcement relating directly or indirectly to the Transaction except, that if, by reason of any legal requirement or of any rule or regulation of any stock exchange or any other regulatory authority having jurisdiction over the Parties or with whose directions the Parties would normally comply, either of the Parties is required to make any announcement as to any such matter, the Party required to make such announcement shall consult with the other Party with a view to reasonably cooperating and agreeing as to the timing and content of any such announcement.

The Company will not provide the Receiving Party's information to other prospective customers or ask the Receiving Party to talk to, lend support, or answer questions relating to engineering, design, building codes, financing, or any other requests that may arise from time to time by other customers.

## 19  PUBLIC DOMAIN ACKNOWLEDGEMENT

Receiving Party acknowledges that Information will not be deemed to be exempt from protection, merely because it was in the public domain as the printer systems being offered by MudBots is a compilation of many parts, equipment, and technologies that may be public individually, but not as a compilation of the parts and equipment necessary to construct concrete printing systems.

## 20  RETURN OF INFORMATION

Unless the Transaction or other business arrangement is entered into, each Party agrees to promptly return or destroy all Protected Information upon the specific request of the other Party at the conclusion of the evaluation of entering into the Transaction or other business arrangement. An archival copy of Protected Information received hereunder may be retained in a secure data storage location by legal counsel for the Receiving Party, solely for the purpose of proving the contents therein.

## 21  NO OBLIGATIONS

Neither Party is under any obligation to disclose or receive any Protected Information to or from the other Party, or to enter into the Transaction, any agreement, or contracts with the other Party.

Receiving Party Initial HERE _JAB_   Disclosing Party Initial HERE _____    © 2021  MudBots® 04/15  REV A

# NDA / Non-Compete Agreement

7023 S 700 W Bldg. B, Midvale, UT 84047  |  Phone: +1 (800) 733-2302

**22  NO RIGHTS IN PROTECTED INFORMATION**

The Parties agree that disclosure of Protected Information under this Agreement shall not constitute any grant, option, or license to the Receiving Party under any patent, trade secrets, or other rights now or hereafter held by either Disclosing Party.

**23  CONFLICT OF INTEREST**

A conflict of interest may exist when the interests or concerns of the Receiving Party may be seen as competing with the interests or concerns of The Company. Receiving Party warrants the He / She is not an employee, director, consultant, or advisor and does not benefit for free or pay from any competing entity and is not an associate to a family member or any individual that participates in any of the following:

- 3D Printing Company
- Cement or Masonry Company that manufactures or sells Mixes
- Cement or Masonry Company that manufactures or sells Mixers
- Cement or Masonry Company that manufactures or sells Pumps
- Cement or Masonry Company that manufactures or sells Batch Plants
- Any Company that is in the business of supplying or selling:
  - Cementitious products or additives
  - Geopolymer or composite mixes or additives
  - Multi part epoxy mixes or additives
  - Foam mixes or additives
  - Structural mixes or additives
  - Pottery mixes or additives
  - Clay mixes or additives

**24  NON-COMPETE**

Receiving Party agrees not to utilize said information for personal or commercial use without obtaining prior written consent of the Disclosing Party. Receiving Party shall not engage or participate in the manufacturing, creation, making, and / or sale of:

PRINTERS for concrete, mortar, hempcrete, geopolymer, poly-polymer, epoxy, or other structural mixes
3D PRINTING SOFTWARE
PUMPING SYSTEMS                        for 3D printing
BATCH PLANTS                           for 3D printing
MIXERS                                 for 3D printing
MIX FORMULAS                           for 3D printing
ADDITIVES                              for 3D printing

Receiving Party Initial HERE _JAB_  Disclosing Party Initial HERE _____    © 2021  MudBots®  04/15  REV A

# NDA / Non-Compete Agreement

7023 S 700 W Bldg. B, Midvale, UT 84047  |  Phone: +1 (800) 733-2302

| | |
|---|---|
| SLICING SOFTWARE | for 3D printing |
| ADD-ON ADVANCEMENTS | for 3D printing |
| PUBLISHING A BOOK | for 3D printing |
| PUBLISHING AN ONLINE OFFERING | for 3D printing |

for the period of three (3) years. Receiving Party shall not engage in any employment, consulting, sharing, or financing of any company related to the manufacturing and sales of all or part of the concrete printing system. However, this Agreement does not restrict Receiving Party from using the printer system to make and sell products or goods other than Mix Formulas. In the event that Receiving Party violates any of the terms, covenants, or conditions of this Agreement, The Company shall be entitled to an injunction and damages together with attorney's fees and all related costs incurred. Receiving Party agree that in the event of such a violation The Company. will suffer irreparable harm and is entitled to all damages at law or equity. Receiving Party acknowledges that Disclosing Party is only agreeing to make disclosures based on an understanding that Receiving Party will not be attempting to make improvements or printer options that they intend to claim any rights to, including patents, for which The Company (Disclosing Party) will in effect be prohibited from developing for their product offerings. If Receiving Party knows that this is a direction they which to pursue, the same needs to be disclosed at the signing of this Agreement and negotiated as part of a mutually acceptable joint venture with full transparency.

## 25  NO WARRANTY

THIS AGREEMENT DOES NOT GRANT ANY WARRANTY, GUARANTY, OR REPRESENTATION WITH RESPECT TO ANY EXCHANGED PROTECTED INFORMATION, EITHER EXPRESS OR IMPLIED. NEITHER PARTY SHALL BE LIABLE IN DAMAGES OF WHATEVER KIND, AS A RESULT OF THE OTHER PARTY'S RELIANCE ON OR USE OF THE PROTECTED INFORMATION PROVIDED HEREUNDER.

## 26  NON-WAIVER / SEVERABILITY

Waiver of any right under this Agreement by a Party on any occasion shall not in any way constitute a waiver of such right or any other right on any other occasion. In the event any provision of this Agreement is determined to be invalid, such invalidity shall not affect the validity of remaining portions of this Agreement, and the Parties shall substitute for the invalid provision a provision that most closely approximates the intent and economic effect of the invalid provision. This Agreement shall apply in lieu of and notwithstanding any specific legend or statement associated with any particular document or information exchanged.

## 27  INJUNCTIVE RELIEF

Each Party acknowledges that its breach, actual or threatened, of any term or condition of this Agreement by it will cause immediate and irreparable harm to the other Party. The other Party will therefore be entitled to seek immediate injunctive relief from a court of competent jurisdiction without having to prove irreparable harm and the alleged breaching Party shall stipulate to such court that such irreparable harm exists. Each Party may seek

Receiving Party Initial HERE _JAB_   Disclosing Party Initial HERE _____     © 2021 MudBots® 04/15 REV A

# NDA / Non-Compete Agreement

7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

appropriate damages and appropriate injunctive relief and any other remedy available to it based upon a breach by the other Party with proof of all legal elements for such remedy, except irreparable harm.

## 28  CLIENT PRIVACY DISCLOSURE

With any new "industry changing technology" there is always a lot of excitement, interest, and questions. When we first started our customers were more than happy to speak to others and share their knowledge, but as the idea of concrete printing began to catch on, so did the number of people wanting information. Our customers are running companies of their own so as the calls increased their willingness to talk to everyone lessoned. In some cases, prospective buyers were even leaving ignorant messages when their calls were not answered as quickly as they expected. In the end, we were asked to stop sharing our customer's information as they were not able to spend the amount of time needed to answer everyone's questions. As part of this Agreement, The Company warrants that they will not disclose the Receiving Party's information to prospective buyers or request that they speak with or reply to the same and that their participation with MudBots will be kept private. Receiving Party acknowledges that they will not be entitled to existing customer information and will not request the same.

## 29  GOVERNING LAW

This Agreement shall be governed in accordance with the laws of the State of Utah, U.S.A., without reference to conflict of laws principles. In the event of a final, non-appealable order of a court of competent jurisdiction in any action, suit, or proceeding relating to this Agreement, the prevailing Party shall be entitled to recover its reasonable attorneys' fees and related costs from the non-prevailing Party. In the event of a dispute under the terms of this Agreement, the English translation shall prevail over any other translation.

## 30  INTEGRATION

The Parties agree that this Agreement constitutes the entire agreement and understanding of the Parties concerning confidentiality of the Protected Information and this Agreement supersedes all previous communications, proposals, representations, and agreements, whether oral or written, relating thereto. Any subsequent agreement between the Parties requiring the disclosure and use of all or part of the Protected Information will not negate this Agreement but may add additional protective language and understandings if necessary.

## 31  MODIFICATION

The Parties agree that this Agreement shall be modified only by further written agreement by the Parties.

## 32  ASSIGNMENT

This Agreement is binding on both Parties, as well as any successor companies, and their respective officers, employees, agents, representatives, and surviving family members. Neither Party shall assign, sell or transfer this Agreement or any interest therein without first obtaining the written consent of the other Party, which shall not be unreasonably withheld, delayed or restricted. Notwithstanding the foregoing, such consent shall not be necessary in the event of a change of control, including but not limited to a sale of shares or assets or by operation of law, or should one Party change or otherwise alter or amend its operating name. In all such cases,

Receiving Party Initial HERE _JAB_    Disclosing Party Initial HERE _____    © 2021 MudBots® 04/15 REV A

# NDA / Non-Compete Agreement

7023 S 700 W Bldg. B, Midvale, UT 84047  |  Phone: +1 (800) 733-2302

assignment shall become automatic, and all Parties shall be bound as if it was an original signatory to the Agreement.

## 33  COUNTERPARTS

This Agreement may be executed and delivered by each Party hereto in separate counterparts, each of which when so executed and delivered shall be deemed an original and both of which taken together shall constitute one and the same Agreement.

## 34  ORIGINAL SIGNED COPIES

Original Copies must be received within five (5) working days for continued access to the MudBots site and ongoing disclosure of information. Electronic Signatures are not accepted.

## 35  REQUIREMENT TO SIGN UPDATED VERSIONS OF THIS AGREEMENT

In situations where this Agreement has been signed prior to visiting the MudBots site and more than 2 months have passed, a new copy of the then current agreement (the most recent version) will need to be signed to gain access to the MudBots site and for ongoing disclosure of information.

## 36  SIGNATURES IN WITNESS WHEREOF

By Signing this Agreement, Receiving Party acknowledges that any information provided by the Disclosing Party is only shared based on the information provided and agreed to by Receiving Party.

Receiving Party warrants that the information provided above is factual and true.

Each Party hereto acknowledges that the representative named below has the authority to execute this Agreement on behalf of the respective company to form a legally binding contract and has caused this Agreement to be duly executed on its behalf.

Receiving Party agrees to provide a copy of Driver's License or proof of identity.

Receiving Party Initial HERE _JAB_    Disclosing Party Initial HERE _____    © 2021  MudBots® 04/15 REV A

# NDA / Non-Compete Agreement

7023 S 700 W Bldg. B, Midvale, UT 84047  |  Phone: +1 (800) 733-2302

RECEIVING PARTY

Miller Engineering
_____
Company Name

Justin Andrus-Bearden
_____
Signer's Name

Structural Engineer
_____
Position

11/29/2022
_____
Date

*Justin Andrus Bearden*
_____
Signature

The COMPANY (CJR Distributing, dba MudBots)

_____
MudBots LLC

_____
Signer's Name

_____
Position

_____
Date

_____
Signature

Each page MUST be initialed.

Mail (2) originals to 7023 S. 700 W. #B Midvale, Utah 84047 USA
One copy will be signed and returned by MudBots.

Please place a photocopy of your Driver's License here:



14 of 14 | Receiving Party Initial HERE _*JAB*_ Disclosing Party Initial HERE _____      © 2021 MudBots® 04/15 REV A



MudBots LLC
+1 800 733-2302
08:00 - 17:00 MST
www.MudBots.com
7023 S 700 W Building B
Midvale, Utah
84047 USA

# NDA / Non-Compete Agreement Third Party
## Receiving Party Disclosures
## Non-Disclosure & Non-Compete

The following Agreement is required as a condition of disclosing information relative to Concrete Printing technology and products offered by MudBots to protect their R&D investment and mutually acknowledged Intellectual Rights. Before sharing information MudBots must thoroughly understand who the information is being shared with, why the information is being requested, as well as how the information will be used.

**NOTICE**: This Agreement is not for the Primary Party Member and should only be completed by those individuals who will be accompanying and / or obtaining information with / from the Primary Party Member. Each individual or person obtaining information from the Primary Party Member must complete and submit a copy of this Agreement.

State the Name and Company of the Primary Party Member or Individual you are party to:

| Nate Schlueter | Eden's Village | Director |
|---|---|---|
| Primary Party Member | Company | Position |

The Disclosing Party and Receiving Party are defined as follows (each sometimes herein individually referred to as a "Party" or collectively as "Parties").

**DISCLOSING PARTY**

MudBots LLC, hereafter to be referred to as (The Company), having a principal place of business (the "Facility") at:
40 Iron ST #667 Tooele UT 84074.

In connection with a possible Transaction or sharing of Intellectual Rights, the Parties wish to disclose certain non-public and public information as set forth above and make available certain officers and employees in order to discuss such information and to answer any related inquiries.

The language and intended protections of this Agreement WILL NOT in any way limit the Receiving Party's ability to purchase a concrete printer, mixing, or pumping system from OTHERS offering the same, nor is the intent to prohibit the Receiving Party from using MudBots products, or from starting or running their own company that sells concrete printed structures.

The overall intent is to protect MudBots from Receiving Party, in any manner, copying the compilation of technology, equipment, software, pumps, mixers, mixes, documents, artwork, and business model in an effort to build any portion of or compete in the sale of any products as stipulated below for personal or commercial use.

# NDA / Non-Compete Agreement Third Party 

7023 S 700 W Bldg. B. Midvale. UT 84047 | Phone: +1 (800) 733-2302

**RECEIVING PARTY**

The Receiving Party is **Eden's Village**_____, a _____ corporation, having a principal

place of business at:

Address _____

City _____

State _____ Zip _____

Company Phone_____

Fax _____ Business License _____

Email _____

If Signer is currently employed by any company other than the one above, disclose that company here:

Legal Company Name _____

Address _____

City _____

State _____ Zip _____

Phone _____

Position _____

Email _____

Website _____

Business Type _____ Years in Business _____

[ ] The name given above is the actual legal name.

