# EXHIBIT D



MudBots LLC
+1 800 733-2302
08:00 - 17:00 MST
www.MudBots.com
7023 S 700 W Building B
Midvale, Utah
84047 USA

# NDA / Non-Compete Agreement
## Receiving Party Disclosures
## Non-Disclosure & Non-Compete

The following Agreement is required as a condition of disclosing information relative to Concrete Printing technology and products offered by MudBots to protect their R&D investment and mutually acknowledged Intellectual Rights. Before sharing information MudBots must thoroughly understand who the information is being shared with, why the information is being requested, as well as how the information will be used.

**NOTICE:** If you are requesting information on behalf of a group, company, or anyone other than yourself, each person you wish to share the same with must first submit their own copy of this protective document before disclosure.

The Disclosing Party and Receiving Party are defined as follows (each sometimes herein individually referred to as a "Party" or collectively as "Parties").

**DISCLOSING PARTY**
MudBots LLC, hereafter to be referred to as (The Company), having a principal place of business (the "Facility") at:
7023 S. 700 W. Building B, Midvale, Utah 84047

In connection with a possible Transaction or sharing of Intellectual Rights, the Parties wish to disclose certain non-public and public information as set forth above and make available certain officers and employees in order to discuss such information and to answer any related inquiries.

The language and intended protections of this Agreement WILL NOT in any way limit the Receiving Party's ability to purchase a concrete printer, mixing, or pumping system from OTHERS offering the same, nor is the intent to prohibit the Receiving Party from using MudBots products, or from starting or running their own company that sells concrete printed structures.

The overall intent is to protect MudBots from Receiving Party, in any manner, copying the compilation of technology, equipment, software, pumps, mixers, mixes, documents, artwork, and business model in an effort to build any portion of or compete in the sale of any products as stipulated below for personal or commercial use.

# NDA / Non-Compete Agreement



7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

**RECEIVING PARTY**

The Receiving Party is _The Gathering Tree_, a _____ corporation, having a principal place of business at:

Address _2801 E. Division_
City _Springfield_
State _MO_  Zip _65803_
Company Phone _417-894-3972_
Fax _____  Business License _____
Email _edenvillageinfo@gmail.com_

If Signer is currently employed by any company other than the one above, disclose that company here:

Legal Company Name _Drury University_
Address _900 N. Benton_
City _Springfield, MO_
State _MO_  Zip _65802_
Phone _417-873-7879_
Position _Professor_
Email _tsooter@drury.edu_

Website _www.drury.edu_
Business Type _University_   Years in Business _Since 1873_

[X] The name given above is the actual legal name.
[ ] The name given above is the dba. Actual legal name is: _____

## 1. PURPOSE FOR ENQUIRY

[ ] Building Department Orientation              [ ] Architect Purchase
[ ] Municipality/Political Interest Orientation  [ ] Engineer Purchase
[ ] University/College Purchase Enquiry          [ ] Franchisee Enquiry
[ ] University/College Curriculum Enquiry        [ ] International Partner/Distributor Enquiry
[ ] Student Research Enquiry                     [ ] International Buyer Enquiry
[ ] Charitable/Humanitarian Foundation Enquiry   [ ] Vendor/Supplier Enquiry
[ ] Media Research or Interview                  [ ] Armed Services Enquiry
[ ] Mix Additives Testing                        [ ] Other _____
[ ] Contractor Purchase

# NDA / Non-Compete Agreement



7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

## 2. PRINTER USE

What is your primary interest in buying a printer? (Choose Two)

