# EXHIBIT E



# PRINTER INVOICE

| Invoice Number | MBI-1220222-2-NS |
|---|---|
| Date | December 2, 2022 |

**Seller:**

MudBots
support@mudbots.com
40 Iron ST
Tooele, Utah 84074
P. (800) 733-2302

**Buyer:**

Eden Village                           Nate Schlueter
edenvillageinfo@gmail.com
2801 E Division ST
Springfield, MO 65803
P. 417.894.3390

| # | Quantity | Description | Unit Price | Totals |
|---|---|---|---|---|
| i1 | 1 | 3D Concrete EXO Print Area of 35' x 50' x 10' | $468,000.00 | $468,000.00 |
| i2 | | Above price is the 20% Discounted Price for prompt, on-time payment. | | |
| i3 | 1 | Slicing & Control Software | $0.00 | $0.00 |
| i4 | 1 | Computer and Screen | $0.00 | $0.00 |
| i5 | 1 | Rolling Control Cabinet / Tool Box | $0.00 | $0.00 |
| i6 | 1 | Spare Hose & Fittings | $0.00 | $0.00 |
| i7 | 1 | (20) Sample Drawing Files | $0.00 | $0.00 |
| i8 | 1 | (3) Lab Fees to Test Formulas | $0.00 | $0.00 |
| i9 | 1 | 5 Week Training in Utah (4 People) | $0.00 | $0.00 |
| i10 | 1 | Marketing Training 1 weeks in Utah (1 person) | $0.00 | $0.00 |
| i11 | 1 | 220vAC Single Phase 60Hz | $0.00 | $0.00 |
| i12 | 1 | Mortar Pumping System MB-P7HP (3mm Aggregate) | $0.00 | $0.00 |
| i13 | 1 | Additive Mixer (Pan Type) MB-M14 | $0.00 | $0.00 |
| i14 | 1 | Manual Batching | $0.00 | $0.00 |
| i15 | 1 | Stator Bar Tool | $0.00 | $0.00 |
| i16 | 1 | Spare Stator | $0.00 | $0.00 |
| i17 | 1 | Branded Vests | $0.00 | $0.00 |
| i18 | 1 | Water Washout Fitting | $0.00 | $0.00 |
| i19 | 1 | Standard Warranty 1st Year | $0.00 | $0.00 |
| | | Pump Stator limited to 3mm aggregate Sand Spec | | |

| # | Quantity | PRINTER OPTIONS | Unit Price | Totals |
|---|---|---|---|---|
| 1 | 0 | Extended Warranty for 2nd Year | + 10% | |
| 2 | 0 | Extended Warranty for 3rd Year | + 20% | |
| 3 | 0 | Extended Warranty for 4th Year | + 30% | |
| | | **MATERIAL HANDLING** | | |
| 4 | 1 | Metered Batch Plant (QB) on Skid | $148,000.00 | $148,000.00 |
| 5 | 1 | Metered Dosing System | $4,212.00 | $4,212.00 |
| 6 | 0 | Water Stand | $380.00 | |
| 7 | 1 | Additional Spare Stator for Small Prints | $487.00 | $487.00 |
| 8 | 1 | Additional Spare Stator for Large Prints | $487.00 | $487.00 |

1 of 3   Buyer Initial HERE _/NS/_   MudBots Initial HERE _/R/_



# PRINTER INVOICE

| Invoice Number | MBI-1220222-2-NS |
|---|---|
| Date | December 2, 2022 |

**Seller:**

MudBots
support@mudbots.com
40 Iron ST
Tooele, Utah 84074
P. (800) 733-2302

**Buyer:**

Eden Village
edenvillageinfo@gmail.com
2801 E Division ST
Springfield, MO 65803
P. 417.894.3390