[ ] The name given above is the dba. Actual legal name is: _____

## 1. PURPOSE FOR ENQUIRY

[ ] Building Department Orientation

[ ] Municipality/Political Interest Orientation

[ ] University/College  Purchase Enquiry

[ ] University/College  Curriculum Enquiry

[ ] Student Research Enquiry

[ ] Charitable/Humanitarian Foundation Enquiry

[ ] Media Research or Interview

[ ] Mix Additives Testing

[ ] Contractor Purchase

[ ] Architect Purchase

[ ] Engineer Purchase

[ ] Franchisee Enquiry

[ ] International Partner/Distributor Enquiry

[ ] International Buyer Enquiry

[ ] Vendor/Supplier Enquiry

[ ] Armed Services Enquiry

[ ] Other _____

Receiving Party Initial HERE __BS__    Disclosing Party Initial HERE _____    © 2021 MudBots® 04/15 REV A

# NDA / Non-Compete Agreement Third Party



7023 S 700 W Bldg. B. Midvale, UT 84047 | Phone: +1 (800) 733-2302

## 2. PRINTER USE

What is your primary interest in buying a printer? (Choose Two)

| | |
|---|---|
| [ ] Multi Family Homes | [ ] Sign Structures |
| [ ] Single Family Homes | [ ] Sign Large Letters |
| [ ] Commercial Warehouses | [ ] Dome Roofs |
| [ ] Commercial Restaurants | [ ] Trussing Systems |
| [ ] Commercial Convenience Stores | [ ] Decorative Driveways |
| [ ] Commercial Utility Structures | [ ] DOT Sound Abatement Walls |
| [ ] Commercial Builder Other _____ | [ ] DOT Light Standard Bases |
| [ ] Guest Living Quarters | [ ] DOT K rails and A rails |
| [ ] Sheds and Garages | [ ] DOT Bridge Columns Pilasters |
| [ ] Storm Shelters | [ ] Storm Drain Unions |
| [ ] Prepper Safe Rooms | [ ] Utility Manholes |
| [ ] Home Property Walls | [ ] Septic Tanks |
| [ ] Development Walls | [ ] Sewer Drainage Pipes |
| [ ] Wave walls | [ ] Sewer Cleanouts |
| [ ] Living Light Walls | [ ] Sewer Junction Chambers |
| [ ] Highway Walls | [ ] Municipal Water Tanks |
| [ ] Retainer walls | [ ] Military Deployment Community |
| [ ] Retention Blocks | [ ] Military Artillery Testing Structures |
| [ ] Patios and Pilasters | [ ] Bridges |
| [ ] Children's Play Forts | [ ] Trash Receptacles |
| [ ] Trampoline Retainers | [ ] Farm Silos |
| [ ] Pool and Spa | [ ] Farm Feeding Troughs |
| [ ] Waterfalls and Water Features | [ ] Farm Irrigation Ditches |
| [ ] Artificial Boulders | [ ] Farm Fencing Posts |
| [ ] Landscape Seating and Benches | [ ] Additive Mix Testing |
| [ ] Nursery Large Planter Pots | [ ] Geopolymer Testing |
| [ ] Forest Service Restrooms | [ ] Hempcrete Testing |
| [ ] Forest Service Signage | [ ] Bio-Crete Testing |
| [ ] Forest Service Tables | [ ] Large Scale PVC, ABS Printing |
| [ ] Art Statues | [ ] Recycled Plastic Printing |
| [ ] Permanent Monuments | [ ] Silicone Mold Placement |
| [ ] Temporary Monuments | [ ] Underwater Print Testing |
| [ ] Park and Rec Structures | [ ] 3D Expanding Foam Structures |
| [ ] Barbeques & Fire Pits | [ ] Other _____ |
| [ ] Exterior Furniture | |

Receiving Party Initial HERE __BS__    Disclosing Party Initial HERE _____    © 2021 MudBots® 04/15 REV A

# NDA / Non-Compete Agreement Third Party



7023 S 700 W Bldg. B. Midvale. UT 84047  |  Phone: +1 (800) 733-2302

## 3. PROFESSIONAL BACKGROUND

Do you own a company?          [Y] [N]          How many years _____

Company Name _____          Type of Company _____

Company Website _____

If not - where are you currently employed? _____

What is your position _____          How long at current job _____

Website _____

What is your profession and background?

_____

_____

_____

Will you be forming a new company for this venture?                    [Y] [N]

Will you have a partner if forming a new company?                    [Y] [N]

Are you or your company currently selling the same products using traditional construction methods? [Y] [N]

Do you or your company currently have a 3D Printer of any kind?      [Y] [N]

Do you currently have a warehouse or showroom                    [Y] [N]

Do you speak a foreign language                    [Y] [N]

## 4. MUDBOTS FAMILIARITY?

When did you first hear about 3D Concrete Printing? _____

How did you hear about 3D Concrete Printing? _____

How did you hear about MudBots? _____

Has anyone you know already been in touch with MudBots?          [Y] [N]

Have you read all the emails sent to you by MudBots?          [Y] [N]

Have you watched all the Videos on the MudBots website?          [Y] [N]

## 5. AFFILIATIONS

Do you, a family member, or any acquaintance work for or have an affiliation with any of the following types of
companies?

| | | | |
|---|---|---|---|
| Construction company | [Y] [N] | Robotics or Automation company | [Y] [N] |
| Engineering company | [Y] [N] | Software company | [Y] [N] |
| Concrete mixing company | [Y] [N] | Electronics company | [Y] [N] |
| Concrete additives company | [Y] [N] | 3D Design company | [Y] [N] |
| Geopolymer company | [Y] [N] | 3D Printer company | [Y] [N] |
| Pumps and / or Mixers company | [Y] [N] | Batch Plants | [Y] [N] |

Receiving Party Initial HERE __BS__    Disclosing Party Initial HERE _____    © 2021 MudBots® 04/15 REV A

NDA / Non-Compete Agreement Third Party 

7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

## 6. PERSONAL EXPERIENCE

Do you have experience with:

| | | | |
|---|---|---|---|
| Residential Construction? | [Y] [N] | Architecture and Engineering? | [Y] [N] |
| Commercial Construction? | [Y] [N] | Construction Management? | [Y] [N] |
| Construction costs for sub trades? | [Y] [N] | Concrete Construction? | [Y] [N] |
| Building codes? | [Y] [N] | Masonry Construction? | [Y] [N] |
| Inspection process? | [Y] [N] | | |

## 7. EDUCATION

Please note if you have a degree or are working in any of the following types of engineering:

[ ] Electrical Engineer                    [ ] Industrial Engineer

[ ] Mechanical Engineer                    [ ] Systems Engineer

[ ] Mechatronics Engineer                  [ ] Manufacturing Engineer

[ ] Robotics Engineer                      [ ] Geological Engineer

[ ] Software Engineer                      [ ] Physics Engineer

[ ] Computer Engineer                      [ ] Ceramics Engineer

[ ] Civil Engineer                         [ ] Chemical Engineer

[ ] Structural Engineer                    [ ] Other Engineering Field _____

[ ] Architectural Engineer

## 8. GC MARKET FAMILIARITY

Are you able to show you have acted as a General Contractor and have market awareness for the current costs and time requirements and processes for the following trades?

[Y] [N]    Architectural costs for a residential / commercial building

[Y] [N]    Engineering costs for a residential / commercial building

[Y] [N]    Cost for permits and inspections

[Y] [N]    Sitework Quote

[Y] [N]    Sewer & Water Quote

[Y] [N]    Framing Quote

[Y] [N]    Stucco or Siding Quote

[Y] [N]    Drywall Quote

[Y] [N]    Taping Quote

[Y] [N]    Insulation Quote

[Y] [N]    Electrical Quote

[Y] [N]    Plumbing Quote

[Y] [N]    Daily cost for a construction loan

Receiving Party Initial HERE __BS__    Disclosing Party Initial HERE _____    © 2021 MudBots® 04/15 REV A

NDA / Non-Compete Agreement Third Party 

7023 S 700 W Bldg. B. Midvale. UT 84047 | Phone: +1 (800) 733-2302

### 9. PROJECT DOCUMENTATION

Are you able to provide the following?

- [Y] [N]   Scaled blueprint of what you wish to print
- [Y] [N]   Blueprints from your most recent project within the last 12 months
- [Y] [N]   GC Project permits within the last 12 months
- [Y] [N]   Structural Engineering Calculations and Details

### 10. RESEARCH DISCLOSURE

Receiving Party [ ] Has [ ] Has Not   Viewed a concrete printer by another company in person.

Receiving Party [ ] Has [ ] Has Not   Communicated by email with other concrete printing companies.

Receiving Party [ ] Has [ ] Has Not   Communicated by Phone with other concrete printing companies.

Party warrants that as of the date of this Agreement it has reached out to the following concrete printing companies:

| Company | Contact | By: | Phone | Successful | Email | Successful |
|---|---|---|---|---|---|---|
| | | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| | | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| | | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| | | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| | | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| | | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| | | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| | | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| | | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |

In consideration of the mutual covenants set forth herein, the Parties agree to the following terms and conditions:

## Non-Disclosure - Non-Compete

### 15 DEFINITIONS

"Protected Information." - The term "Protected Information" means any and all technical, business and financial information, documentation and agreements, products, samples, prototypes, including, but not limited to, ideas, inventions, data, trade secrets, information concerning technologies, compositions, formulations or any direct or indirect formulations related thereto, equipment, production processes, applications, uses, markets, customers, prices, suppliers, marketing and finances, supply agreements, franchise agreements, and licenses

Receiving Party Initial HERE __BS__   Disclosing Party Initial HERE _____   © 2021 MudBots® 04/15 REV A

# NDA / Non-Compete Agreement Third Party



7023 S 700 W Bldg. B. Midvale. UT 84047 | Phone: +1 (800) 733-2302

regardless of the form or medium in which the information is communicated or maintained, (including, but not limited to, oral or visual communication). Information obtained by the Receiving Party resulting from its examination, testing or analysis of any product, prototype, sample, component, or like tangible item provided by the Disclosing Party's provided information will be regarded as Protected Information without the requirements for marking such item as Confidential or Proprietary.

Receiving Party is authorized to share all information that is available on the MudBots website but that does not require a password to access.

## 16 TERM AND DURATION OF OBLIGATIONS

This Agreement is effective as of the last date of signature in the signature blocks provided below ("Effective Date"). This Agreement will terminate three (3) years after the Effective Date, except for the provisions of **Section 17** which shall survive as long as the Protected Information is not made publicly known by The Company or others.

## 17 OBLIGATIONS REGARDING PROTECTED INFORMATION

The Receiving Party shall protect Protected Information by using the same degree of care as they would use for its own Protected Information, but not less than a reasonable degree of care, to prevent the unauthorized use, dissemination, or publication of the Protected Information, and specifically shall:

Not use any portion of Protected Information, or any modification thereof, for any purpose other than for the consideration of entering into the Transaction;

Not disclose Protected Information, or any modification thereof, to any third party without the prior written consent of the Disclosing Party regardless of whether or not the third party is an employee of their company;

Not disclose Protected Information, or any modification thereof, to any individual outside the USA without disclosing the same and receiving prior written consent of the Disclosing Party. International disclosures will require a modified NDA/Non-Compete that consider the international laws for the third party's country of residence;

All disclosures of content other than information available on the Disclosing Party's website are prohibited until the information is made publicly known by The Company;

Unless such third party is required to know the same for the purpose directly concerned with the Transaction, and, in the event of such disclosure being necessary, such third party shall agree in writing to be bound to the terms of this Agreement by signing an original copy of the same and providing to Disclosing Party beforehand; or

Receiving Party Initial HERE __BS__    Disclosing Party Initial HERE _____    © 2021 MudBots® 04/15 REV A

NDA / Non-Compete Agreement Third Party 

7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

Limit dissemination of that portion of Protected Information, or any modification thereof, to those employees and other representatives of Receiving Party that have a need to know of that portion of Protected Information for purposes of the Transaction and who have agreed to maintain the confidentiality thereof.

## 18 CONFIDENTIALITY OF DISCUSSIONS

Each Party shall:

Not disclose to other persons the fact that the Protected Information, or any modification thereof, has been made available, the fact that investigations, discussions, or negotiations are taking place concerning the Transaction, or any of the terms, conditions, or other facts with respect to the Transaction including the status thereof; and

Not make any public announcement relating directly or indirectly to the Transaction except, that if, by reason of any legal requirement or of any rule or regulation of any stock exchange or any other regulatory authority having jurisdiction over the Parties or with whose directions the Parties would normally comply, either of the Parties is required to make any announcement as to any such matter, the Party required to make such announcement shall consult with the other Party with a view to reasonably cooperating and agreeing as to the timing and content of any such announcement.

The Company will not provide the Receiving Party's information to other prospective customers or ask the Receiving Party to talk to, lend support, or answer questions relating to engineering, design, building codes, financing, or any other requests that may arise from time to time by other customers.

## 19 PUBLIC DOMAIN ACKNOWLEDGEMENT

Receiving Party acknowledges that Information will not be deemed to be exempt from protection, merely because it was in the public domain as the printer systems being offered by MudBots is a compilation of many parts, equipment, and technologies that may be public individually, but not as a compilation of the parts and equipment necessary to construct concrete printing systems.

## 20 RETURN OF INFORMATION

Unless the Transaction or other business arrangement is entered into, each Party agrees to promptly return or destroy all Protected Information upon the specific request of the other Party at the conclusion of the evaluation of entering into the Transaction or other business arrangement. An archival copy of Protected Information received hereunder may be retained in a secure data storage location by legal counsel for the Receiving Party, solely for the purpose of proving the contents therein.

# NDA / Non-Compete Agreement Third Party



7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

### 21  NO OBLIGATIONS

Neither Party is under any obligation to disclose or receive any Protected Information to or from the other Party, or to enter into the Transaction, any agreement, or contracts with the other Party.

### 22  NO RIGHTS IN PROTECTED INFORMATION

The Parties agree that disclosure of Protected Information under this Agreement shall not constitute any grant, option, or license to the Receiving Party under any patent, trade secrets, or other rights now or hereafter held by either Disclosing Party.