- [ ] Multi Family Homes
- [X] Single Family Homes
- [ ] Commercial Warehouses
- [ ] Commercial Restaurants
- [ ] Commercial Convenience Stores
- [ ] Commercial Utility Structures
- [ ] Commercial Builder Other _____
- [ ] Guest Living Quarters
- [ ] Sheds and Garages
- [ ] Storm Shelters
- [ ] Prepper Safe Rooms
- [ ] Home Property Walls
- [ ] Development Walls
- [ ] Wave walls
- [ ] Living Light Walls
- [ ] Highway Walls
- [ ] Retainer walls
- [ ] Retention Blocks
- [ ] Patios and Pilasters
- [ ] Children's Play Forts
- [ ] Trampoline Retainers
- [ ] Pool and Spa
- [ ] Waterfalls and Water Features
- [ ] Artificial Boulders
- [ ] Landscape Seating and Benches
- [ ] Nursery Large Planter Pots
- [ ] Forest Service Restrooms
- [ ] Forest Service Signage
- [ ] Forest Service Tables
- [ ] Art Statues
- [ ] Permanent Monuments
- [ ] Temporary Monuments
- [ ] Park and Rec Structures
- [ ] Barbeques & Fire Pits
- [ ] Exterior Furniture

- [ ] Sign Structures
- [ ] Sign Large Letters
- [ ] Dome Roofs
- [ ] Trussing Systems
- [ ] Decorative Driveways
- [ ] DOT Sound Abatement Walls
- [ ] DOT Light Standard Bases
- [ ] DOT K rails and A rails
- [ ] DOT Bridge Columns Pilasters
- [ ] Storm Drain Unions
- [ ] Utility Manholes
- [ ] Septic Tanks
- [ ] Sewer Drainage Pipes
- [ ] Sewer Cleanouts
- [ ] Sewer Junction Chambers
- [ ] Municipal Water Tanks
- [ ] Military Deployment Community
- [ ] Military Artillery Testing Structures
- [ ] Bridges
- [ ] Trash Receptacles
- [ ] Farm Silos
- [ ] Farm Feeding Troughs
- [ ] Farm Irrigation Ditches
- [ ] Farm Fencing Posts
- [ ] Additive Mix Testing
- [ ] Geopolymer Testing
- [ ] Hempcrete Testing
- [ ] Bio-Crete Testing
- [ ] Large Scale PVC, ABS Printing
- [ ] Recycled Plastic Printing
- [ ] Silicone Mold Placement
- [ ] Underwater Print Testing
- [ ] 3D Expanding Foam Structures
- [ ] Other _____

Receiving Party Initial HERE __TS__   Disclosing Party Initial HERE __TS__   © 2021 MudBots® 04/15 REV A

# NDA / Non-Compete Agreement



7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

### 3. DECISION AUTHORITY

Indicate who will be making final decision before purchasing:

[ ] I will not be buying a Printer
[ ] I will be making a purchase decision alone
[ ] I will make a purchase decision with a partner
[X] I will submit findings to a board of directors for the decision

### 4. PURCHASE TIME FRAME

What is your purchase time frame?

[X] 1 month
[ ] 3 months
[ ] 6 months
[ ] 9 months
[ ] 12 months
[ ] Not here to purchase a printer

### 5. PROFESSIONAL BACKGROUND

Do you own a company?    [Y] [N̶]        How many years _____
Company Name _____            Type of Company _____
Company Website _____

If not - where are you currently employed? **Drury University**
What is your position **Professor**            How long at current job **23 years**
Website **www.drury.edu**

What is your profession and background?
**Professor of Architecture - Architect - General Contractor**

Will you be forming a new company for this venture?                                      [Y] [N̶]
Will you have a partner if forming a new company?                                        [Y] [N̶]
Are you or your company currently selling the same products using traditional construction methods? [Y] [N̶]
Do you or your company currently have a 3D Printer of any kind?                         [Y] [N̶]
Do you currently have a warehouse or showroom                                            [Y] [N̶]
Do you speak a foreign language                                                          [Y] [N̶]

# NDA / Non-Compete Agreement



7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

### 6. MUDBOTS FAMILIARITY?

When did you first hear about 3D Concrete Printing? __1 month ago (Mudbots)__
How did you hear about 3D Concrete Printing? __have always known about 3-D Printing__
How did you hear about MudBots? __Nate Schlueter__
Has anyone you know already been in touch with MudBots?  [Y] ~~[N]~~
Have you read all the emails sent to you by MudBots?  [Y] ~~[N]~~
Have you watched all the Videos on the MudBots website?  [Y] ~~[N]~~