Nate Schlueter

| | Quantity | Description | Unit Price | Totals |
|---|---|---|---|---|
| i1 | 1 | 3D Concrete EXO Print Area of 35' x 50' x 10' | $468,000.00 | $468,000.00 |
| i2 | | Above price is the 20% Discounted Price for prompt, on-time payment. | | |
| i3 | 1 | Slicing & Control Software | $0.00 | $0.00 |
| i4 | 1 | Computer and Screen | $0.00 | $0.00 |
| i5 | 1 | Rolling Control Cabinet / Tool Box | $0.00 | $0.00 |
| i6 | 1 | Spare Hose & Fittings | $0.00 | $0.00 |
| i7 | 1 | (20) Sample Drawing Files | $0.00 | $0.00 |
| i8 | 1 | (3) Lab Fees to Test Formulas | $0.00 | $0.00 |
| i9 | 1 | 5 Week Training in Utah (4 People) | $0.00 | $0.00 |
| i10 | 1 | Marketing Training 1 weeks in Utah (1 person) | $0.00 | $0.00 |
| i11 | 1 | 220vAC Single Phase 60Hz | $0.00 | $0.00 |
| i12 | 1 | Mortar Pumping System MB-P7HP (3mm Aggregate) | $0.00 | $0.00 |
| i13 | 1 | Additive Mixer (Pan Type) MB-M14 | $0.00 | $0.00 |
| i14 | 1 | Manual Batching | $0.00 | $0.00 |
| i15 | 1 | Stator Bar Tool | $0.00 | $0.00 |
| i16 | 1 | Spare Stator | $0.00 | $0.00 |
| i17 | 1 | Branded Vests | $0.00 | $0.00 |
| i18 | 1 | Water Washout Fitting | $0.00 | $0.00 |
| i19 | 1 | Standard Warranty 1st Year | $0.00 | $0.00 |
| | | Pump Stator limited to 3mm aggregate Sand Spec | | |
| | | **PRINTER OPTIONS** | | |
| 1 | 0 | Extended Warranty for 2nd Year | + 10% | |
| 2 | 0 | Extended Warranty for 3rd Year | + 20% | |
| 3 | 0 | Extended Warranty for 4th Year | + 30% | |
| | | **MATERIAL HANDLING** | | |
| 4 | 1 | Metered Batch Plant (QB) on Skid | $148,000.00 | $148,000.00 |
| 5 | 1 | Metered Dosing System | $4,212.00 | $4,212.00 |
| 6 | 0 | Water Stand | $380.00 | |
| 7 | 1 | Additional Spare Stator for Small Prints | $487.00 | $487.00 |
| 8 | 1 | Additional Spare Stator for Large Prints | $487.00 | $487.00 |