### 23  CONFLICT OF INTEREST

A conflict of interest may exist when the interests or concerns of the Receiving Party may be seen as competing with the interests or concerns of The Company. Receiving Party warrants the He / She is not an employee, director, consultant, or advisor and does not benefit for free or pay from any competing entity and is not an associate to a family member or any individual that participates in any of the following:

- 3D Printing Company
- Cement or Masonry Company that manufactures or sells Mixes
- Cement or Masonry Company that manufactures or sells Mixers
- Cement or Masonry Company that manufactures or sells Pumps
- Cement or Masonry Company that manufactures or sells Batch Plants
- Any Company that is in the business of supplying or selling:
  - Cementitious products or additives
  - Geopolymer or composite mixes or additives
  - Multi part epoxy mixes or additives
  - Foam mixes or additives
  - Structural mixes or additives
  - Pottery mixes or additives
  - Clay mixes or additives

### 24  NON-COMPETE

Receiving Party agrees not to utilize said information for personal or commercial use without obtaining prior written consent of the Disclosing Party. Receiving Party shall not engage or participate in the manufacturing, creation, making, and / or sale of:

PRINTERS for concrete, mortar, hempcrete, geopolymer, poly-polymer, epoxy, or other structural mixes
3D PRINTING SOFTWARE
PUMPING SYSTEMS                    for 3D printing

# NDA / Non-Compete Agreement Third Party



7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

| | |
|---|---|
| BATCH PLANTS | for 3D printing |
| MIXERS | for 3D printing |
| MIX FORMULAS | for 3D printing |
| ADDITIVES | for 3D printing |
| SLICING SOFTWARE | for 3D printing |
| ADD-ON ADVANCEMENTS | for 3D printing |
| PUBLISHING A BOOK | for 3D printing |
| PUBLISHING AN ONLINE OFFERING | for 3D printing |

for the period of three (3) years. Receiving Party shall not engage in any employment, consulting, sharing, or financing of any company related to the manufacturing and sales of all or part of the concrete printing system. However, this Agreement does not restrict Receiving Party from using the printer system to make and sell products or goods other than Mix Formulas. In the event that Receiving Party violates any of the terms, covenants, or conditions of this Agreement, The Company shall be entitled to an injunction and damages together with attorney's fees and all related costs incurred. Receiving Party agree that in the event of such a violation The Company. will suffer irreparable harm and is entitled to all damages at law or equity. Receiving Party acknowledges that Disclosing Party is only agreeing to make disclosures based on an understanding that Receiving Party will not be attempting to make improvements or printer options that they intend to claim any rights to, including patents, for which The Company (Disclosing Party) will in effect be prohibited from developing for their product offerings. If Receiving Party knows that this is a direction they which to pursue, the same needs to be disclosed at the signing of this Agreement and negotiated as part of a mutually acceptable joint venture with full transparency.

## 25 NO WARRANTY

THIS AGREEMENT DOES NOT GRANT ANY WARRANTY, GUARANTY, OR REPRESENTATION WITH RESPECT TO ANY EXCHANGED PROTECTED INFORMATION, EITHER EXPRESS OR IMPLIED. NEITHER PARTY SHALL BE LIABLE IN DAMAGES OF WHATEVER KIND, AS A RESULT OF THE OTHER PARTY'S RELIANCE ON OR USE OF THE PROTECTED INFORMATION PROVIDED HEREUNDER.

## 26 NON-WAIVER / SEVERABILITY

Waiver of any right under this Agreement by a Party on any occasion shall not in any way constitute a waiver of such right or any other right on any other occasion. In the event any provision of this Agreement is determined to be invalid, such invalidity shall not affect the validity of remaining portions of this Agreement, and the Parties shall substitute for the invalid provision a provision that most closely approximates the intent and economic effect of the invalid provision. This Agreement shall apply in lieu of and notwithstanding any specific legend or statement associated with any particular document or information exchanged.

Receiving Party Initial HERE __BS__   Disclosing Party Initial HERE _____   © 2021 MudBots® 04/15 REV A

# NDA / Non-Compete Agreement Third Party



7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

## 27  INJUNCTIVE RELIEF

Each Party acknowledges that its breach, actual or threatened, of any term or condition of this Agreement by it will cause immediate and irreparable harm to the other Party. The other Party will therefore be entitled to seek immediate injunctive relief from a court of competent jurisdiction without having to prove irreparable harm and the alleged breaching Party shall stipulate to such court that such irreparable harm exists. Each Party may seek appropriate damages and appropriate injunctive relief and any other remedy available to it based upon a breach by the other Party with proof of all legal elements for such remedy, except irreparable harm.

## 28  CLIENT PRIVACY DISCLOSURE

With any new "industry changing technology" there is always a lot of excitement, interest, and questions. When we first started our customers were more than happy to speak to others and share their knowledge, but as the idea of concrete printing began to catch on, so did the number of people wanting information. Our customers are running companies of their own so as the calls increased their willingness to talk to everyone lessoned. In some cases, prospective buyers were even leaving ignorant messages when their calls were not answered as quickly as they expected. In the end, we were asked to stop sharing our customer's information as they were not able to spend the amount of time needed to answer everyone's questions. As part of this Agreement, The Company warrants that they will not disclose the Receiving Party's information to prospective buyers or request that they speak with or reply to the same and that their participation with MudBots will be kept private. Receiving Party acknowledges that they will not be entitled to existing customer information and will not request the same.

## 29  GOVERNING LAW

This Agreement shall be governed in accordance with the laws of the State of Utah, U.S.A., without reference to conflict of laws principles. In the event of a final, non-appealable order of a court of competent jurisdiction in any action, suit, or proceeding relating to this Agreement, the prevailing Party shall be entitled to recover its reasonable attorneys' fees and related costs from the non-prevailing Party. In the event of a dispute under the terms of this Agreement, the English translation shall prevail over any other translation.

## 30  INTEGRATION

The Parties agree that this Agreement constitutes the entire agreement and understanding of the Parties concerning confidentiality of the Protected Information and this Agreement supersedes all previous communications, proposals, representations, and agreements, whether oral or written, relating thereto. Any subsequent agreement between the Parties requiring the disclosure and use of all or part of the Protected Information will not negate this Agreement but may add additional protective language and understandings if necessary.

## 31  MODIFICATION

The Parties agree that this Agreement shall be modified only by further written agreement by the Parties.

Receiving Party Initial HERE __BS__    Disclosing Party Initial HERE _____    © 2021 MudBots® 04/15 REV A

NDA / Non-Compete Agreement Third Party 

7023 S 700 W Bldg. B. Midvale. UT 84047 | Phone: +1 (800) 733-2302

## 32 ASSIGNMENT

This Agreement is binding on both Parties, as well as any successor companies, and their respective officers, employees, agents, representatives, and surviving family members. Neither Party shall assign, sell or transfer this Agreement or any interest therein without first obtaining the written consent of the other Party, which shall not be unreasonably withheld, delayed or restricted. Notwithstanding the foregoing, such consent shall not be necessary in the event of a change of control, including but not limited to a sale of shares or assets or by operation of law, or should one Party change or otherwise alter or amend its operating name. In all such cases, assignment shall become automatic, and all Parties shall be bound as if it was an original signatory to the Agreement.

## 33 COUNTERPARTS

This Agreement may be executed and delivered by each Party hereto in separate counterparts, each of which when so executed and delivered shall be deemed an original and both of which taken together shall constitute one and the same Agreement.

## 34 ORIGINAL SIGNED COPIES

Original Copies must be received within five (5) working days for continued access to the MudBots site and ongoing disclosure of information. Electronic Signatures are not accepted.

## 35 REQUIREMENT TO SIGN UPDATED VERSIONS OF THIS AGREEMENT

In situations where this Agreement has been signed prior to visiting the MudBots site and more than 2 months have passed, a new copy of the then current agreement (the most recent version) will need to be signed to gain access to the MudBots site and for ongoing disclosure of information.

## 36 SIGNATURES IN WITNESS WHEREOF

By Signing this Agreement, Receiving Party acknowledges that any information provided by the Disclosing Party is only shared based on the information provided and agreed to by Receiving Party.

Receiving Party warrants that the information provided above is factual and true.

Each Party hereto acknowledges that the representative named below has the authority to execute this Agreement on behalf of the respective company to form a legally binding contract and has caused this Agreement to be duly executed on its behalf.

Receiving Party agrees to provide a copy of Driver's License or proof of identity.

Receiving Party Initial HERE __BS__    Disclosing Party Initial HERE _____    © 2021 MudBots® 04/15 REV A

# NDA / Non-Compete Agreement Third Party



7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

RECEIVING PARTY

The COMPANY (CJR Distributing, dba MudBots)

Company Name

MudBots LLC

**Branden Schwab**

Signer's Name

Signer's Name

**Print Team**

Position

Position

03-26-23

Date

Date

Signature

Signature

B. Schwab 03-29-23

Each page MUST be initialed.

Mail (2) originals to 7023 S. 700 W. #B Midvale, Utah 84047 USA

One copy will be signed and returned by MudBots.

Please place a photocopy of your Driver's License here:



| Receiving Party Initial HERE __BS__   Disclosing Party Initial HERE _____   © 2021 MudBots® 04/15 REV A



# NDA / Non-Compete Agreement
## Receiving Party Disclosures
## Non-Disclosure & Non-Compete

The following Agreement is required as a condition of disclosing information relative to Concrete Printing technology and products offered by MudBots to protect their R&D investment and mutually acknowledged Intellectual Rights. Before sharing information MudBots must thoroughly understand who the information is being shared with, why the information is being requested, as well as how the information will be used.

**NOTICE:** If you are requesting information on behalf of a group, company, or anyone other than yourself, each person you wish to share the same with must first submit their own copy of this protective document before disclosure.

The Disclosing Party and Receiving Party are defined as follows (each sometimes herein individually referred to as a "Party" or collectively as "Parties").

**DISCLOSING PARTY**
MudBots LLC, hereafter to be referred to as (The Company), having a principal place of business (the "Facility") at:
      7023 S. 700 W. Building B, Midvale, Utah 84047

In connection with a possible Transaction or sharing of Intellectual Rights, the Parties wish to disclose certain non-public and public information as set forth above and make available certain officers and employees in order to discuss such information and to answer any related inquiries.

The language and intended protections of this Agreement WILL NOT in any way limit the Receiving Party's ability to purchase a concrete printer, mixing, or pumping system from OTHERS offering the same, nor is the intent to prohibit the Receiving Party from using MudBots products, or from starting or running their own company that sells concrete printed structures.

The overall intent is to protect MudBots from Receiving Party, in any manner, copying the compilation of technology, equipment, software, pumps, mixers, mixes, documents, artwork, and business model in an effort to build any portion of or compete in the sale of any products as stipulated below for personal or commercial use.

**1 of 14** | Receiving Party Initial HERE _____    Disclosing Party Initial HERE _____    © 2021 MudBots® 04/15 REV A

# NDA / Non-Compete Agreement



7023 S 700 W Bldg. B, Midvale. UT 84047 | Phone. +1 (800) 733-2302

**RECEIVING PARTY**

The Receiving Party is _Danny Little_ , a _INDIVIDUAL_ corporation, having a principal

place of business at:

Address _401 E. 2ND Terrace_

City _Lamar_

State _MO_ Zip _64759_

Company Phone _417-262-0203_

Fax _____ Business License _____

Email _Danny @ Redneck Blinds. com_

If Signer is currently employed by any company other than the one above, disclose that company here:

Legal Company Name _____

Address _____

City _____

State _____ Zip _____

Phone _____

Position _____

Email _____

Website _____

Business Type _____ Years in Business _____

[✓] The name given above is the actual legal name.

[ ] The name given above is the dba. Actual legal name is: _____

## 1. PURPOSE FOR ENQUIRY

[ ] Building Department Orientation

[ ] Municipality/Political Interest Orientation

[ ] University/College  Purchase Enquiry

[ ] University/College  Curriculum Enquiry

[ ] Student Research Enquiry

[✓] Charitable/Humanitarian Foundation Enquiry

[ ] Media Research or Interview

[ ] Mix Additives Testing

[ ] Contractor Purchase

[ ] Architect Purchase

[ ] Engineer Purchase

[ ] Franchisee Enquiry

[ ] International Partner/Distributor Enquiry

[ ] International Buyer Enquiry

[ ] Vendor/Supplier Enquiry

[ ] Armed Services Enquiry

[ ] Other _____

2 of 14 | Receiving Party Initial HERE _____ Disclosing Party Initial HERE _____ © 2021 MudBots® 04/15 REV A

# NDA / Non-Compete Agreement



7023 S 700 W Bldg. B. Midvale. UT 84047 | Phone: +1 (800) 733-2302

## 2. PRINTER USE

What is your primary interest in buying a printer? (Choose Two)

[X] Multi Family Homes
[X] Single Family Homes
[ ] Commercial Warehouses
[ ] Commercial Restaurants
[ ] Commercial Convenience Stores
[ ] Commercial Utility Structures
[ ] Commercial Builder Other _____
[ ] Guest Living Quarters
[ ] Sheds and Garages
[ ] Storm Shelters
[ ] Prepper Safe Rooms
[ ] Home Property Walls
[ ] Development Walls
[ ] Wave walls
[ ] Living Light Walls
[ ] Highway Walls
[ ] Retainer walls
[ ] Retention Blocks
[ ] Patios and Pilasters
[ ] Children's Play Forts
[ ] Trampoline Retainers
[ ] Pool and Spa
[ ] Waterfalls and Water Features
[ ] Artificial Boulders
[ ] Landscape Seating and Benches
[ ] Nursery Large Planter Pots
[ ] Forest Service Restrooms
[ ] Forest Service Signage
[ ] Forest Service Tables
[ ] Art Statues
[ ] Permanent Monuments
[ ] Temporary Monuments
[ ] Park and Rec Structures
[ ] Barbeques & Fire Pits
[ ] Exterior Furniture

[ ] Sign Structures
[ ] Sign Large Letters
[ ] Dome Roofs
[ ] Trussing Systems
[ ] Decorative Driveways
[ ] DOT Sound Abatement Walls
[ ] DOT Light Standard Bases
[ ] DOT K rails and A rails
[ ] DOT Bridge Columns Pilasters
[ ] Storm Drain Unions
[ ] Utility Manholes
[ ] Septic Tanks
[ ] Sewer Drainage Pipes
[ ] Sewer Cleanouts
[ ] Sewer Junction Chambers
[ ] Municipal Water Tanks
[ ] Military Deployment Community
[ ] Military Artillery Testing Structures
[ ] Bridges
[ ] Trash Receptacles
[ ] Farm Silos
[ ] Farm Feeding Troughs
[ ] Farm Irrigation Ditches
[ ] Farm Fencing Posts
[ ] Additive Mix Testing
[ ] Geopolymer Testing
[ ] Hempcrete Testing
[ ] Bio-Crete Testing
[ ] Large Scale PVC, ABS Printing
[ ] Recycled Plastic Printing
[ ] Silicone Mold Placement
[ ] Underwater Print Testing
[ ] 3D Expanding Foam Structures
[ ] Other _____



# NDA / Non-Compete Agreement



7023 S 700 W Bldg. 8, Midvale, UT 84047 | Phone. +1 (800) 733-2302

## 3. DECISION AUTHORITY

Indicate who will be making final decision before purchasing:

[ ] I will not be buying a Printer
[ ] I will be making a purchase decision alone
[X] I will make a purchase decision with a partner    *I am DONOR*
[ ] I will submit findings to a board of directors for the decision

## 4. PURCHASE TIME FRAME

What is your purchase time frame?