### 7. AFFILIATIONS

Do you, a family member, or any acquaintance work for or have an affiliation with any of the following types of companies?

| | | | |
|---|---|---|---|
| Construction company | [Y] ~~[N]~~ | Robotics or Automation company | [Y] ~~[N]~~ |
| Engineering company | [Y] ~~[N]~~ | Software company | [Y] ~~[N]~~ |
| Concrete mixing company | [Y] ~~[N]~~ | Electronics company | [Y] ~~[N]~~ |
| Concrete additives company | [Y] ~~[N]~~ | 3D Design company | [Y] ~~[N]~~ |
| Geopolymer company | [Y] ~~[N]~~ | 3D Printer company | [Y] ~~[N]~~ |
| Pumps and / or Mixers company | [Y] ~~[N]~~ | Batch Plants | [Y] ~~[N]~~ |

### 8. PERSONAL EXPERIENCE

Do you have experience with:

| | | | |
|---|---|---|---|
| Residential Construction? | ~~[Y]~~ [N] | Architecture and Engineering? | ~~[Y]~~ [N] |
| Commercial Construction? | ~~[Y]~~ [N] | Construction Management? | ~~[Y]~~ [N] |
| Construction costs for sub trades? | ~~[Y]~~ [N] | Concrete Construction? | ~~[Y]~~ [N] |
| Building codes? | ~~[Y]~~ [N] | Masonry Construction? | ~~[Y]~~ [N] |
| Inspection process? | ~~[Y]~~ [N] | | |

### 9. EMPLOYEES/STAFF

Do you currently have the staff for:

| | | | |
|---|---|---|---|
| CAD drawings | ~~[Y]~~ [N] Students | Concrete work | [Y] ~~[N]~~ |
| 3D drawings | ~~[Y]~~ [N] Students | Software development | [Y] ~~[N]~~ |
| GCODE | [Y] ~~[N]~~ | Marketing / Sales | [Y] ~~[N]~~ |
| CNC machinery | ~~[Y]~~ [N] Students | Mechatronics | [Y] ~~[N]~~ |
| Masonry work | [Y] ~~[N]~~ | | |

# NDA / Non-Compete Agreement



7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

### 10. EDUCATION

Please note if you have a degree or are working in any of the following types of engineering:

[ ] Electrical Engineer
[ ] Mechanical Engineer
[ ] Mechatronics Engineer
[ ] Robotics Engineer
[ ] Software Engineer
[ ] Computer Engineer
[ ] Civil Engineer
[ ] Structural Engineer
[X] Architectural ~~Engineer~~

[ ] Industrial Engineer
[ ] Systems Engineer
[ ] Manufacturing Engineer
[ ] Geological Engineer
[ ] Physics Engineer
[ ] Ceramics Engineer
[ ] Chemical Engineer
[X] Other Engineering Field Architect & Construction Management

### 11. GC MARKET FAMILIARITY

Are you able to show you have acted as a General Contractor and have market awareness for the current costs and time requirements and processes for the following trades?

[N] Architectural costs for a residential / commercial building
[N] Engineering costs for a residential / commercial building
[N] Cost for permits and inspections
[N] Sitework Quote
[N] Sewer & Water Quote
[N] Framing Quote
[N] Stucco or Siding Quote
[N] Drywall Quote
[N] Taping Quote
[N] Insulation Quote
[N] Electrical Quote
[N] Plumbing Quote
[N] Daily cost for a construction loan

### 12. PROJECT DOCUMENTATION

Are you able to provide the following?