1 of 3   Buyer Initial HERE _NS_   MudBots Initial HERE ___

## PRINTER INVOICE

| # | Qty | Item | Unit Price | Total |
|---|---|---|---|---|
| 9 | 1 | Spare Mortar Pump MB-P75HP | $7,800.00 | $7,800.00 |
| 10 | 1 | Spare Additive Mixer (Pan Type) MB-M14 | $3,280.00 | $3,280.00 |
| 12 | 0 | Vacuum Bag Lifter on Gantry | $6,799.00 | |
| 13 | 0 | Hydraulic Pallet Scissor Lift 4,500 lbs | $5,388.00 | |
| 14 | 0 | Belt Elevator 55" flat with incline 45" to chute | $4,934.00 | |
| 15 | 0 | Material Mixer (3 Yard) Pre Mixer Dry 41" x 74" | $8,710.00 | |
| 16 | 0 | Material Auger Elevator 59" elevator | $4,557.00 | |
| 17 | 0 | 1 Yard Gaylord Bag | $35.00 | |
| 18 | 0 | Gaylord Stand (2" steel frame support for bags) | $1,180.00 | |
| 19 | 0 | Metered Hopper 4' x 4' (Adjustable Legs) | $9,812.00 | |
| | | **PRINTER OPTIONS** | | |
| 20 | 1 | Hand Pendant Controller USB 10ft range | $478.00 | $478.00 |
| 22 | 1 | DVR 6 Camera System with LED Lighting | $1,660.00 | $1,638.00 |
| 23 | | DVR 5 Camera System with Batch Plant | $1,482.00 | |
| 24 | 0 | Extra Hose (50 feet) | $449.98 | |
| 25 | 1 | Extra Hose (100 feet) | $889.00 | $889.00 |
| 26 | 0 | Truss Couplers (with set of Pins and R-Clips) | $22.99 | |
| 27 | 6 | Leg Elevator | $2,050.00 | $12,300.00 |
| 29 | 6 | *Transfer Wheels (Manual) Outdoor Wheels 10" (ea) | $553.00 | $3,318.00 |
| 30 | 0 | *Leg Extensions 19.685" (.5 m) each | $387.00 | |
| 31 | 0 | *Leg extensions 39.37" (1 m) each | $528.00 | |
| 32 | 0 | *Leg Extensions 78.75" (2 m) each | $754.00 | |
| 33 | 0 | Truss 4" x 24" (Z-Axis Extension) | $186.00 | |
| 34 | 0 | Spare Gantry Assembly (for smaller assembly) | Request Quote | |
| 35 | 0 | Tangential Head | $11,450.00 | |
| 36 | 0 | Triple nozzle | $540.00 | |
| 37 | 0 | Laser Level | $219.99 | |
| 38 | 0 | Airless Nozzle System (Footing Marking) | $5,480.00 | |
| 39 | 6 | Base Plates 12" x 12" | $124.00 | $744.00 |
| 40 | 0 | Base Plates 18" x 18" | $174.00 | |
| | | **ADDITIONAL ITEMS** | | |
| 41 | 0 | Control Cabinet Cover | $34.99 | |
| 42 | 0 | 3 Screen Sand Shaker 220V single phase 220V | $4,250.00 | |
| 43 | 0 | Ribbon Mixer 37" x 78" 220 3Phase 60 Hz | $7,470.00 | |
| 44 | 0 | Headset + Radio (each) | $284.00 | |
| 45 | 0 | 5 pack cable bridge | $268.00 | |
| 46 | 1 | Telescoping Z 6' above gantry | $8,000.00 | $8,000.00 |
| 47 | 0 | 2" Straps for Exterior Assembly (8 qnty) | $244.00 | |
| 48 | 0 | Mortar Crusher (Recommended for material waste) | $5,890.00 | |
| 49 | 0 | Concrete Engraver | $4,800.00 | |
| 50 | 0 | Rebar Threader | $5,180.00 | |
| 51 | 0 | Leveling Boards | Request Quote | |
| | | **BRANDING** | | |
| 52 | 0 | Mudbots Vests | $24.89 | |
| 53 | 0 | Custom Truss Color (Powder Coat) | $95 per 10 ft | |
| 54 | 0 | Custom Logo | Request Quote | |
| 55 | 0 | Branded Folding Chairs Orange | $49.00 | |
| 56 | 0 | Matching Tool Box (For hand tools) (26"x22") | $489.00 | |
| 57 | 0 | Branded Inflatable Tent 35' x 35' x 20' (Outdoor Printing) | $8,210.00 | |
| 58 | 0 | Branded EZ-UP Tent (10' x 10') Orange | $755.00 | |
| | | **TENT OPTIONS** | | |
| 59 | 0 | REQUIRED Tarp Tent - 8" truss with tarps and clamps | Request Quote | |
| 60 | 0 | REQUIRED Tarp Tent - 12" truss with tarps and clamps | Request Quote | |

2 of 3 | Buyer Initial HERE _(initialed)_   MudBots Initial HERE _(initialed)_

# PRINTER INVOICE

| | | | | |
|---|---|---|---|---|
| 61 | 0 | Pole tent 24" grid | Request Quote | |
| 62 | 0 | Pole tent 12" grid | Request Quote | |
| 63 | 0 | 3/16 Orange foam core insulated tarp blankets | Request Quote | |
| 64 | 0 | Black insulated tarp blanket R.11 100 SF | Request Quote | |
| 65 | | ENVIROMENT CONTROLS | | |
| 66 | 1 | *Printer Mist System (Computer Controlled) | $1,100.00 | $1,100.00 |
| 67 | 0 | *Swamp Cooler on thermostat | $2,470.00 | |
| 68 | 0 | *Kerosene Heater on thermostat | $480.00 | |
| 69 | 0 | Humidifier | $290.00 | |
| | | 50% of total due at time of purchase | | |
| | | Balance Due at the end of 2nd week of training in Utah | | |
| | | Accessories ordered after the fact are to be prepaid | | |
| | | Anything marked in dark blue is recommended | | |
| | | * Price changes based on size of printer | | |

| | |
|---|---|
| Sub Total | $660,733.00 |
| Utah Tax | $0.00 |
| Discounted | 132146.6 |
| **TOTAL DUE** | **$660,733.00** |

Payee Name: MudBots, LLC
Account: 31023476
Bank Routing: 124302613
Bank Name: First Utah Bank
Bank Phone: (801) 566-2265
Bank Address: 7070 State Street
Midvale, Utah 84047 USA

This item is a custom built system not held in stock. Build time will be approximately 4 months(as of the date of this invoice) from the date of received deposit and signed Invoice. Build time flexuates depending on current backlog.