[X] 1 month
[ ] 3 months
[ ] 6 months
[ ] 9 months
[ ] 12 months
[ ] Not here to purchase a printer

## 5. PROFESSIONAL BACKGROUND

Do you own a company?  [Y] [N]    How many years *@ 15*
Company Name _____    Type of Company _____
Company Website *NA*                *DONOR OF Purchase FUNDS*
                                                                  *EDEN Village*
If not - where are you currently employed? _____
What is your position _____  How long at current job _____
Website _____

What is your profession and background?
*BANKER / Manufacturer*
_____
_____

Will you be forming a new company for this venture?         [Y] [N]
Will you have a partner if forming a new company?           [Y] [N]
Are you or your company currently selling the same products using traditional construction methods? [Y] [N]
Do you or your company currently have a 3D Printer of any kind?   [Y] [N]
Do you currently have a warehouse or showroom              [Y] [N]
Do you speak a foreign language                             [Y] [N]

---

**4 of 14**  Receiving Party Initial HERE _____  Disclosing Party Initial HERE _____    © 2021 MudBots® 04/15 REV A

# NDA / Non-Compete Agreement



7023 S 700 W Bldg. E. Midvale, UT 84047 | Phone: +1 (800) 733-2307

## 6. MUDBOTS FAMILIARITY?

When did you first hear about 3D Concrete Printing? ___*Last 30 Days*___

How did you hear about 3D Concrete Printing? ___*Eden Village*___

How did you hear about MudBots? _____

Has anyone you know already been in touch with MudBots? [Y] [N]

Have you read all the emails sent to you by MudBots? [Y] [N]

Have you watched all the Videos on the MudBots website? [Y] [N]

## 7. AFFILIATIONS

Do you, a family member, or any acquaintance work for or have an affiliation with any of the following types of companies?

| | | | |
|---|---|---|---|
| Construction company | [Y] [N] | Robotics or Automation company | [Y] [N] |
| Engineering company | [Y] [N] | Software company | [Y] [N] |
| Concrete mixing company | [Y] [N] | Electronics company | [Y] [N] |
| Concrete additives company | [Y] [N] | 3D Design company | [Y] [N] |
| Geopolymer company | [Y] [N] | 3D Printer company | [Y] [N] |
| Pumps and / or Mixers company | [Y] [N] | Batch Plants | [Y] [N] |

## 8. PERSONAL EXPERIENCE

Do you have experience with:

| | | | |
|---|---|---|---|
| Residential Construction? | [Y] [N] | Architecture and Engineering? | [Y] [N] |
| Commercial Construction? | [Y] [N] | Construction Management? | [Y] [N] |
| Construction costs for sub trades? | [Y] [N] | Concrete Construction? | [Y] [N] |
| Building codes? | [Y] [N] | Masonry Construction? | [Y] [N] |
| Inspection process? | [Y] [N] | | |

## 9. EMPLOYEES/STAFF

Do you currently have the staff for:

| | | | |
|---|---|---|---|
| CAD drawings | [Y] [N] | Concrete work | [Y] [N] |
| 3D drawings | [Y] [N] | Software development | [Y] [N] |
| GCODE | [Y] [N] | Marketing / Sales | [Y] [N] |
| CNC machinery | [Y] [N] | Mechatronics | [Y] [N] |
| Masonry work | [Y] [N] | | |

# NDA / Non-Compete Agreement



7023 S 700 W Bldg. B. Midvale, UT 84047 | Phone: +1 (800) 733-2302

### 10. EDUCATION

Please note if you have a degree or are working in any of the following types of engineering:

[ ] Electrical Engineer      [ ] Industrial Engineer

[ ] Mechanical Engineer      [ ] Systems Engineer

[ ] Mechatronics Engineer      [ ] Manufacturing Engineer

[ ] Robotics Engineer      [ ] Geological Engineer

[ ] Software Engineer      [ ] Physics Engineer

[ ] Computer Engineer      [ ] Ceramics Engineer

[ ] Civil Engineer      [ ] Chemical Engineer

[ ] Structural Engineer      [ ] Other Engineering Field _____

[ ] Architectural Engineer

### 11. GC MARKET FAMILIARITY

Are you able to show you have acted as a General Contractor and have market awareness for the current costs and time requirements and processes for the following trades?

[Y] [N]   Architectural costs for a residential / commercial building

[Y] [N]   Engineering costs for a residential / commercial building

[Y] [N]   Cost for permits and inspections

[Y] [N]   Sitework Quote

[Y] [N]   Sewer & Water Quote

[Y] [N]   Framing Quote

[Y] [N]   Stucco or Siding Quote

[Y] [N]   Drywall Quote

[Y] [N]   Taping Quote

[Y] [N]   Insulation Quote

[Y] [N]   Electrical Quote

[Y] [N]   Plumbing Quote

[Y] [N]   Daily cost for a construction loan

### 12. PROJECT DOCUMENTATION

Are you able to provide the following?

[Y] [N]   Scaled blueprint of what you wish to print

[Y] [N]   Blueprints from your most recent project within the last 12 months

[Y] [N]   GC Project permits within the last 12 months

[Y] [N]   Structural Engineering Calculations and Details

Receiving Party Initial HERE _____ Disclosing Party Initial HERE _____ © 2021 MudBots® 04/15 REV A

# NDA / Non-Compete Agreement



7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

## 13. FUNDING POSITION

[X] Funding is in place without a loan or investor procurement should I decide to purchase

[ ] Funding will require a loan

[ ] Funding will require a 3rd party investor

[ ] Funding will require a government grant

[ ] If acquiring a loan, the business has 3 years tax returns ready and certified financials for 2019.

## 14. RESEARCH DISCLOSURE

Receiving Party  [ ] Has  [✓] Has Not   Viewed a concrete printer by another company in person.

Receiving Party  [ ] Has  [✓] Has Not   Communicated by email with other concrete printing companies.

Receiving Party  [ ] Has  [✓] Has Not   Communicated by Phone with other concrete printing companies.

Party warrants that as of the date of this Agreement it has reached out to the following concrete printing companies:

| Company | Contact | By: | Phone | Successful | Email | Successful |
|---|---|---|---|---|---|---|
| | | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| | | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| | | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| | | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| | | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| | | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| | | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| | | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| | | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |

In consideration of the mutual covenants set forth herein, the Parties agree to the following terms and conditions:

## Non-Disclosure - Non-Compete

## 15  DEFINITIONS

"Protected Information." - The term "Protected Information" means any and all technical, business and financial information, documentation and agreements, products, samples, prototypes, including, but not limited to, ideas, inventions, data, trade secrets, information concerning technologies, compositions, formulations or any direct or indirect formulations related thereto, equipment, production processes, applications, uses, markets, customers, prices, suppliers, marketing and finances, supply agreements, franchise agreements, and licenses regardless of the form or medium in which the information is communicated or maintained, (including, but not

# NDA / Non-Compete Agreement



7023 S 700 W Bldg. B. Midvale, UT 84047 | Phone: +1 (800) 733-2302

limited to, oral or visual communication). Information obtained by the Receiving Party resulting from its examination, testing or analysis of any product, prototype, sample, component, or like tangible item provided by the Disclosing Party's provided information will be regarded as Protected Information without the requirements for marking such item as Confidential or Proprietary.

Receiving Party is authorized to share all information that is available on the MudBots website but that does not require a password to access.

## 16  TERM AND DURATION OF OBLIGATIONS

This Agreement is effective as of the last date of signature in the signature blocks provided below ("Effective Date"). This Agreement will terminate three (3) years after the Effective Date, except for the provisions of **Section 17** which shall survive as long as the Protected Information is not made publicly known by The Company or others.

## 17  OBLIGATIONS REGARDING PROTECTED INFORMATION

The Receiving Party shall protect Protected Information by using the same degree of care as they would use for its own Protected Information, but not less than a reasonable degree of care, to prevent the unauthorized use, dissemination, or publication of the Protected Information, and specifically shall:

Not use any portion of Protected Information, or any modification thereof, for any purpose other than for the consideration of entering into the Transaction;

Not disclose Protected Information, or any modification thereof, to any third party without the prior written consent of the Disclosing Party regardless of whether or not the third party is an employee of their company;

Not disclose Protected Information, or any modification thereof, to any individual outside the USA without disclosing the same and receiving prior written consent of the Disclosing Party. International disclosures will require a modified NDA/Non-Compete that consider the international laws for the third party's country of residence;

All disclosures of content other than information available on the Disclosing Party's website are prohibited until the information is made publicly known by The Company;

Unless such third party is required to know the same for the purpose directly concerned with the Transaction, and, in the event of such disclosure being necessary, such third party shall agree in writing to be bound to the terms of this Agreement by signing an original copy of the same and providing to Disclosing Party beforehand; or

Receiving Party Initial HERE _____  Disclosing Party Initial HERE _____      © 2021 MudBots™ 04/15 REV A

# NDA / Non-Compete Agreement



7023 S 700 W Bldg. B. Midvale. UT 84047 | Phone: +1 (800) 733-2302

Limit dissemination of that portion of Protected Information, or any modification thereof, to those employees and other representatives of Receiving Party that have a need to know of that portion of Protected Information for purposes of the Transaction and who have agreed to maintain the confidentiality thereof.

## 18  CONFIDENTIALITY OF DISCUSSIONS

Each Party shall:

Not disclose to other persons the fact that the Protected Information, or any modification thereof, has been made available, the fact that investigations, discussions, or negotiations are taking place concerning the Transaction, or any of the terms, conditions, or other facts with respect to the Transaction including the status thereof; and

Not make any public announcement relating directly or indirectly to the Transaction except, that if, by reason of any legal requirement or of any rule or regulation of any stock exchange or any other regulatory authority having jurisdiction over the Parties or with whose directions the Parties would normally comply, either of the Parties is required to make any announcement as to any such matter, the Party required to make such announcement shall consult with the other Party with a view to reasonably cooperating and agreeing as to the timing and content of any such announcement.

The Company will not provide the Receiving Party's information to other prospective customers or ask the Receiving Party to talk to, lend support, or answer questions relating to engineering, design, building codes, financing, or any other requests that may arise from time to time by other customers.

## 19  PUBLIC DOMAIN ACKNOWLEDGEMENT

Receiving Party acknowledges that Information will not be deemed to be exempt from protection, merely because it was in the public domain as the printer systems being offered by MudBots is a compilation of many parts, equipment, and technologies that may be public individually, but not as a compilation of the parts and equipment necessary to construct concrete printing systems.

## 20  RETURN OF INFORMATION

Unless the Transaction or other business arrangement is entered into, each Party agrees to promptly return or destroy all Protected Information upon the specific request of the other Party at the conclusion of the evaluation of entering into the Transaction or other business arrangement. An archival copy of Protected Information received hereunder may be retained in a secure data storage location by legal counsel for the Receiving Party, solely for the purpose of proving the contents therein.

## 21  NO OBLIGATIONS

Neither Party is under any obligation to disclose or receive any Protected Information to or from the other Party, or to enter into the Transaction, any agreement, or contracts with the other Party.

# NDA / Non-Compete Agreement



7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

## 22  NO RIGHTS IN PROTECTED INFORMATION

The Parties agree that disclosure of Protected Information under this Agreement shall not constitute any grant, option, or license to the Receiving Party under any patent, trade secrets, or other rights now or hereafter held by either Disclosing Party.

## 23  CONFLICT OF INTEREST

A conflict of interest may exist when the interests or concerns of the Receiving Party may be seen as competing with the interests or concerns of The Company. Receiving Party warrants the He / She is not an employee, director, consultant, or advisor and does not benefit for free or pay from any competing entity and is not an associate to a family member or any individual that participates in any of the following:

- 3D Printing Company
- Cement or Masonry Company that manufactures or sells Mixes
- Cement or Masonry Company that manufactures or sells Mixers
- Cement or Masonry Company that manufactures or sells Pumps
- Cement or Masonry Company that manufactures or sells Batch Plants
- Any Company that is in the business of supplying or selling:
  - Cementitious products or additives
  - Geopolymer or composite mixes or additives
  - Multi part epoxy mixes or additives
  - Foam mixes or additives
  - Structural mixes or additives
  - Pottery mixes or additives
  - Clay mixes or additives

## 24  NON-COMPETE

Receiving Party agrees not to utilize said information for personal or commercial use without obtaining prior written consent of the Disclosing Party. Receiving Party shall not engage or participate in the manufacturing, creation, making, and / or sale of:

PRINTERS for concrete, mortar, hempcrete, geopolymer, poly-polymer, epoxy, or other structural mixes
3D PRINTING SOFTWARE

| PUMPING SYSTEMS | for 3D printing |
| BATCH PLANTS | for 3D printing |
| MIXERS | for 3D printing |
| MIX FORMULAS | for 3D printing |
| ADDITIVES | for 3D printing |

Receiving Party Initial HERE _____    Disclosing Party Initial HERE _____    © 2021 MudBots® 04/15 REV A

# NDA / Non-Compete Agreement



7023 S 700 W Bldg. B, Midvale, UT 84047  |  Phone: +1 (800) 733-2302

| SLICING SOFTWARE | for 3D printing |
| ADD-ON ADVANCEMENTS | for 3D printing |
| PUBLISHING A BOOK | for 3D printing |
| PUBLISHING AN ONLINE OFFERING | for 3D printing |

for the period of three (3) years. Receiving Party shall not engage in any employment, consulting, sharing, or financing of any company related to the manufacturing and sales of all or part of the concrete printing system. However, this Agreement does not restrict Receiving Party from using the printer system to make and sell products or goods other than Mix Formulas. In the event that Receiving Party violates any of the terms, covenants, or conditions of this Agreement, The Company shall be entitled to an injunction and damages together with attorney's fees and all related costs incurred. Receiving Party agree that in the event of such a violation The Company. will suffer irreparable harm and is entitled to all damages at law or equity. Receiving Party acknowledges that Disclosing Party is only agreeing to make disclosures based on an understanding that Receiving Party will not be attempting to make improvements or printer options that they intend to claim any rights to, including patents, for which The Company (Disclosing Party) will in effect be prohibited from developing for their product offerings. If Receiving Party knows that this is a direction they which to pursue, the same needs to be disclosed at the signing of this Agreement and negotiated as part of a mutually acceptable joint venture with full transparency.

## 25  NO WARRANTY

THIS AGREEMENT DOES NOT GRANT ANY WARRANTY, GUARANTY, OR REPRESENTATION WITH RESPECT TO ANY EXCHANGED PROTECTED INFORMATION, EITHER EXPRESS OR IMPLIED. NEITHER PARTY SHALL BE LIABLE IN DAMAGES OF WHATEVER KIND, AS A RESULT OF THE OTHER PARTY'S RELIANCE ON OR USE OF THE PROTECTED INFORMATION PROVIDED HEREUNDER.

## 26  NON-WAIVER / SEVERABILITY

Waiver of any right under this Agreement by a Party on any occasion shall not in any way constitute a waiver of such right or any other right on any other occasion. In the event any provision of this Agreement is determined to be invalid, such invalidity shall not affect the validity of remaining portions of this Agreement, and the Parties shall substitute for the invalid provision a provision that most closely approximates the intent and economic effect of the invalid provision. This Agreement shall apply in lieu of and notwithstanding any specific legend or statement associated with any particular document or information exchanged.