[N] Scaled blueprint of what you wish to print
[N] Blueprints from your most recent project within the last 12 months  Student projects
[Y] [N] GC Project permits within the last 12 months
[Y] [N] Structural Engineering Calculations and Details

---

6 of 14 | Receiving Party Initial HERE ____    Disclosing Party Initial HERE ____    © 2021 MudBots® 04/15 REV A

# NDA / Non-Compete Agreement



7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

### 13. FUNDING POSITION

[X] Funding is in place without a loan or investor procurement should I decide to purchase
[ ] Funding will require a loan
[ ] Funding will require a 3rd party investor
[ ] Funding will require a government grant
[ ] If acquiring a loan, the business has 3 years tax returns ready and certified financials for 2019.

### 14. RESEARCH DISCLOSURE

Receiving Party [ ] Has [X] Has Not   Viewed a concrete printer by another company in person.
Receiving Party [ ] Has [X] Has Not   Communicated by email with other concrete printing companies.
Receiving Party [ ] Has [X] Has Not   Communicated by Phone with other concrete printing companies.

Party warrants that as of the date of this Agreement it has reached out to the following concrete printing companies:

| Company | Contact | By: | Phone | Successful | Email | Successful |
|---|---|---|---|---|---|---|
| | | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| | | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| | | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| | | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| | | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| | | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| | | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| | | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |
| | | | [Y] [N] | [Y] [N] | [Y] [N] | [Y] [N] |

In consideration of the mutual covenants set forth herein, the Parties agree to the following terms and conditions:

## Non-Disclosure - Non-Compete

### 15 DEFINITIONS

"Protected Information." - The term "Protected Information" means any and all technical, business and financial information, documentation and agreements, products, samples, prototypes, including, but not limited to, ideas, inventions, data, trade secrets, information concerning technologies, compositions, formulations or any direct or indirect formulations related thereto, equipment, production processes, applications, uses, markets, customers, prices, suppliers, marketing and finances, supply agreements, franchise agreements, and licenses regardless of the form or medium in which the information is communicated or maintained, (including, but not

Case 2:25-cv-00315-JNP-CMR   Document 77-4   Filed 09/05/25   PageID.390   Page 9 of 15

# NDA / Non-Compete Agreement



7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

limited to, oral or visual communication). Information obtained by the Receiving Party resulting from its examination, testing or analysis of any product, prototype, sample, component, or like tangible item provided by the Disclosing Party's provided information will be regarded as Protected Information without the requirements for marking such item as Confidential or Proprietary.

Receiving Party is authorized to share all information that is available on the MudBots website but that does not require a password to access.

## 16 TERM AND DURATION OF OBLIGATIONS

This Agreement is effective as of the last date of signature in the signature blocks provided below ("Effective Date"). This Agreement will terminate three (3) years after the Effective Date, except for the provisions of **Section 17** which shall survive as long as the Protected Information is not made publicly known by The Company or others.

## 17 OBLIGATIONS REGARDING PROTECTED INFORMATION

The Receiving Party shall protect Protected Information by using the same degree of care as they would use for its own Protected Information, but not less than a reasonable degree of care, to prevent the unauthorized use, dissemination, or publication of the Protected Information, and specifically shall:

Not use any portion of Protected Information, or any modification thereof, for any purpose other than for the consideration of entering into the Transaction;

Not disclose Protected Information, or any modification thereof, to any third party without the prior written consent of the Disclosing Party regardless of whether or not the third party is an employee of their company;

Not disclose Protected Information, or any modification thereof, to any individual outside the USA without disclosing the same and receiving prior written consent of the Disclosing Party. International disclosures will require a modified NDA/Non-Compete that consider the international laws for the third party's country of residence;

All disclosures of content other than information available on the Disclosing Party's website are prohibited until the information is made publicly known by The Company;

Unless such third party is required to know the same for the purpose directly concerned with the Transaction, and, in the event of such disclosure being necessary, such third party shall agree in writing to be bound to the terms of this Agreement by signing an original copy of the same and providing to Disclosing Party beforehand; or

# NDA / Non-Compete Agreement

**MudBots®**
FUTURE OF CONCRETE

7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

Limit dissemination of that portion of Protected Information, or any modification thereof, to those employees and other representatives of Receiving Party that have a need to know of that portion of Protected Information for purposes of the Transaction and who have agreed to maintain the confidentiality thereof.