### Options & Accessories

Carefully verify that the Printer and desired options and accessories are correct. Items represented on the Printer Questionnaire are for discussion purposes only, and will not necessarily be included unless included on the Buyer's Invoice.

### Payments

Buyer acknowledges the charges above. Seller accepts payment by faxed check, wire, or money order. We do NOT accept credit card payments.

### Shipping

Seller will assist Buyer with everything needed to arrange shipping, however, it is the Buyer's responsibility to finalize and pay for shipping from the MudBots Facility. Packing prior to shipping is the responsibility of those attending training.

### Terms of Purchase

In addition to this invoice, this purchase will be governed by the conditions represented in the UNIVERSAL TERMS OF PURCHASE & TRAINING TERMS available at www.mudbots.com/terms/

### Authorized Signature

The signer of this Invoice Agreement warrants that by nature of their position, they are authorized to sign on behalf of and bind

Discount is contingent upon proof of concept(POC) being printed within 60 days of completion of training

**BUYER**
Company: The Gathering Tree / DBA Eden Village
Name: Nate Schlueter
Position: Chief Visionary Officer
Date: 1/4/23
Signature: [signed]

**SELLER**
MudBots, LLC
~~Aaron Hoffman~~ James Lyman Ruesch
~~Manager~~ CEO
Date: 2/01/23
[signed]

ALL PAGES NEED TO BE INITIALED
MAIL TWO (2) ORIGINAL SIGNED COPIES TO MUDBOTS
Thank you for your business

3 of 3 | Buyer Initial HERE [NS]    MudBots Initial HERE [signed]

©2021 MudBots



# PRINTER INVOICE

| Invoice Number | MBI-1220222-1-NS |
|---|---|
| Date | December 2, 2022 |

**Seller:**

MudBots
support@mudbots.com
40 Iron ST
Tooele, Utah 84074
P. (800) 733-2302

**Buyer:**

Eden Village
edenvillageinfo@gmail.com
2801 E Division ST
Springfield, MO 65803
P. 417.894.3390

Nate Schlueter

| | Quantity | Description | Unit Price | Totals |
|---|---|---|---|---|
| 1 | 1 | 3D Concrete EXO Print Area of 35' x 50' x 10' | $468,000.00 | $468,000.00 |
| 2 | | Above price is the 20% Discounted Price for prompt, on-time payment. | | |
| 3 | 1 | Slicing & Control Software | $0.00 | $0.00 |
| 4 | 1 | Computer and Screen | $0.00 | $0.00 |
| 5 | 1 | Rolling Control Cabinet / Tool Box | $0.00 | $0.00 |
| 6 | 1 | Spare Hose & Fittings | $0.00 | $0.00 |
| 7 | 1 | (20) Sample Drawing Files | $0.00 | $0.00 |
| 8 | 1 | (3) Lab Fees to Test Formulas | $0.00 | $0.00 |
| 9 | 1 | 5 Week Training in Utah (4 People) | $0.00 | $0.00 |
| 10 | 1 | Marketing Training 1 weeks in Utah (1 person) | $0.00 | $0.00 |
| 11 | 1 | 220vAC Single Phase 60Hz | $0.00 | $0.00 |
| 12 | 1 | Mortar Pumping System MB-P7HP (3mm Aggregate) | $0.00 | $0.00 |
| 13 | 1 | Additive Mixer (Pan Type) MB-M14 | $0.00 | $0.00 |
| 14 | 1 | Manual Batching | $0.00 | $0.00 |
| 15 | 1 | Stator Bar Tool | $0.00 | $0.00 |
| 16 | 1 | Spare Stator | $0.00 | $0.00 |
| 17 | 1 | Branded Vests | $0.00 | $0.00 |
| 18 | 1 | Water Washout Fitting | $0.00 | $0.00 |
| 19 | 1 | Standard Warranty 1st Year | $0.00 | $0.00 |
| | | Pump Stator limited to 3mm aggregate Sand Spec | | |
| | | **PRINTER OPTIONS** | | |
| 1 | 0 | Extended Warranty for 2nd Year | + 10% | |
| 2 | 0 | Extended Warranty for 3rd Year | + 20% | |
| 3 | 0 | Extended Warranty for 4th Year | + 30% | |
| | | **MATERIAL HANDLING** | | |
| 4 | 1 | Metered Batch Plant (QB) on Skid | $148,000.00 | $148,000.00 |
| 5 | 1 | Metered Dosing System | $4,212.00 | $4,212.00 |
| 6 | 1 | Water Stand | $380.00 | $380.00 |
| 7 | 1 | Additional Spare Stator for Small Prints | $487.00 | $487.00 |
| 8 | 1 | Additional Spare Stator for Large Prints | $487.00 | $487.00 |