## 27  INJUNCTIVE RELIEF

Each Party acknowledges that its breach, actual or threatened, of any term or condition of this Agreement by it will cause immediate and irreparable harm to the other Party. The other Party will therefore be entitled to seek immediate injunctive relief from a court of competent jurisdiction without having to prove irreparable harm and the alleged breaching Party shall stipulate to such court that such irreparable harm exists. Each Party may seek

Receiving Party Initial HERE _____    Disclosing Party Initial HERE _____    © 2021 MudBots® 04/15 REV A

# NDA / Non-Compete Agreement



7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

appropriate damages and appropriate injunctive relief and any other remedy available to it based upon a breach
by the other Party with proof of all legal elements for such remedy, except irreparable harm.

## 28 CLIENT PRIVACY DISCLOSURE

With any new "industry changing technology" there is always a lot of excitement, interest, and questions. When
we first started our customers were more than happy to speak to others and share their knowledge, but as the
idea of concrete printing began to catch on, so did the number of people wanting information. Our customers
are running companies of their own so as the calls increased their willingness to talk to everyone lessoned. In
some cases, prospective buyers were even leaving ignorant messages when their calls were not answered as
quickly as they expected. In the end, we were asked to stop sharing our customer's information as they were
not able to spend the amount of time needed to answer everyone's questions. As part of this Agreement, The
Company warrants that they will not disclose the Receiving Party's information to prospective buyers or request
that they speak with or reply to the same and that their participation with MudBots will be kept private. Receiving
Party acknowledges that they will not be entitled to existing customer information and will not request the same.

## 29 GOVERNING LAW

This Agreement shall be governed in accordance with the laws of the State of Utah, U.S.A., without reference
to conflict of laws principles. In the event of a final, non-appealable order of a court of competent jurisdiction in
any action, suit, or proceeding relating to this Agreement, the prevailing Party shall be entitled to recover its
reasonable attorneys' fees and related costs from the non-prevailing Party. In the event of a dispute under the
terms of this Agreement, the English translation shall prevail over any other translation.

## 30 INTEGRATION

The Parties agree that this Agreement constitutes the entire agreement and understanding of the Parties
concerning confidentiality of the Protected Information and this Agreement supersedes all previous
communications, proposals, representations, and agreements, whether oral or written, relating thereto. Any
subsequent agreement between the Parties requiring the disclosure and use of all or part of the Protected
Information will not negate this Agreement but may add additional protective language and understandings if
necessary.

## 31 MODIFICATION

The Parties agree that this Agreement shall be modified only by further written agreement by the Parties.

## 32 ASSIGNMENT

This Agreement is binding on both Parties, as well as any successor companies, and their respective officers,
employees, agents, representatives, and surviving family members. Neither Party shall assign, sell or transfer
this Agreement or any interest therein without first obtaining the written consent of the other Party, which shall
not be unreasonably withheld, delayed or restricted. Notwithstanding the foregoing, such consent shall not be
necessary in the event of a change of control, including but not limited to a sale of shares or assets or by
operation of law, or should one Party change or otherwise alter or amend its operating name. In all such cases,

# NDA / Non-Compete Agreement



7023 S 700 W Bldg. B, Midvale. UT 84047 | Phone: +1 (800) 733-2302

assignment shall become automatic, and all Parties shall be bound as if it was an original signatory to the
Agreement.

### 33  COUNTERPARTS

This Agreement may be executed and delivered by each Party hereto in separate counterparts, each of which
when so executed and delivered shall be deemed an original and both of which taken together shall constitute
one and the same Agreement.

### 34  ORIGINAL SIGNED COPIES

Original Copies must be received within five (5) working days for continued access to the MudBots site and
ongoing disclosure of information. Electronic Signatures are not accepted.

### 35  REQUIREMENT TO SIGN UPDATED VERSIONS OF THIS AGREEMENT

In situations where this Agreement has been signed prior to visiting the MudBots site and more than 2 months
have passed, a new copy of the then current agreement (the most recent version) will need to be signed to gain
access to the MudBots site and for ongoing disclosure of information.

### 36  SIGNATURES IN WITNESS WHEREOF

By Signing this Agreement, Receiving Party acknowledges that any information provided by the Disclosing
Party is only shared based on the information provided and agreed to by Receiving Party.

Receiving Party warrants that the information provided above is factual and true.

Each Party hereto acknowledges that the representative named below has the authority to execute this
Agreement on behalf of the respective company to form a legally binding contract and has caused this
Agreement to be duly executed on its behalf.

Receiving Party agrees to provide a copy of Driver's License or proof of identity.

Receiving Party Initial HERE _____   Disclosing Party Initial HERE _____   © 2021 MudBots® 04/15 REV A

# NDA / Non-Compete Agreement



7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

| RECEIVING PARTY | The COMPANY (CJR Distributing, dba MudBots) |
|---|---|
| Danny Little | |
| Company Name | MudBots LLC |
| Danny Price (signature) | |
| Signer's Name | Signer's Name |
| Donor / Of Purchase Fund | |
| Position | Position |
| | |
| Date | Date |
| Danny Price (signature) | |
| Signature | Signature |

Each page MUST be initialed.

Mail (2) originals to 7023 S. 700 W. #B Midvale, Utah 84047 USA
One copy will be signed and returned by MudBots.

Please place a photocopy of your Driver's License Here!

*VB*
*12/18/2020*



---

**14 of 14** Receiving Party Initial HERE _____  Disclosing Party Initial HERE _____  © 2021 MudBots® 04/15 REV A



MudBots LLC
+1 800 733-2302
08:00 - 17:00 MST
www.MudBots.com
7023 S 700 W Building B
Midvale, Utah
84047 USA

# NDA / Non-Compete Agreement Third Party
## Receiving Party Disclosures
## Non-Disclosure & Non-Compete

The following Agreement is required as a condition of disclosing information relative to Concrete Printing technology and products offered by MudBots to protect their R&D investment and mutually acknowledged Intellectual Rights. Before sharing information MudBots must thoroughly understand who the information is being shared with, why the information is being requested, as well as how the information will be used.

**NOTICE:** This Agreement is not for the Primary Party Member and should only be completed by those individuals who will be accompanying and / or obtaining information with / from the Primary Party Member. Each individual or person obtaining information from the Primary Party Member must complete and submit a copy of this Agreement.

State the Name and Company of the Primary Party Member or Individual you are party to:

Nate Schlueter
Primary Party Member

Eden Building solutions LLC
Company

Owner
Position

The Disclosing Party and Receiving Party are defined as follows (each sometimes herein individually referred to as a "Party" or collectively as "Parties").

### DISCLOSING PARTY

MudBots LLC, hereafter to be referred to as (The Company), having a principal place of business (the "Facility") at:
40 Iron ST #667 Tooele UT 84074.

In connection with a possible Transaction or sharing of Intellectual Rights, the Parties wish to disclose certain non-public and public information as set forth above and make available certain officers and employees in order to discuss such information and to answer any related inquiries.

The language and intended protections of this Agreement WILL NOT in any way limit the Receiving Party's ability to purchase a concrete printer, mixing, or pumping system from OTHERS offering the same, nor is the intent to prohibit the Receiving Party from using MudBots products, or from starting or running their own company that sells concrete printed structures.

The overall intent is to protect MudBots from Receiving Party, in any manner, copying the compilation of technology, equipment, software, pumps, mixers, mixes, documents, artwork, and business model in an effort to build any portion of or compete in the sale of any products as stipulated below for personal or commercial use.

# NDA / Non-Compete Agreement Third Party 

7023 S 700 W Bldg. B, Midvale. UT 84047 | Phone: +1 (800) 733-2302

**RECEIVING PARTY**

The Receiving Party is ___Eden Building Solutions___, a ___LLC___ corporation, having a principal

place of business at:

Address _____

City ___Springfield___

State ___MO___ Zip _____

Company Phone _____

Fax _____ Business License _____

Email _____

If Signer is currently employed by any company other than the one above, disclose that company here:

Legal Company Name ___N/A___

Address _____

City _____

State _____ Zip _____

Phone _____

Position _____

Email _____

Website _____

Business Type _____ Years in Business _____

[ ] The name given above is the actual legal name.

[ ] The name given above is the dba. Actual legal name is: _____

## 1. PURPOSE FOR ENQUIRY

[ ] Building Department Orientation

[ ] Municipality/Political Interest Orientation

[ ] University/College  Purchase Enquiry

[ ] University/College  Curriculum Enquiry

[ ] Student Research Enquiry

[ ] Charitable/Humanitarian Foundation Enquiry

[ ] Media Research or Interview

[ ] Mix Additives Testing

[ ] Contractor Purchase

[ ] Architect Purchase

[ ] Engineer Purchase

[ ] Franchisee Enquiry

[ ] International Partner/Distributor Enquiry

[ ] International Buyer Enquiry

[ ] Vendor/Supplier Enquiry

[ ] Armed Services Enquiry

[ ] Other _____

# NDA / Non-Compete Agreement Third Party 

7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

## 2. PRINTER USE

What is your primary interest in buying a printer? (Choose Two)

| | |
|---|---|
| [ ] Multi Family Homes | [ ] Sign Structures |
| [ ] Single Family Homes | [ ] Sign Large Letters |
| [ ] Commercial Warehouses | [ ] Dome Roofs |
| [ ] Commercial Restaurants | [ ] Trussing Systems |
| [ ] Commercial Convenience Stores | [ ] Decorative Driveways |
| [ ] Commercial Utility Structures | [ ] DOT Sound Abatement Walls |
| [ ] Commercial Builder Other _____ | [ ] DOT Light Standard Bases |
| [ ] Guest Living Quarters | [ ] DOT K rails and A rails |
| [ ] Sheds and Garages | [ ] DOT Bridge Columns Pilasters |
| [ ] Storm Shelters | [ ] Storm Drain Unions |
| [ ] Prepper Safe Rooms | [ ] Utility Manholes |
| [ ] Home Property Walls | [ ] Septic Tanks |
| [ ] Development Walls | [ ] Sewer Drainage Pipes |
| [ ] Wave walls | [ ] Sewer Cleanouts |
| [ ] Living Light Walls | [ ] Sewer Junction Chambers |
| [ ] Highway Walls | [ ] Municipal Water Tanks |
| [ ] Retainer walls | [ ] Military Deployment Community |
| [ ] Retention Blocks | [ ] Military Artillery Testing Structures |
| [ ] Patios and Pilasters | [ ] Bridges |
| [ ] Children's Play Forts | [ ] Trash Receptacles |
| [ ] Trampoline Retainers | [ ] Farm Silos |
| [ ] Pool and Spa | [ ] Farm Feeding Troughs |
| [ ] Waterfalls and Water Features | [ ] Farm Irrigation Ditches |
| [ ] Artificial Boulders | [ ] Farm Fencing Posts |
| [ ] Landscape Seating and Benches | [ ] Additive Mix Testing |
| [ ] Nursery Large Planter Pots | [ ] Geopolymer Testing |
| [ ] Forest Service Restrooms | [ ] Hempcrete Testing |
| [ ] Forest Service Signage | [ ] Bio-Crete Testing |
| [ ] Forest Service Tables | [ ] Large Scale PVC, ABS Printing |
| [ ] Art Statues | [ ] Recycled Plastic Printing |
| [ ] Permanent Monuments | [ ] Silicone Mold Placement |
| [ ] Temporary Monuments | [ ] Underwater Print Testing |
| [ ] Park and Rec Structures | [ ] 3D Expanding Foam Structures |
| [ ] Barbeques & Fire Pits | [ ] Other _____ |
| [ ] Exterior Furniture | |

Receiving Party Initial HERE _____ Disclosing Party Initial HERE _____   © 2021 MudBots™ 04/15 REV A

NDA / Non-Compete Agreement Third Party 

7023 S 700 W Bldg. 8, Midvale, UT 84047 | Phone: +1 (800) 733-2302

## 3. PROFESSIONAL BACKGROUND

Do you own a company?  [Y] [N]    How many years _____

Company Name _____    Type of Company _____

Company Website _____

If not - where are you currently employed? Eden Building Solutions LLC

What is your position Foreman _____   How long at current job 1 Month _____

Website N/A _____

What is your profession and background?

_____

Background is in finance, real estate and construction management. _____

_____

Will you be forming a new company for this venture?                                      [Y] [N]

Will you have a partner if forming a new company?                                       [Y] [N]

Are you or your company currently selling the same products using traditional construction methods? [Y] [N]

Do you or your company currently have a 3D Printer of any kind?      [Y] [N]

Do you currently have a warehouse or showroom                         [Y] [N]

Do you speak a foreign language                                       [Y] [N]

## 4. MUDBOTS FAMILIARITY?

When did you first hear about 3D Concrete Printing? _____

How did you hear about 3D Concrete Printing? _____

How did you hear about MudBots? _____

Has anyone you know already been in touch with MudBots?      [Y] [N]

Have you read all the emails sent to you by MudBots?          [Y] [N]

Have you watched all the Videos on the MudBots website?      [Y] [N]

## 5. AFFILIATIONS

Do you, a family member, or any acquaintance work for or have an affiliation with any of the following types of companies?

| | | | |
|---|---|---|---|
| Construction company | [Y] [N] | Robotics or Automation company | [Y] [N] |
| Engineering company | [Y] [N] | Software company | [Y] [N] |
| Concrete mixing company | [Y] [N] | Electronics company | [Y] [N] |
| Concrete additives company | [Y] [N] | 3D Design company | [Y] [N] |
| Geopolymer company | [Y] [N] | 3D Printer company | [Y] [N] |
| Pumps and / or Mixers company | [Y] [N] | Batch Plants | [Y] [N] |

Receiving Party Initial HERE _____   Disclosing Party Initial HERE _____   © 2021 MudBots™ 04/15 REV A

## NDA / Non-Compete Agreement Third Party 

7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone. +1 (800) 733-2302

### 6. PERSONAL EXPERIENCE

Do you have experience with:

| | | | |
|---|---|---|---|
| Residential Construction? | [Y] [N] | Architecture and Engineering? | [Y] [N] |
| Commercial Construction? | [Y] [N] | Construction Management? | [Y] [N] |
| Construction costs for sub trades? | [Y] [N] | Concrete Construction? | [Y] [N] |
| Building codes? | [Y] [N] | Masonry Construction? | [Y] [N] |
| Inspection process? | [Y] [N] | | |

### 7. EDUCATION

Please note if you have a degree or are working in any of the following types of engineering:

[ ] Electrical Engineer                 [ ] Industrial Engineer

[ ] Mechanical Engineer                 [ ] Systems Engineer

[ ] Mechatronics Engineer               [ ] Manufacturing Engineer

[ ] Robotics Engineer                   [ ] Geological Engineer

[ ] Software Engineer                   [ ] Physics Engineer

[ ] Computer Engineer                   [ ] Ceramics Engineer

[ ] Civil Engineer                      [ ] Chemical Engineer

[ ] Structural Engineer                 [ ] Other Engineering Field _____

[ ] Architectural Engineer

### 8. GC MARKET FAMILIARITY

Are you able to show you have acted as a General Contractor and have market awareness for the current costs
and time requirements and processes for the following trades?