## 18  CONFIDENTIALITY OF DISCUSSIONS

Each Party shall:

Not disclose to other persons the fact that the Protected Information, or any modification thereof, has been made available, the fact that investigations, discussions, or negotiations are taking place concerning the Transaction, or any of the terms, conditions, or other facts with respect to the Transaction including the status thereof; and

Not make any public announcement relating directly or indirectly to the Transaction except, that if, by reason of any legal requirement or of any rule or regulation of any stock exchange or any other regulatory authority having jurisdiction over the Parties or with whose directions the Parties would normally comply, either of the Parties is required to make any announcement as to any such matter, the Party required to make such announcement shall consult with the other Party with a view to reasonably cooperating and agreeing as to the timing and content of any such announcement.

The Company will not provide the Receiving Party's information to other prospective customers or ask the Receiving Party to talk to, lend support, or answer questions relating to engineering, design, building codes, financing, or any other requests that may arise from time to time by other customers.

## 19  PUBLIC DOMAIN ACKNOWLEDGEMENT

Receiving Party acknowledges that Information will not be deemed to be exempt from protection, merely because it was in the public domain as the printer systems being offered by MudBots is a compilation of many parts, equipment, and technologies that may be public individually, but not as a compilation of the parts and equipment necessary to construct concrete printing systems.

## 20  RETURN OF INFORMATION

Unless the Transaction or other business arrangement is entered into, each Party agrees to promptly return or destroy all Protected Information upon the specific request of the other Party at the conclusion of the evaluation of entering into the Transaction or other business arrangement. An archival copy of Protected Information received hereunder may be retained in a secure data storage location by legal counsel for the Receiving Party, solely for the purpose of proving the contents therein.

## 21  NO OBLIGATIONS

Neither Party is under any obligation to disclose or receive any Protected Information to or from the other Party, or to enter into the Transaction, any agreement, or contracts with the other Party.

| Receiving Party Initial HERE _____   Disclosing Party Initial HERE _____   © 2021 MudBots® 04/15 REV A

# NDA / Non-Compete Agreement



7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

### 22  NO RIGHTS IN PROTECTED INFORMATION

The Parties agree that disclosure of Protected Information under this Agreement shall not constitute any grant, option, or license to the Receiving Party under any patent, trade secrets, or other rights now or hereafter held by either Disclosing Party.

### 23  CONFLICT OF INTEREST

A conflict of interest may exist when the interests or concerns of the Receiving Party may be seen as competing with the interests or concerns of The Company. Receiving Party warrants the He / She is not an employee, director, consultant, or advisor and does not benefit for free or pay from any competing entity and is not an associate to a family member or any individual that participates in any of the following:

- 3D Printing Company
- Cement or Masonry Company that manufactures or sells Mixes
- Cement or Masonry Company that manufactures or sells Mixers
- Cement or Masonry Company that manufactures or sells Pumps
- Cement or Masonry Company that manufactures or sells Batch Plants
- Any Company that is in the business of supplying or selling:
    - Cementitious products or additives
    - Geopolymer or composite mixes or additives
    - Multi part epoxy mixes or additives
    - Foam mixes or additives
    - Structural mixes or additives
    - Pottery mixes or additives
    - Clay mixes or additives

### 24  NON-COMPETE

Receiving Party agrees not to utilize said information for personal or commercial use without obtaining prior written consent of the Disclosing Party. Receiving Party shall not engage or participate in the manufacturing, creation, making, and / or sale of:

PRINTERS for concrete, mortar, hempcrete, geopolymer, poly-polymer, epoxy, or other structural mixes
3D PRINTING SOFTWARE
PUMPING SYSTEMS            for 3D printing
BATCH PLANTS               for 3D printing
MIXERS                     for 3D printing
MIX FORMULAS               for 3D printing
ADDITIVES                  for 3D printing

Receiving Party Initial HERE _____   Disclosing Party Initial HERE _____   © 2021 MudBots® 04/15 REV A

Case 2:25-cv-00315-JNP-CMR   Document 77-4   Filed 09/05/25   PageID.393   Page 12 of 15

# NDA / Non-Compete Agreement

MudBots®
FUTURE OF CONCRETE

7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

| | |
|---|---|
| SLICING SOFTWARE | for 3D printing |
| ADD-ON ADVANCEMENTS | for 3D printing |
| PUBLISHING A BOOK | for 3D printing |
| PUBLISHING AN ONLINE OFFERING | for 3D printing |

for the period of three (3) years. Receiving Party shall not engage in any employment, consulting, sharing, or financing of any company related to the manufacturing and sales of all or part of the concrete printing system. However, this Agreement does not restrict Receiving Party from using the printer system to make and sell products or goods other than Mix Formulas. In the event that Receiving Party violates any of the terms, covenants, or conditions of this Agreement, The Company shall be entitled to an injunction and damages together with attorney's fees and all related costs incurred. Receiving Party agree that in the event of such a violation The Company. will suffer irreparable harm and is entitled to all damages at law or equity. Receiving Party acknowledges that Disclosing Party is only agreeing to make disclosures based on an understanding that Receiving Party will not be attempting to make improvements or printer options that they intend to claim any rights to, including patents, for which The Company (Disclosing Party) will in effect be prohibited from developing for their product offerings. If Receiving Party knows that this is a direction they which to pursue, the same needs to be disclosed at the signing of this Agreement and negotiated as part of a mutually acceptable joint venture with full transparency.

## 25  NO WARRANTY

THIS AGREEMENT DOES NOT GRANT ANY WARRANTY, GUARANTY, OR REPRESENTATION WITH RESPECT TO ANY EXCHANGED PROTECTED INFORMATION, EITHER EXPRESS OR IMPLIED. NEITHER PARTY SHALL BE LIABLE IN DAMAGES OF WHATEVER KIND, AS A RESULT OF THE OTHER PARTY'S RELIANCE ON OR USE OF THE PROTECTED INFORMATION PROVIDED HEREUNDER.

## 26  NON-WAIVER / SEVERABILITY

Waiver of any right under this Agreement by a Party on any occasion shall not in any way constitute a waiver of such right or any other right on any other occasion. In the event any provision of this Agreement is determined to be invalid, such invalidity shall not affect the validity of remaining portions of this Agreement, and the Parties shall substitute for the invalid provision a provision that most closely approximates the intent and economic effect of the invalid provision. This Agreement shall apply in lieu of and notwithstanding any specific legend or statement associated with any particular document or information exchanged.

## 27  INJUNCTIVE RELIEF

Each Party acknowledges that its breach, actual or threatened, of any term or condition of this Agreement by it will cause immediate and irreparable harm to the other Party. The other Party will therefore be entitled to seek immediate injunctive relief from a court of competent jurisdiction without having to prove irreparable harm and the alleged breaching Party shall stipulate to such court that such irreparable harm exists. Each Party may seek

# NDA / Non-Compete Agreement

MudBots® FUTURE OF CONCRETE

7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

appropriate damages and appropriate injunctive relief and any other remedy available to it based upon a breach by the other Party with proof of all legal elements for such remedy, except irreparable harm.