1 of 3 | Buyer Initial HERE  NLS   MudBots Initial HERE

## PRINTER INVOICE

| # | Qty | Item | Unit Price | Total |
|---|---|---|---|---|
| 9 | 1 | Spare Mortar Pump MB-P75HP | $7,800.00 | $7,800.00 |
| 10 | 1 | Spare Additive Mixer (Pan Type) MB-M14 | $3,280.00 | $3,280.00 |
| 12 | 0 | Vacuum Bag Lifter on Gantry | $6,799.00 | |
| 13 | 0 | Hydraulic Pallet Scissor Lift 4,500 lbs | $5,388.00 | |
| 14 | 1 | Belt Elevator 55" flat with incline 45" to chute | $4,934.00 | $4,934.00 |
| 15 | 0 | Material Mixer (3 Yard) Pre Mixer Dry 41" x 74" | $8,710.00 | |
| 16 | 0 | Material Auger Elevator 59" elevator | $4,557.00 | |
| 17 | 0 | 1 Yard Gaylord Bag | $35.00 | |
| 18 | 0 | Gaylord Stand (2" steel frame support for bags) | $1,180.00 | |
| 19 | 0 | Metered Hopper 4' x 4' (Adjustable Legs) | $9,812.00 | |
| | | **PRINTER OPTIONS** | | |
| 20 | 1 | Hand Pendant Controller USB 10ft range | $478.00 | $478.00 |
| 22 | 1 | DVR 6 Camera System with LED Lighting | $1,660.00 | $1,638.00 |
| 23 | 1 | DVR 5 Camera System with Batch Plant | $1,482.00 | $1,482.00 |
| 24 | 0 | Extra Hose (50 feet) | $449.98 | |
| 25 | 1 | Extra Hose (100 feet) | $889.00 | $889.00 |
| 26 | 0 | Truss Couplers (with set of Pins and R-Clips) | $22.99 | |
| 27 | 6 | Leg Elevator | $2,050.00 | $12,300.00 |
| 29 | 6 | *Transfer Wheels (Manual ) Outdoor Wheels 10" (ea) | $553.00 | $3,318.00 |
| 30 | 0 | *Leg Extensions 19.685" (.5 m) each | $387.00 | |
| 31 | 0 | *Leg extensions 39.37" (1 m) each | $528.00 | |
| 32 | 0 | *Leg Extensions 78.75" (2 m) each | $754.00 | |
| 33 | 0 | Truss 4" x 24" (Z-Axis Extension) | $186.00 | |
| 34 | 0 | Spare Gantry Assembly ( for smaller assembly) | Request Quote | |
| 35 | 1 | Tangential Head | $11,450.00 | $11,450.00 |
| 36 | 0 | Triple nozzle | $540.00 | |
| 37 | 0 | Laser Level | $219.99 | |
| 38 | 1 | Airless Nozzle System (Footing Marking) | $5,480.00 | $5,480.00 |
| 39 | 6 | Base Plates 12" x 12" | $124.00 | $744.00 |
| 40 | 0 | Base Plates 18" x 16" | $174.00 | |
| | | **ADDITIONAL ITEMS** | | |
| 41 | 0 | Control Cabinet Cover | $34.99 | |
| 42 | 1 | 3 Screen Sand Shaker 220V single phase 220V | $4,250.00 | $4,250.00 |
| 43 | 1 | Ribbon Mixer 37" x 78" 220 3Phase 60 Hz | $7,470.00 | $7,470.00 |
| 44 | 4 | Headset + Radio (each) | $284.00 | $1,136.00 |
| 45 | 1 | 5 pack cable bridge | $268.00 | $268.00 |
| 46 | 1 | Telescoping Z 6' above gantry | $8,000.00 | $8,000.00 |
| 47 | 0 | 2" Straps for Exterior Assembly (8 qnty) | $244.00 | |
| 48 | 1 | Mortar Crusher (Recommended for material waste) | $5,890.00 | $5,890.00 |
| 49 | 0 | Concrete Engraver | $4,800.00 | |
| 50 | 1 | Rebar Threader | $5,180.00 | $5,180.00 |
| 51 | 0 | Leveling Boards | Request Quote | |
| | | **BRANDING** | | |
| 52 | 0 | Mudbots Vests | $24.89 | |
| 53 | 0 | Custom Truss Color (Powder Coat) | $95 per 10 ft | |
| 54 | 0 | Custom Logo | Request Quote | |
| 55 | 0 | Branded Folding Chairs Orange | $49.00 | |
| 56 | 0 | Matching Tool Box (For hand tools) (26"x22") | $489.00 | |
| 57 | 0 | Branded Inflatable Tent 35' x 35' x 20' (Outdoor Printing) | $8,210.00 | |
| 58 | 0 | Branded EZ-UP Tent (10' x 10') Orange | $755.00 | |
| | | **TENT OPTIONS** | | |
| 59 | 0 | REQUIRED Tarp Tent - 8" truss with tarps and clamps | Request Quote | |
| 60 | 0 | REQUIRED Tarp Tent - 12" truss with tarps and clamps | Request Quote | |

2 of 3 | Buyer Initial HERE _[signature]_  MudBots Initial HERE _[signature]_

## PRINTER INVOICE

| # | Qty | Description | Price | Total |
|---|---|---|---|---|
| 61 | 0 | Pole tent 24" grid | Request Quote | |
| 62 | 0 | Pole tent 12" grid | Request Quote | |
| 63 | 0 | 3/16 Orange foam core insulated tarp blankets | Request Quote | |
| 64 | 0 | Black insulated tarp blanket R.11 100 SF | Request Quote | |
| 65 | | **ENVIROMENT CONTROLS** | | |
| 66 | 1 | *Printer Mist System (Computer Controlled) | $1,100.00 | $1,100.00 |
| 67 | 0 | *Swamp Cooler on thermostat | $2,470.00 | |
| 68 | 0 | *Kerosene Heater on thermostat | $480.00 | |
| 69 | 0 | Humidifier | $290.00 | |
| | | 50% of total due at time of purchase | | |
| | | Balance Due at the end of 2nd week of training in Utah | | |
| | | Accessories ordered after the fact are to be prepaid | | |
| | | Anything marked in dark blue is recommended | | |
| | | * Price changes based on size of printer | | |

| | |
|---|---|
| Sub Total | $708,653.00 |
| Utah Tax | $0.00 |
| Discounted | 141730.6 |
| **TOTAL DUE** | **$708,653.00** |

Payee Name: MudBots, LLC
Account: 31023476
Bank Routing: 124302613
Bank Name: First Utah Bank
Bank Phone: (801) 566-2265
Bank Address: 7070 State Street
Midvale, Utah 84047 USA

This item is a custom built system not held in stock. Build time will be approximately 4 months(as of the date of this invoice) from the date of received deposit and signed Invoice. Build time flexuates depending on current backlog.

### Options & Accessories

Carefully verify that the Printer and desired options and accessories are correct. Items represented on the Printer Questionnaire are for discussion purposes only, and will not necessarily be included unless included on the Buyer's Invoice.

### Payments

Buyer acknowledges the charges above. Seller accepts payment by faxed check, wire, or money order. We do NOT accept credit card payments.

### Shipping

Seller will assist Buyer with everything needed to arrange shipping, however, it is the Buyer's responsibility to finalize and pay for shipping from the MudBots Facility. Packing prior to shipping is the responsibility of those attending training.

### Terms of Purchase

In addition to this invoice, this purchase will be governed by the conditions represented in the UNIVERSAL TERMS OF PURCHASE & TRAINING TERMS available at www.mudbots.com/terms/

### Authorized Signature

The signer of this Invoice Agreement warrants that by nature of their position, they are authorized to sign on behalf of and bind

Discount is contingent upon proof of concept (POC) being printed within 60 days of completion of training

**BUYER**
Company: The Gathering Tree / DBA Eden Village
Name: Nate Schlueter
Position: Chief Visionary Officer
Date: 1/4/23
Signature: [signed]

**SELLER**
MudBots, LLC
Aaron Hoffman — James Lyman Rorsch
Manager — CEO
Date: 2/01/23
[signed]

ALL PAGES NEED TO BE INITIALED
MAIL TWO (2) ORIGINAL SIGNED COPIES TO MUDBOTS
Thank you for your business

3 of 3   Buyer Initial HERE [NS]   MudBots Initial HERE [signed]