[Y] [N]     Architectural costs for a residential / commercial building

[Y] [N]     Engineering costs for a residential / commercial building

[Y] [N]     Cost for permits and inspections

[Y] [N]     Sitework Quote

[Y] [N]     Sewer & Water Quote

[Y] [N]     Framing Quote

[Y] [N]     Stucco or Siding Quote

[Y] [N]     Drywall Quote

[Y] [N]     Taping Quote

[Y] [N]     Insulation Quote

[Y] [N]     Electrical Quote

[Y] [N]     Plumbing Quote

[Y] [N]     Daily cost for a construction loan

Receiving Party Initial HERE _____   Disclosing Party Initial HERE _____     © 2021 MudBots™ 04/15 REV A

NDA / Non-Compete Agreement Third Party 

7023 S 700 W Bldg. B, Midvale, UT 84047  |  Phone: +1 (800) 733-2302

### 9.  PROJECT DOCUMENTATION

Are you able to provide the following?

[Y] [N]    Scaled blueprint of what you wish to print

[Y] [N]    Blueprints from your most recent project within the last 12 months

[Y] [N]    GC Project permits within the last 12 months

[Y] [N]    Structural Engineering Calculations and Details

### 10. RESEARCH DISCLOSURE

Receiving Party  [  ] Has  [  ] Has Not    Viewed a concrete printer by another company in person.

Receiving Party  [  ] Has  [  ] Has Not    Communicated by email with other concrete printing companies.

Receiving Party  [  ] Has  [  ] Has Not    Communicated by Phone with other concrete printing companies.

Party warrants that as of the date of this Agreement it has reached out to the following concrete printing companies:

| Company | Contact | By: | Phone | Successful | Email | Successful |
|---|---|---|---|---|---|---|
| _____ | _____ | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| _____ | _____ | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| _____ | _____ | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| _____ | _____ | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| _____ | _____ | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| _____ | _____ | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| _____ | _____ | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| _____ | _____ | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| _____ | _____ | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |

In consideration of the mutual covenants set forth herein, the Parties agree to the following terms and conditions:

## Non-Disclosure - Non-Compete

### 15  DEFINITIONS

"Protected Information." - The term "Protected Information" means any and all technical, business and financial information, documentation and agreements, products, samples, prototypes, including, but not limited to, ideas, inventions, data, trade secrets, information concerning technologies, compositions, formulations or any direct or indirect formulations related thereto, equipment, production processes, applications, uses, markets, customers, prices, suppliers, marketing and finances, supply agreements, franchise agreements, and licenses

NDA / Non-Compete Agreement Third Party 

7023 S 700 W Bldg. B, Midvale, UT 84047  |  Phone: +1 (800) 733-2302

regardless of the form or medium in which the information is communicated or maintained, (including, but not limited to, oral or visual communication). Information obtained by the Receiving Party resulting from its examination, testing or analysis of any product, prototype, sample, component, or like tangible item provided by the Disclosing Party's provided information will be regarded as Protected Information without the requirements for marking such item as Confidential or Proprietary.

Receiving Party is authorized to share all information that is available on the MudBots website but that does not require a password to access.

## 16  TERM AND DURATION OF OBLIGATIONS

This Agreement is effective as of the last date of signature in the signature blocks provided below ("Effective Date"). This Agreement will terminate three (3) years after the Effective Date, except for the provisions of **Section 17** which shall survive as long as the Protected Information is not made publicly known by The Company or others.

## 17  OBLIGATIONS REGARDING PROTECTED INFORMATION

The Receiving Party shall protect Protected Information by using the same degree of care as they would use for its own Protected Information, but not less than a reasonable degree of care, to prevent the unauthorized use, dissemination, or publication of the Protected Information, and specifically shall:

Not use any portion of Protected Information, or any modification thereof, for any purpose other than for the consideration of entering into the Transaction;

Not disclose Protected Information, or any modification thereof, to any third party without the prior written consent of the Disclosing Party regardless of whether or not the third party is an employee of their company;

Not disclose Protected Information, or any modification thereof, to any individual outside the USA without disclosing the same and receiving prior written consent of the Disclosing Party. International disclosures will require a modified NDA/Non-Compete that consider the international laws for the third party's country of residence;

All disclosures of content other than information available on the Disclosing Party's website are prohibited until the information is made publicly known by The Company;

Unless such third party is required to know the same for the purpose directly concerned with the Transaction, and, in the event of such disclosure being necessary, such third party shall agree in writing to be bound to the terms of this Agreement by signing an original copy of the same and providing to Disclosing Party beforehand; or

---

7 of 13  Receiving Party Initial HERE   Disclosing Party Initial HERE _____   © 2021 MudBots™ 04/15 REV A



# NDA / Non-Compete Agreement Third Party

7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

Limit dissemination of that portion of Protected Information, or any modification thereof, to those employees and other representatives of Receiving Party that have a need to know of that portion of Protected Information for purposes of the Transaction and who have agreed to maintain the confidentiality thereof.

## 18 CONFIDENTIALITY OF DISCUSSIONS

Each Party shall:

Not disclose to other persons the fact that the Protected Information, or any modification thereof, has been made available, the fact that investigations, discussions, or negotiations are taking place concerning the Transaction, or any of the terms, conditions, or other facts with respect to the Transaction including the status thereof; and

Not make any public announcement relating directly or indirectly to the Transaction except, that if, by reason of any legal requirement or of any rule or regulation of any stock exchange or any other regulatory authority having jurisdiction over the Parties or with whose directions the Parties would normally comply, either of the Parties is required to make any announcement as to any such matter, the Party required to make such announcement shall consult with the other Party with a view to reasonably cooperating and agreeing as to the timing and content of any such announcement.

The Company will not provide the Receiving Party's information to other prospective customers or ask the Receiving Party to talk to, lend support, or answer questions relating to engineering, design, building codes, financing, or any other requests that may arise from time to time by other customers.

## 19 PUBLIC DOMAIN ACKNOWLEDGEMENT

Receiving Party acknowledges that Information will not be deemed to be exempt from protection, merely because it was in the public domain as the printer systems being offered by MudBots is a compilation of many parts, equipment, and technologies that may be public individually, but not as a compilation of the parts and equipment necessary to construct concrete printing systems.

## 20 RETURN OF INFORMATION

Unless the Transaction or other business arrangement is entered into, each Party agrees to promptly return or destroy all Protected Information upon the specific request of the other Party at the conclusion of the evaluation of entering into the Transaction or other business arrangement. An archival copy of Protected Information received hereunder may be retained in a secure data storage location by legal counsel for the Receiving Party, solely for the purpose of proving the contents therein.



NDA / Non-Compete Agreement Third Party

7023 S 700 W Bldg. R. Midvale, UT 84047 | Phone: +1 (800) 733-2302

### 21 NO OBLIGATIONS

Neither Party is under any obligation to disclose or receive any Protected Information to or from the other Party, or to enter into the Transaction, any agreement, or contracts with the other Party.

### 22 NO RIGHTS IN PROTECTED INFORMATION

The Parties agree that disclosure of Protected Information under this Agreement shall not constitute any grant, option, or license to the Receiving Party under any patent, trade secrets, or other rights now or hereafter held by either Disclosing Party.

### 23 CONFLICT OF INTEREST

A conflict of interest may exist when the interests or concerns of the Receiving Party may be seen as competing with the interests or concerns of The Company. Receiving Party warrants the He / She is not an employee, director, consultant, or advisor and does not benefit for free or pay from any competing entity and is not an associate to a family member or any individual that participates in any of the following:

- 3D Printing Company
- Cement or Masonry Company that manufactures or sells Mixes
- Cement or Masonry Company that manufactures or sells Mixers
- Cement or Masonry Company that manufactures or sells Pumps
- Cement or Masonry Company that manufactures or sells Batch Plants
- Any Company that is in the business of supplying or selling:
  - Cementitious products or additives
  - Geopolymer or composite mixes or additives
  - Multi part epoxy mixes or additives
  - Foam mixes or additives
  - Structural mixes or additives
  - Pottery mixes or additives
  - Clay mixes or additives

### 24 NON-COMPETE

Receiving Party agrees not to utilize said information for personal or commercial use without obtaining prior written consent of the Disclosing Party. Receiving Party shall not engage or participate in the manufacturing, creation, making, and / or sale of:

PRINTERS for concrete, mortar, hempcrete, geopolymer, poly-polymer, epoxy, or other structural mixes
3D PRINTING SOFTWARE
PUMPING SYSTEMS                      for 3D printing

9 of 13 | Receiving Party Initial HERE  Disclosing Party Initial HERE _____     © 2021 MudBots® 04/15 REV A

# NDA / Non-Compete Agreement Third Party



7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

| | |
|---|---|
| BATCH PLANTS | for 3D printing |
| MIXERS | for 3D printing |
| MIX FORMULAS | for 3D printing |
| ADDITIVES | for 3D printing |
| SLICING SOFTWARE | for 3D printing |
| ADD-ON ADVANCEMENTS | for 3D printing |
| PUBLISHING A BOOK | for 3D printing |
| PUBLISHING AN ONLINE OFFERING | for 3D printing |

for the period of three (3) years. Receiving Party shall not engage in any employment, consulting, sharing, or financing of any company related to the manufacturing and sales of all or part of the concrete printing system. However, this Agreement does not restrict Receiving Party from using the printer system to make and sell products or goods other than Mix Formulas. In the event that Receiving Party violates any of the terms, covenants, or conditions of this Agreement, The Company shall be entitled to an injunction and damages together with attorney's fees and all related costs incurred. Receiving Party agree that in the event of such a violation The Company. will suffer irreparable harm and is entitled to all damages at law or equity. Receiving Party acknowledges that Disclosing Party is only agreeing to make disclosures based on an understanding that Receiving Party will not be attempting to make improvements or printer options that they intend to claim any rights to, including patents, for which The Company (Disclosing Party) will in effect be prohibited from developing for their product offerings. If Receiving Party knows that this is a direction they which to pursue, the same needs to be disclosed at the signing of this Agreement and negotiated as part of a mutually acceptable joint venture with full transparency.

## 25 NO WARRANTY

THIS AGREEMENT DOES NOT GRANT ANY WARRANTY, GUARANTY, OR REPRESENTATION WITH RESPECT TO ANY EXCHANGED PROTECTED INFORMATION, EITHER EXPRESS OR IMPLIED. NEITHER PARTY SHALL BE LIABLE IN DAMAGES OF WHATEVER KIND, AS A RESULT OF THE OTHER PARTY'S RELIANCE ON OR USE OF THE PROTECTED INFORMATION PROVIDED HEREUNDER.

## 26 NON-WAIVER / SEVERABILITY

Waiver of any right under this Agreement by a Party on any occasion shall not in any way constitute a waiver of such right or any other right on any other occasion. In the event any provision of this Agreement is determined to be invalid, such invalidity shall not affect the validity of remaining portions of this Agreement, and the Parties shall substitute for the invalid provision a provision that most closely approximates the intent and economic effect of the invalid provision. This Agreement shall apply in lieu of and notwithstanding any specific legend or statement associated with any particular document or information exchanged.



# NDA / Non-Compete Agreement Third Party



7023 S 700 W Bldg. 8, Midvale, UT 84047 | Phone +1 (800) 733-2302

## 27 INJUNCTIVE RELIEF

Each Party acknowledges that its breach, actual or threatened, of any term or condition of this Agreement by it will cause immediate and irreparable harm to the other Party. The other Party will therefore be entitled to seek immediate injunctive relief from a court of competent jurisdiction without having to prove irreparable harm and the alleged breaching Party shall stipulate to such court that such irreparable harm exists. Each Party may seek appropriate damages and appropriate injunctive relief and any other remedy available to it based upon a breach by the other Party with proof of all legal elements for such remedy, except irreparable harm.

## 28 CLIENT PRIVACY DISCLOSURE

With any new "industry changing technology" there is always a lot of excitement, interest, and questions. When we first started our customers were more than happy to speak to others and share their knowledge, but as the idea of concrete printing began to catch on, so did the number of people wanting information. Our customers are running companies of their own so as the calls increased their willingness to talk to everyone lessoned. In some cases, prospective buyers were even leaving ignorant messages when their calls were not answered as quickly as they expected. In the end, we were asked to stop sharing our customer's information as they were not able to spend the amount of time needed to answer everyone's questions. As part of this Agreement, The Company warrants that they will not disclose the Receiving Party's information to prospective buyers or request that they speak with or reply to the same and that their participation with MudBots will be kept private. Receiving Party acknowledges that they will not be entitled to existing customer information and will not request the same.

## 29 GOVERNING LAW

This Agreement shall be governed in accordance with the laws of the State of Utah, U.S.A., without reference to conflict of laws principles. In the event of a final, non-appealable order of a court of competent jurisdiction in any action, suit, or proceeding relating to this Agreement, the prevailing Party shall be entitled to recover its reasonable attorneys' fees and related costs from the non-prevailing Party. In the event of a dispute under the terms of this Agreement, the English translation shall prevail over any other translation.

## 30 INTEGRATION

The Parties agree that this Agreement constitutes the entire agreement and understanding of the Parties concerning confidentiality of the Protected Information and this Agreement supersedes all previous communications, proposals, representations, and agreements, whether oral or written, relating thereto. Any subsequent agreement between the Parties requiring the disclosure and use of all or part of the Protected Information will not negate this Agreement but may add additional protective language and understandings if necessary.

## 31 MODIFICATION

The Parties agree that this Agreement shall be modified only by further written agreement by the Parties.

NDA / Non-Compete Agreement Third Party 

7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

### 32  ASSIGNMENT

This Agreement is binding on both Parties, as well as any successor companies, and their respective officers, employees, agents, representatives, and surviving family members. Neither Party shall assign, sell or transfer this Agreement or any interest therein without first obtaining the written consent of the other Party, which shall not be unreasonably withheld, delayed or restricted. Notwithstanding the foregoing, such consent shall not be necessary in the event of a change of control, including but not limited to a sale of shares or assets or by operation of law, or should one Party change or otherwise alter or amend its operating name. In all such cases, assignment shall become automatic, and all Parties shall be bound as if it was an original signatory to the Agreement.

### 33  COUNTERPARTS

This Agreement may be executed and delivered by each Party hereto in separate counterparts, each of which when so executed and delivered shall be deemed an original and both of which taken together shall constitute one and the same Agreement.

### 34  ORIGINAL SIGNED COPIES

Original Copies must be received within five (5) working days for continued access to the MudBots site and ongoing disclosure of information. Electronic Signatures are not accepted.

### 35  REQUIREMENT TO SIGN UPDATED VERSIONS OF THIS AGREEMENT

In situations where this Agreement has been signed prior to visiting the MudBots site and more than 2 months have passed, a new copy of the then current agreement (the most recent version) will need to be signed to gain access to the MudBots site and for ongoing disclosure of information.

### 36  SIGNATURES IN WITNESS WHEREOF

By Signing this Agreement, Receiving Party acknowledges that any information provided by the Disclosing Party is only shared based on the information provided and agreed to by Receiving Party.

Receiving Party warrants that the information provided above is factual and true.

Each Party hereto acknowledges that the representative named below has the authority to execute this Agreement on behalf of the respective company to form a legally binding contract and has caused this Agreement to be duly executed on its behalf.

Receiving Party agrees to provide a copy of Driver's License or proof of identity.

Receiving Party Initial HERE _____  Disclosing Party Initial HERE _____    © 2021 MudBots® 04/15 REV X

# NDA / Non-Compete Agreement Third Party 

7023 S 700 W Bldg B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

RECEIVING PARTY

Company Name: *Eden Building Solutions LLC*

Signer's Name: *Kaden Burlison*

Position: *Foreman*

Date: 01 / 31 / 23

Signature: *(signed)*

*(signed) Kaden Burlison*    3-13-23

The COMPANY (CJR Distributing, dba MudBots)

_____
MudBots LLC

_____
Signer's Name

_____
Position

_____
Date

_____
Signature

Each page MUST be initialed.

Mail (2) originals to 7023 S. 700 W. #B Midvale, Utah 84047 USA
One copy will be signed and returned by MudBots.

Please place a photocopy of your Driver's License here:





MudBots.com
Ph. 800 7332302  Fx 888 368 4111
www.MudBots.com
40 Iron St
Tooele UT 84074
USA



**MudBots**™.
3D CONCRETE PRINTING

# NDA / Non-Compete Agreement

## Receiving Party Disclosures
## Non-Disclosure & Non-Compete

The following Agreement is required as a condition of disclosing information relative to Concrete Printing technology and products offered by MudBots to protect their R&D investment and mutually acknowledged Intellectual Rights. Before sharing information MudBots must thoroughly understand who the information is being shared with, why the information is being requested, as well as how the information will be used.

NOTICE: If you are requesting information on behalf of a group, company, or anyone other than yourself, each person you wish to share the same with must first submit their own copy of this protective document before disclosure.

The Disclosing Party and Receiving Party are defined as follows (each sometimes herein individually referred to as a "Party" or collectively as "Parties").

### DISCLOSING PARTY

MudBots LLC, hereafter to be referred to as (The Company), having a principal place of business (the "Facility") at:
40 Iron St, Tooele Utah 84074

In connection with a possible Transaction or sharing of Intellectual Rights, the Parties wish to disclose certain non-public and public information as set forth above and make available certain officers and employees in order to discuss such information and to answer any related inquiries.

The language and intended protections of this Agreement WILL NOT in any way limit the Receiving Party's ability to purchase a concrete printer, mixing, or pumping system from OTHERS offering the same, nor is the intent to prohibit the Receiving Party from using MudBots products, or from starting or running their own company that sells concrete printed structures.

The overall intent is to protect MudBots from Receiving Party, in any manner, copying the compilation of technology, equipment, software, pumps, mixers, mixes, documents, artwork, and business model in an effort to build any portion of or compete in the sale of any products as stipulated below for personal or commercial use.

# NDA / Non-Compete Agreement



7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

**RECEIVING PARTY**

The Receiving Party is _Miller Engineering_ a _Professional_ corporation, having a principal place of business at:

Address _3831 S. Timbercreek Ave_

City _Springfield_

State _MO_     Zip _65807_

Company Phone _417 - 866 - 6664_

Fax _____ Business License _____

Email _Travis @ millerstructures.com_

If Signer is currently employed by any company other than the one above, disclose that company here:

Legal Company Name _____

Address _____

City _____

State _____ Zip _____

Phone _____

Position _____

Email _____

Website _____

Business Type _____ Years in Business _____

[X] The name given above is the actual legal name.

[ ] The name given above is the dba. Actual legal name is: _____

## 1. PURPOSE FOR ENQUIRY

[ ] Building Department Orientation

[ ] Municipality/Political Interest Orientation

[ ] University/College  Purchase Enquiry

[ ] University/College  Curriculum Enquiry

[ ] Student Research Enquiry

[X] Charitable/Humanitarian Foundation Enquiry

[ ] Media Research or Interview

[ ] Mix Additives Testing

[ ] Contractor Purchase

[ ] Architect Purchase

[ ] Engineer Purchase

[ ] Franchisee Enquiry

[ ] International Partner/Distributor Enquiry

[ ] International Buyer Enquiry

[ ] Vendor/Supplier Enquiry

[ ] Armed Services Enquiry

[ ] Other _____

Receiving Party Initial HERE _JTM_  Disclosing Party Initial HERE _____ © 2023 MudBots® 03/02 REV A

# NDA / Non-Compete Agreement

**MudBots**®
FUTURE OF CONCRETE

7023 S 700 W Bldg. 6, Midvale, UT 84047 | Phone: +1 (800) 733-2302

## 2. PRINTER USE

What is your primary interest in buying a printer? (Choose Two)

| | |
|---|---|
| [X] Multi Family Homes | [ ] Sign Structures |
| [X] Single Family Homes | [ ] Sign Large Letters |
| [ ] Commercial Warehouses | [ ] Dome Roofs |
| [ ] Commercial Restaurants | [ ] Trussing Systems |
| [ ] Commercial Convenience Stores | [ ] Decorative Driveways |
| [ ] Commercial Utility Structures | [ ] DOT Sound Abatement Walls |
| [ ] Commercial Builder Other _____ | [ ] DOT Light Standard Bases |
| [ ] Guest Living Quarters | [ ] DOT K rails and A rails |
| [ ] Sheds and Garages | [ ] DOT Bridge Columns Pilasters |
| [ ] Storm Shelters | [ ] Storm Drain Unions |
| [ ] Prepper Safe Rooms | [ ] Utility Manholes |
| [ ] Home Property Walls | [ ] Septic Tanks |
| [ ] Development Walls | [ ] Sewer Drainage Pipes |
| [ ] Wave walls | [ ] Sewer Cleanouts |
| [ ] Living Light Walls | [ ] Sewer Junction Chambers |
| [ ] Highway Walls | [ ] Municipal Water Tanks |
| [ ] Retainer walls | [ ] Military Deployment Community |
| [ ] Retention Blocks | [ ] Military Artillery Testing Structures |
| [ ] Patios and Pilasters | [ ] Bridges |
| [ ] Children's Play Forts | [ ] Trash Receptacles |
| [ ] Trampoline Retainers | [ ] Farm Silos |
| [ ] Pool and Spa | [ ] Farm Feeding Troughs |
| [ ] Waterfalls and Water Features | [ ] Farm Irrigation Ditches |
| [ ] Artificial Boulders | [ ] Farm Fencing Posts |
| [ ] Landscape Seating and Benches | [ ] Additive Mix Testing |
| [ ] Nursery Large Planter Pots | [ ] Geopolymer Testing |
| [ ] Forest Service Restrooms | [ ] Hempcrete Testing |
| [ ] Forest Service Signage | [ ] Bio-Crete Testing |
| [ ] Forest Service Tables | [ ] Large Scale PVC, ABS Printing |
| [ ] Art Statues | [ ] Recycled Plastic Printing |
| [ ] Permanent Monuments | [ ] Silicone Mold Placement |
| [ ] Temporary Monuments | [ ] Underwater Print Testing |
| [ ] Park and Rec Structures | [ ] 3D Expanding Foam Structures |
| [ ] Barbeques & Fire Pits | [ ] Other _____ |
| [ ] Exterior Furniture | |

Receiving Party Initial HERE _____   Disclosing Party Initial HERE _____   © 2023 MudBots® 03/02 REV A

# NDA / Non-Compete Agreement

**MudBots** ®

7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

## 3. DECISION AUTHORITY

Indicate who will be making final decision before purchasing:

[X] I will not be buying a Printer
[ ] I will be making a purchase decision alone
[ ] I will make a purchase decision with a partner
[ ] I will submit findings to a board of directors for the decision

## 4. PURCHASE TIME FRAME

What is your purchase time frame?

[ ] 1 month
[ ] 3 months
[ ] 6 months
[ ] 9 months
[ ] 12 months
[X] Not here to purchase a printer

## 5. PROFESSIONAL BACKGROUND

Do you own a company? [Y] [N]    How many years ___20___
Company Name _Miller Engineering_    Type of Company _Struct. Eng_
Company Website _millerstructures.com_

If not - where are you currently employed? _____
What is your position _____    How long at current job _____
Website _____

What is your profession and background?
Structural Engineer w/ 10 years of commercial
Construction Experience prior to starting eng
company

Will you be forming a new company for this venture?    [Y] [N]
Will you have a partner if forming a new company?    [Y] [N]
Are you or your company currently selling the same products using traditional construction methods? [Y] [N]
Do you or your company currently have a 3D Printer of any kind?    [Y] [N]
Do you currently have a warehouse or showroom    [Y] [N]
Do you speak a foreign language    [Y] [N]

4 of 15   Receiving Party Initial HERE _JTM_    Disclosing Party Initial HERE _____    © 2023 MudBots 03/02 REV A

# NDA / Non-Compete Agreement



7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

## 6.  MUDBOTS FAMILIARITY?

When did you first hear about 3D Concrete Printing? _Dec 2022_
How did you hear about 3D Concrete Printing? _Contacted by Nate_
How did you hear about MudBots? _Nate_
Has anyone you know already been in touch with MudBots?    [Y] [X]
Have you read all the emails sent to you by MudBots?    [Y] [X]
Have you watched all the Videos on the MudBots website?    [Y] [X]

## 7.  AFFILIATIONS

Do you, a family member, or any acquaintance work for or have an affiliation with any of the following types of companies?

| | | | |
|---|---|---|---|
| Construction company | [X] [N] | Robotics or Automation company | [Y] [X] |
| Engineering company | [X] [N] | Software company | [Y] [X] |
| Concrete mixing company | [Y] [X] | Electronics company | [Y] [X] |
| Concrete additives company | [Y] [X] | 3D Design company | [Y] [X] |
| Geopolymer company | [Y] [X] | 3D Printer company | [Y] [X] |
| Pumps and / or Mixers company | [Y] [X] | Batch Plants | [Y] [X] |

## 8.  PERSONAL EXPERIENCE

Do you have experience with:

| | | | |
|---|---|---|---|
| Residential Construction? | [X] [N] | Architecture and Engineering? | [X] [N] |
| Commercial Construction? | [X] [N] | Construction Management? | [X] [N] |
| Construction costs for sub trades? | [X] [N] | Concrete Construction? | [X] [N] |
| Building codes? | [X] [N] | Masonry Construction? | [X] [N] |
| Inspection process? | [X] [N] | | |

## 9.  EMPLOYEES/STAFF

Do you currently have the staff for:

| | | | |
|---|---|---|---|
| CAD drawings | [X] [N] | Concrete work | [X] [N] |
| 3D drawings | [X] [N] | Software development | [Y] [X] |
| GCODE | [Y] [X] | Marketing / Sales | [Y] [X] |
| CNC machinery | [Y] [X] | Mechatronics | [Y] [X] |
| Masonry work | [X] [N] | | |

# NDA / Non-Compete Agreement

7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

## 10. EDUCATION

Please note if you have a degree or are working in any of the following types of engineering:

[ ] Electrical Engineer
[ ] Mechanical Engineer
[ ] Mechatronics Engineer
[ ] Robotics Engineer
[ ] Software Engineer
[ ] Computer Engineer
[X] Civil Engineer
[X] Structural Engineer
[ ] Architectural Engineer

[ ] Industrial Engineer
[ ] Systems Engineer
[ ] Manufacturing Engineer
[ ] Geological Engineer
[ ] Physics Engineer
[ ] Ceramics Engineer
[ ] Chemical Engineer
[ ] Other Engineering Field _____

## 11. GC MARKET FAMILIARITY

Are you able to show you have acted as a General Contractor and have market awareness for the current costs and time requirements and processes for the following trades?

[X] [N]   Architectural costs for a residential / commercial building
[X] [N]   Engineering costs for a residential / commercial building
[X] [N]   Cost for permits and inspections
[Y] [X]   Sitework Quote
[Y] [X]   Sewer & Water Quote
[Y] [X]   Framing Quote
[X] [N]   Stucco or Siding Quote
[Y] [X]   Drywall Quote
[Y] [X]   Taping Quote
[Y] [X]   Insulation Quote
[Y] [X]   Electrical Quote
[Y] [X]   Plumbing Quote
[Y] [X]   Daily cost for a construction loan

## 12. PROJECT DOCUMENTATION

Are you able to provide the following?

[X] [N]   Scaled blueprint of what you wish to print
[X] [N]   Blueprints from your most recent project within the last 12 months
[X] [N]   GC Project permits within the last 12 months
[X] [N]   Structural Engineering Calculations and Details

NDA / Non-Compete Agreement



7023 S 700 W Bldg. B. Midvale. UT 84047 | Phone: +1 (800) 733-2302

## 13. FUNDING POSITION

[  ] Funding is in place without a loan or investor procurement should I decide to purchase

[  ] Funding will require a loan

[  ] Funding will require a 3rd party investor

[  ] Funding will require a government grant

[  ] If acquiring a loan, the business has 3 years tax returns ready and certified financials for 2019.

## 14. RESEARCH DISCLOSURE

Receiving Party [  ] Has  [X] Has Not   Viewed a concrete printer by another company in person.

Receiving Party [  ] Has  [X] Has Not   Communicated by email with other concrete printing companies.

Receiving Party [  ] Has  [X] Has Not   Communicated by Phone with other concrete printing companies.

Party warrants that as of the date of this Agreement it has reached out to the following concrete printing companies:

| Company | Contact | By: | Phone | Successful | Email | Successful |
|---|---|---|---|---|---|---|
| | | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| | | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| | | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| | | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| | | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| | | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| | | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| | | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| | | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |

In consideration of the mutual covenants set forth herein, the Parties agree to the following terms and conditions:

## Non-Disclosure - Non-Compete

### 15 DEFINITIONS

"Protected Information." - The term "Protected Information" means any and all technical, business and financial information, documentation and agreements, products, samples, prototypes, including, but not limited to, ideas, inventions, research and development patented or otherwise, data, trade secrets, information concerning technologies, compositions, formulations or any direct or indirect formulations related thereto, equipment, production processes, applications, uses, markets, customers, prices, suppliers, marketing and finances,

Receiving Party Initial HERE ____  Disclosing Party Initial HERE _____   © 2023 MudBots® 03/02 REV 4

# NDA / Non-Compete Agreement



supply agreements, franchise agreements, and licenses regardless of the form or medium in which the information is communicated or maintained, (including, but not limited to, oral or visual communication). Information obtained by the Receiving Party resulting from its examination, testing or analysis of any product, prototype, sample, component, or like tangible item provided by the Disclosing Party's provided information will be regarded as Protected Information without the requirements for marking such item as Confidential or Proprietary.

Receiving Party is authorized to share all information that is available on the MudBots website but that does not require a password to access.

## 16 TERM AND DURATION OF OBLIGATIONS

This Agreement is effective as of the last date of signature in the signature blocks provided below ("Effective Date"). This Agreement will terminate three (3) years after the Effective Date, except for the provisions of **Section 17** which shall survive as long as the Protected Information is not made publicly known by The Company or others.

## 17 OBLIGATIONS REGARDING PROTECTED INFORMATION

The Receiving Party shall protect Protected Information by using the same degree of care as they would use for its own Protected Information, but not less than a reasonable degree of care, to prevent the unauthorized use, dissemination, or publication of the Protected Information, and specifically shall:

Not use any portion of Protected Information, or any modification thereof, for any purpose other than for the consideration of entering into the Transaction;

Not disclose Protected Information, or any modification thereof, to any third party without the prior written consent of the Disclosing Party regardless of whether or not the third party is an employee of their company;

Not disclose Protected Information, or any modification thereof in the form of videos, photos, or text on any form of social media or other internet platform without the written consent of the Disclosing Party.

Not disclose Protected Information, or any modification thereof, to any family member immediate or extended.

Not disclose Protected Information, or any modification thereof, publicly in front of shareholders.

Not disclose Protected Information, or any modification thereof, to any individual outside the USA without disclosing the same and receiving prior written consent of the Disclosing Party. International disclosures will require a modified NDA/Non-Compete that consider the international laws for the third party's country of residence;

Receiving Party Initial HERE __JTM__    Disclosing Party Initial HERE _____    © 2023 MudBots® 03/02 REV A

NDA / Non-Compete Agreement



7023 S 700 W Bldg. B. Midvale, UT 84047 | Phone: +1 (800) 733-2302

All disclosures of content other than information available on the Disclosing Party's website are prohibited until the information is made publicly known by The Company;

Unless such third party is required to know the same for the purpose directly concerned with the Transaction, and, in the event of such disclosure being necessary, such third party shall agree in writing to be bound to the terms of this Agreement by signing an original copy of the same and providing to Disclosing Party beforehand; or

Limit dissemination of that portion of Protected Information, or any modification thereof, to those employees and other representatives of Receiving Party that have a need to know of that portion of Protected Information for purposes of the Transaction and who have agreed to maintain the confidentiality thereof.

## 18 CONFIDENTIALITY OF DISCUSSIONS

Each Party shall:

Not disclose to other persons the fact that the Protected Information, or any modification thereof, has been made available, the fact that investigations, discussions, or negotiations are taking place concerning the Transaction, or any of the terms, conditions, or other facts with respect to the Transaction including the status thereof; and

Not make any public announcement relating directly or indirectly to the Transaction except, that if, by reason of any legal requirement or of any rule or regulation of any stock exchange or any other regulatory authority having jurisdiction over the Parties or with whose directions the Parties would normally comply, either of the Parties is required to make any announcement as to any such matter, the Party required to make such announcement shall consult with the other Party with a view to reasonably cooperating and agreeing as to the timing and content of any such announcement.

The Company will not provide the Receiving Party's information to other prospective customers or ask the Receiving Party to talk to, lend support, or answer questions relating to engineering, design, building codes, financing, or any other requests that may arise from time to time by other customers.

## 19 PUBLIC DOMAIN ACKNOWLEDGEMENT

Receiving Party acknowledges that Information will not be deemed to be exempt from protection, merely because it was in the public domain as the printer systems being offered by MudBots is a compilation of many parts, equipment, and technologies that may be public individually, but not as a compilation of the parts and equipment necessary to construct concrete printing systems.

Receiving Party Initial HERE JTM Disclosing Party Initial HERE _____ © 2023 MudBots® 03/02 REV A

NDA / Non-Compete Agreement

7023 S 700 W Bldg. B. Midvale, UT 84047 | Phone: +1 (800) 733-2302

## 20  RETURN OF INFORMATION

Unless the Transaction or other business arrangement is entered into, each Party agrees to promptly return or destroy all Protected Information upon the specific request of the other Party at the conclusion of the evaluation of entering into the Transaction or other business arrangement. An archival copy of Protected Information received hereunder may be retained in a secure data storage location by legal counsel for the Receiving Party, solely for the purpose of proving the contents therein.

## 21  NO OBLIGATIONS

Neither Party is under any obligation to disclose or receive any Protected Information to or from the other Party, or to enter into the Transaction, any agreement, or contracts with the other Party.

## 22  NO RIGHTS IN PROTECTED INFORMATION

The Parties agree that disclosure of Protected Information under this Agreement shall not constitute any grant, option, or license to the Receiving Party under any patent, trade secrets, or other rights now or hereafter held by either Disclosing Party.

## 23  CONFLICT OF INTEREST

A conflict of interest may exist when the interests or concerns of the Receiving Party may be seen as competing with the interests or concerns of The Company. Receiving Party warrants the He / She is not an employee, director, consultant, or advisor and does not benefit for free or pay from any competing entity and is not an associate to a family member or any individual that participates in any of the following:

- 3D Printing Company
- Cement or Masonry Company that manufactures or sells Mixes
- Cement or Masonry Company that manufactures or sells Mixers
- Cement or Masonry Company that manufactures or sells Pumps
- Cement or Masonry Company that manufactures or sells Batch Plants
- Any Company that is in the business of supplying or selling:
  - Cementitious products or additives
  - Geopolymer or composite mixes or additives
  - Multi part epoxy mixes or additives
  - Foam mixes or additives
  - Structural mixes or additives
  - Pottery mixes or additives
  - Clay mixes or additives

Receiving Party Initial HERE ____  Disclosing Party Initial HERE _____    ©2023 MudBots® 03/02 REV A

# NDA / Non-Compete Agreement

7023 S 700 W Bldg. B, Midvale. UT 84047  |  Phone: +1 (800) 733-2302

## 24 NON-COMPETE

Receiving Party agrees not to utilize said information for personal or commercial use without obtaining prior written consent of the Disclosing Party. Receiving Party shall not engage or participate in the manufacturing, creation, making, and / or sale of:

PRINTERS for concrete, mortar, hempcrete, geopolymer, poly-polymer, epoxy, or other structural mixes

| | |
|---|---|
| 3D PRINTING SOFTWARE | |
| PUMPING SYSTEMS | for 3D printing |
| BATCH PLANTS | for 3D printing |
| MIXERS | for 3D printing |
| MIX FORMULAS | for 3D printing |
| ADDITIVES | for 3D printing |
| SLICING SOFTWARE | for 3D printing |
| ADD-ON ADVANCEMENTS | for 3D printing |
| PUBLISHING A BOOK | for 3D printing |
| PUBLISHING AN ONLINE OFFERING | for 3D printing |

for the period of three (3) years. Receiving Party shall not engage in any employment, consulting, sharing, or financing of any company related to the manufacturing and sales of all or part of the concrete printing system. However, this Agreement does not restrict Receiving Party from using the printer system to make and sell products or goods other than Mix Formulas. In the event that Receiving Party violates any of the terms, covenants, or conditions of this Agreement, The Company shall be entitled to an injunction and damages together with attorney's fees and all related costs incurred. Receiving Party agree that in the event of such a violation The Company. will suffer irreparable harm and is entitled to all damages at law or equity. Receiving Party acknowledges that Disclosing Party is only agreeing to make disclosures based on an understanding that Receiving Party will not be attempting to make improvements or printer options that they intend to claim any rights to, including patents, for which The Company (Disclosing Party) will in effect be prohibited from developing for their product offerings. If Receiving Party knows that this is a direction they which to pursue, the same needs to be disclosed at the signing of this Agreement and negotiated as part of a mutually acceptable joint venture with full transparency.

## 25 NO WARRANTY

THIS AGREEMENT DOES NOT GRANT ANY WARRANTY, GUARANTEE, OR REPRESENTATION WITH RESPECT TO ANY EXCHANGED PROTECTED INFORMATION, EITHER EXPRESS OR IMPLIED. NEITHER PARTY SHALL BE LIABLE IN DAMAGES OF WHATEVER KIND, AS A RESULT OF THE OTHER PARTY'S RELIANCE ON OR USE OF THE PROTECTED INFORMATION PROVIDED HEREUNDER.

Receiving Party Initial HERE ___ JM    Disclosing Party Initial HERE _____    © 2023 MudBots®. 03/02 REV A

# NDA / Non-Compete Agreement

**MudBots**®

7023 S 700 W Bldg. B. Midvale. UT 84047 | Phone: +1 (800) 733-2302

## 26  NON-WAIVER / SEVERABILITY

Waiver of any right under this Agreement by a Party on any occasion shall not in any way constitute a waiver of such right or any other right on any other occasion. In the event any provision of this Agreement is determined to be invalid, such invalidity shall not affect the validity of remaining portions of this Agreement, and the Parties shall substitute for the invalid provision a provision that most closely approximates the intent and economic effect of the invalid provision. This Agreement shall apply in lieu of and notwithstanding any specific legend or statement associated with any particular document or information exchanged.

## 27  INJUNCTIVE RELIEF

Each Party acknowledges that its breach, actual or threatened, of any term or condition of this Agreement by it will cause immediate and irreparable harm to the other Party. The other Party will therefore be entitled to seek immediate injunctive relief from a court of competent jurisdiction without having to prove irreparable harm and the alleged breaching Party shall stipulate to such court that such irreparable harm exists. Each Party may seek appropriate damages and appropriate injunctive relief and any other remedy available to it based upon a breach by the other Party with proof of all legal elements for such remedy, except irreparable harm.

## 28  CLIENT PRIVACY DISCLOSURE

With any new "industry changing technology" there is always a lot of excitement, interest, and questions. When we first started our customers were more than happy to speak to others and share their knowledge, but as the idea of concrete printing began to catch on, so did the number of people wanting information. Our customers are running companies of their own so as the calls increased their willingness to talk to everyone lessened. In some cases, prospective buyers were even leaving ignorant messages when their calls were not answered as quickly as they expected. In the end, we were asked to stop sharing our customer's information as they were not able to spend the amount of time needed to answer everyone's questions. As part of this Agreement, The Company warrants that they will not disclose the Receiving Party's information to prospective buyers or request that they speak with or reply to the same and that their participation with MudBots will be kept private. Receiving Party acknowledges that they will not be entitled to existing customer information and will not request the same.

## 29  GOVERNING LAW

This Agreement shall be governed in accordance with the laws of the State of Utah, U.S.A., without reference to conflict of laws principles. In the event of a final, non-appealable order of a court of competent jurisdiction in any action, suit, or proceeding relating to this Agreement, the prevailing Party shall be entitled to recover its reasonable attorneys' fees and related costs from the non-prevailing Party. In the event of a dispute under the terms of this Agreement, the English translation shall prevail over any other translation.

Receiving Party Initial HERE _____  Disclosing Party Initial HERE _____   © 2023 MudBots® 03/02 REV A

NDA / Non-Compete Agreement



7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

## 30  INTEGRATION

The Parties agree that this Agreement constitutes the entire agreement and understanding of the Parties concerning confidentiality of the Protected Information and this Agreement supersedes all previous communications, proposals, representations, and agreements, whether oral or written, relating thereto. Any subsequent agreement between the Parties requiring the disclosure and use of all or part of the Protected Information will not negate this Agreement but may add additional protective language and understandings if necessary.

## 31  MODIFICATION

The Parties agree that this Agreement shall be modified only by further written agreement by the Parties.

## 32  ASSIGNMENT

This Agreement is binding on both Parties, as well as any successor companies, and their respective officers, employees, agents, representatives, and surviving family members. Neither Party shall assign, sell or transfer this Agreement or any interest therein without first obtaining the written consent of the other Party, which shall not be unreasonably withheld, delayed or restricted. Notwithstanding the foregoing, such consent shall not be necessary in the event of a change of control, including but not limited to a sale of shares or assets or by operation of law, or should one Party change or otherwise alter or amend its operating name. In all such cases, assignment shall become automatic, and all Parties shall be bound as if it was an original signatory to the Agreement.

## 33  COUNTERPARTS

This Agreement may be executed and delivered by each Party hereto in separate counterparts, each of which when so executed and delivered shall be deemed an original and both of which taken together shall constitute one and the same Agreement.

## 34  ORIGINAL SIGNED COPIES

Original Copies must be received within five (5) working days for continued access to the MudBots site and ongoing disclosure of information. Electronic Signatures are not accepted.

Original Copies must be signed by all employees of Receiving Party that will be privy to the disclosed information. The corporation cannot sign on behalf of all its employees.

Original Copies must be signed by all partners and corporate officers of Receiving Party whether or not they plan to work directly with the printer.

## NDA / Non-Compete Agreement



7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

### 35  REQUIREMENT TO SIGN UPDATED VERSIONS OF THIS AGREEMENT

In situations where this Agreement has been signed prior to visiting the MudBots site and more than 2 months have passed, a new copy of the then current agreement (the most recent version) will need to be signed to gain access to the MudBots site and for ongoing disclosure of information.

### 36  SIGNATURES IN WITNESS WHEREOF

By Signing this Agreement, Receiving Party acknowledges that any information provided by the Disclosing Party is only shared based on the information provided and agreed to by Receiving Party.

Receiving Party warrants that the information provided above is factual and true.

Each Party hereto acknowledges that the representative named below has the authority to execute this Agreement on behalf of the respective company to form a legally binding contract and has caused this Agreement to be duly executed on its behalf.

Receiving Party agrees to provide a copy of Driver's License or proof of identity.

RECEIVING PARTY                                    The COMPANY (CJR Distributing, dba MudBots)

*Miller Engineering*

Company Name                                       MudBots LLC

*Travis Miller*

Signer's Name                                      Signer's Name

*President*

Position                                           Position

*4 3 23*

Date                                               Date

Signature                                          Signature

Each page MUST be initialed.

Mail (2) originals to 7023 S. 700 W. #B Midvale, Utah 84047 USA

One copy will be signed and returned by MudBots.

Receiving Party Initial HERE     Disclosing Party Initial HERE _____    © 2023 MudBots® 03/02 REV A

## NDA / Non-Compete Agreement

**MudBots** ®
FUTURE OF CONCRETE

7023 S 700 W Bldg. B, Midvale, UT 84047  |  Phone: +1 (800) 733-2302

Please place a photocopy of your Driver's License here:

Receiving Party Initial HERE _JTM_   Disclosing Party Initial HERE _____   © 2023 MudBots® 03/02 REV 8