## 28  CLIENT PRIVACY DISCLOSURE

With any new "industry changing technology" there is always a lot of excitement, interest, and questions. When we first started our customers were more than happy to speak to others and share their knowledge, but as the idea of concrete printing began to catch on, so did the number of people wanting information. Our customers are running companies of their own so as the calls increased their willingness to talk to everyone lessoned. In some cases, prospective buyers were even leaving ignorant messages when their calls were not answered as quickly as they expected. In the end, we were asked to stop sharing our customer's information as they were not able to spend the amount of time needed to answer everyone's questions. As part of this Agreement, The Company warrants that they will not disclose the Receiving Party's information to prospective buyers or request that they speak with or reply to the same and that their participation with MudBots will be kept private. Receiving Party acknowledges that they will not be entitled to existing customer information and will not request the same.

## 29  GOVERNING LAW

This Agreement shall be governed in accordance with the laws of the State of Utah, U.S.A., without reference to conflict of laws principles. In the event of a final, non-appealable order of a court of competent jurisdiction in any action, suit, or proceeding relating to this Agreement, the prevailing Party shall be entitled to recover its reasonable attorneys' fees and related costs from the non-prevailing Party. In the event of a dispute under the terms of this Agreement, the English translation shall prevail over any other translation.

## 30  INTEGRATION

The Parties agree that this Agreement constitutes the entire agreement and understanding of the Parties concerning confidentiality of the Protected Information and this Agreement supersedes all previous communications, proposals, representations, and agreements, whether oral or written, relating thereto. Any subsequent agreement between the Parties requiring the disclosure and use of all or part of the Protected Information will not negate this Agreement but may add additional protective language and understandings if necessary.

## 31  MODIFICATION

The Parties agree that this Agreement shall be modified only by further written agreement by the Parties.

## 32  ASSIGNMENT

This Agreement is binding on both Parties, as well as any successor companies, and their respective officers, employees, agents, representatives, and surviving family members. Neither Party shall assign, sell or transfer this Agreement or any interest therein without first obtaining the written consent of the other Party, which shall not be unreasonably withheld, delayed or restricted. Notwithstanding the foregoing, such consent shall not be necessary in the event of a change of control, including but not limited to a sale of shares or assets or by operation of law, or should one Party change or otherwise alter or amend its operating name. In all such cases,

# NDA / Non-Compete Agreement



7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

assignment shall become automatic, and all Parties shall be bound as if it was an original signatory to the Agreement.

## 33 COUNTERPARTS

This Agreement may be executed and delivered by each Party hereto in separate counterparts, each of which when so executed and delivered shall be deemed an original and both of which taken together shall constitute one and the same Agreement.

## 34 ORIGINAL SIGNED COPIES

Original Copies must be received within five (5) working days for continued access to the MudBots site and ongoing disclosure of information. Electronic Signatures are not accepted.

## 35 REQUIREMENT TO SIGN UPDATED VERSIONS OF THIS AGREEMENT

In situations where this Agreement has been signed prior to visiting the MudBots site and more than 2 months have passed, a new copy of the then current agreement (the most recent version) will need to be signed to gain access to the MudBots site and for ongoing disclosure of information.

## 36 SIGNATURES IN WITNESS WHEREOF

By Signing this Agreement, Receiving Party acknowledges that any information provided by the Disclosing Party is only shared based on the information provided and agreed to by Receiving Party.

Receiving Party warrants that the information provided above is factual and true.

Each Party hereto acknowledges that the representative named below has the authority to execute this Agreement on behalf of the respective company to form a legally binding contract and has caused this Agreement to be duly executed on its behalf.

Receiving Party agrees to provide a copy of Driver's License or proof of identity

# NDA / Non-Compete Agreement



7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

| RECEIVING PARTY | The COMPANY (CJR Distributing, dba MudBots) |
|---|---|
| Company Name: The Gathering Tree | MudBots LLC |
| Signer's Name: Traci Sooter | Signer's Name: |
| Position: Board member / Architect / Professor | Position: |
| Date: 1/28/22 | Date: |
| Signature: [signed] | Signature: |

Each page MUST be initialed.

Mail (2) originals to 7023 S. 700 W. #B Midvale, Utah 84047 USA
One copy will be signed and returned by MudBots.

Please place a photocopy of your Driver's License here: