**EXHIBIT F**

# Universal Terms of Purchase

## 1. MAIL ADDRESS

The mailing address and other contact information represented on the Buyer's INVOICE will stand as the official means of contacting the Buyer as it pertains to this Agreement.

The Seller's address is located at 40 Iron St. Tooele Utah, 84074 USA ("Seller's Facility").

## 2. SCOPE

It is agreed that sales are made exclusively based on the terms and conditions contained herein. MudBots LLC ("Seller") agrees to sell and ("Buyer") agrees to buy the product(s) per the terms set forth below.

## 3. DOCUMENT VERSION

This agreement may change from time to time. Buyer accepts that despite the version they downloaded and the time of download, the agreement version that will be binding per the purchase will be the (then current) version as of the date of invoice signing and receipt of deposit.

## 4. PRODUCT DESCRIPTION

The product description is represented in the INVOICE and will stand as the only representation of what is being purchased. Despite any written or oral discussions during the purchase process, promotional materials, catalogs, videos, online images, and web representations as part of the sales process, Buyer acknowledges that they have read the INVOICE and the description of the same is the accurate representation of what is being purchased. The term "Printer" is used interchangeably throughout this agreement to refer to the entire purchase including purchased accessories on the final INVOICE.

## 5. PRINTER SIZE

a. The Printer size listed on the INVOICE represents the actual printer size rather than the capable print area. Actual print area is reduced by 18" on three sides and 30" on the hose entry side. Printers larger than 35' will have an actual print area that is reduced by 29" on two sides and 36" on two sides.

b. If Buyer knows they will be printing multi story they must disclose the same as the pump capability will need to be increased to accommodate the additional head rise of material and hose.

c. Printer software will not operate on prints that are larger than the purchase size. The Printer is designed for the appropriate motors, pumps, electronics, stators, and hoses for the size purchased. Attempted modification of the print size to anything larger than the size purchased will damage the Printer, can result in bodily harm, and will void the warranty.

© 2021 MudBots® 06/03 REV A

# Universal Terms of Purchase



7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

d. Buyer warrants that they will not modify the Printer or accessories to print larger than the size purchased, however, leg extensions may be removed to print in excavated spaces.

**6. SALE PRICE**

a. The sale price is represented in the Buyer's INVOICE.

b. Prices represented online and quoted on Buyer's INVOICE reflect a twenty percent (20%) discount off the Seller's standard list price. The shown pricing is the discounted price. The discounted price is subject to on-time payment of any balance payments as well as compliance to the terms of this Agreement. Buyer's failure to comply with on-time payment, pre training, Utah training, Post training, print requirements upon receipt of printer within 3 months will result in the loss of discounts provided and Buyer agrees to pay the difference in price along with other stated consequences upon notice.

c. All purchases will require a fifty percent (50%) deposit at signing to begin printer production. The final balance is due at the start of the third week of Utah training before goods are shipped. There are no exceptions regardless of internal rules or policy of buyer's organization. No part of deposit shall be requested to be returned or sent to lenders. Proof of deposit can be requested and verified by Seller if needed to secure financing.

d. Buyer may pay an initial non-refundable deposit of less than fifty percent (50%), and Seller will begin to order the parts to fulfill purchase but will not begin production or add Buyer to the training queue until the full fifty percent (50%) deposit has been paid.

e. Buyer will be responsible for the cost of consumable materials used during Utah training. The cost of additional consumable materials (mix/additive ingredients and consequential building materials, etc.) used in testing, training, and development. Training consumables, tools and building materials are not included in the INVOICE. (See TRAINING TERMS AGREEMENT)

f. Printer pricing is for a non-aggregate mortar unless specified otherwise. Geopolymer, composite, and aggregate systems are available but not included in this purchase unless specifically stated in the purchase INVOICE. Sand screen size must be three (3) mm minus.

g. The pump, stator, reduction gear, and hose provided with a Printer is determined by both the size of the Printer and the types of mixes and structures the Buyer wishes to print.

**7. PAYMENTS**

Seller accepts payment by Company Check, Money Order, or Wire. CREDIT CARDS, ACH PAYMENTS, PURCHASE ORDERS, LENDER NOTES, AND / OR CREDIT CARD CHECKS ARE NOT ACCEPTED.

© 2020 MudBots® 05/03

# Universal Terms of Purchase

7023 S 700 W Bldg. 8, Midvale, UT 84047 | Phone: +1 (800) 733-2302

a.  To help expedite the order notify Seller by email with a copy of the wire or check, once sent.

b.  NO INVOICE WILL BE SUBMITTED FOR BALANCE.

c.  Balance payment will be due before the start of the third (3rd) week of training. If final balance is not paid on time, Trainee's will be unable to continue training until the balance has been paid in full. Seller is not liable for additional costs incurred to Buyer as a result of this delay.

d.  Requests for upgrades or accessories not noted on the invoice will need to be prepaid and require additional time to build depending on the current production schedule. Pricing listed for items not purchased at the time or initial purchase are good for 30 days. Purchases requested after 30 days will be sold at "the then" current pricing.

e.  Printer builds cannot begin until receipt of Payment. Delays in Payment may delay actual initiation of the build as other production commitments may be received.

f.  Trainees are not permitted to take printer apart for shipping until balance payment has been received and has cleared.

## 8.  LENDING INSTITUTIONS

Buyer should verify the lending terms of their respective entity before beginning the finance process to ensure that they do not conflict with Seller's Terms of Purchase.

Finance company:
- Will Provide deferred payments until receipt of printer.
- Does not require personal & financial information of Seller's directors.
- Does not require Seller to disclose specific suppliers.
- Will fund the balance before printer is shipped from Seller's facility after testing.
- MudBots is a newly formed LLC Corporation as of 2020

## 9.  FUND CLEARING

a.  Buyer acknowledges that four (4) "full working days" will be required to deposit and receive notice of cleared funds from the time a check is received from the Buyer. Please do not request that this time be reduced or ignored.

b.  Note that payment clearing is not subject to any declaration on the part of Buyer's bank that the funds have been released but rather an acknowledgment from Seller's bank that the funds have cleared.

© 2020 MudBots® 05/03

# Universal Terms of Purchase

**MudBots**®
FUTURE OF CONCRETE

7023 S 700 W Bldg. B, Midvale, UT 84047  |  Phone: +1 (800) 733-2302

### 10. SECURITY INTEREST

To secure Buyer's balance payment, Seller hereby retains, and the Buyer hereby grants to Seller, a purchase money security interest in the equipment being purchased until such indebtedness has been corrected by the Buyer in full.

### 11. QUALITY CONTROL TESTING

a. Mortar will be run through the printer and accessories during testing resulting in signs of use.

b. Buyer's use of the printer during Utah training is the final measure of quality control. Some adjustments will be made during first use of printer to verify wiring, calibration, and functional use. If time is needed to fix any discovered issues, print team will be given class instruction during the down time. First use of printer and accessories will result in some time for adjustments.

c. Buyers acknowledges that removal of the purchased goods constitutes acceptance of the same as being in proper working condition as described and sold.

### 12. BUILD TIME

a. The Build Time will be noted on Buyer's INOVICE but is a preliminary date.

b. The time frame begins following receipt of the signed INVOICE and receipt of cleared funds for the DEPOSIT.

c. The build time quoted on the invoice is the current build estimate as of the date of the invoice. If invoice is not executed on the date provided the build time will change based on new orders and current backlog as of the date of payment and receipt of signed invoice(s) and payment.

d. The Build Time will be subject to delays resulting from US and International holidays as well as third party parts, materials, and equipment availability. Note that the COVID crisis and current international shipping issues has resulted in instability of parts availability which can affect the build and training date.

e. Actual training date will be sent to Buyer, in writing, 2 weeks prior to final date.

f. Do not schedule housing and travel until final notice has been received.

g. Buyer releases Seller from any loss if booking travel and housing prior to the written notice of final training date.

© 2020 MudBots® 05/03

# Universal Terms of Purchase



7023 S 700 W Bldg. 8. Midvale. UT 84047 | Phone: +1 (800) 733-2302

**13.  EQUIPMENT MODIFICATIONS**

a.  Equipment being purchased is based on the equipment offering at the time of purchase. Improvements, including new accessories that become available after initial purchase may be added at the current published prices but will require additional time depending on the then current production schedule.

b.  Payment for original equipment as well as requested modifications and or added accessories must be paid in full before production begins.

c.  Some modification requests will require time for production that will not be possible before end of training or prior to transport of original purchase.

d.  Pricing represented on Buyer's invoice for printers and accessories is good for 30 days and is subject to change before training dates. Accessories that are purchased following 30 days of initial purchase will be sold at the "then current" prices.

**14.  STORAGE**

a.  Seller is limited in space for upcoming builds. Failure to begin other build commitments on time will result in late delivery consequently it is imperative that Printer purchases are picked up and shipped on tha last day of training.

b.  If the Buyer is unable to accommodate the notified training dates or fails to pay the balance within the time specified Buyer agrees to pay ($2500.00) for dismantling the Printer and reassembly later as well as daily storage of Three Hundred Dollars ($300.00).

c.  If Buyer fails to attend scheduled training date, inspect and / or pay for the balance after ninety (90) days following written notice, Buyer agrees that Seller has the right to retain Buyer's deposit and cancel the order without obligation or reimbursement.

© 2020 MudBots® 05/03

# Universal Terms of Purchase

**MudBots®**
FUTURE OF CONCRETE

7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

### 15. INSPECTION WAIVER

a. Following the buyers first purchase, all subsequent purchases still require a physical inspection and testing as a last confirmation of quality control and functionality. Buyer is responsible for verifying counts for everything in the purchase as well as supervising the disassembly and packaging for shipping.

b. Buyers may choose not to be present during disassembly and packaging but in so doing waives right to any claim for missing items or damage.

### 16. ACCESSORIES, OPTIONS, AND FUNCTIONALITY

a. Buyer acknowledges that they have reviewed the available options & accessories noted on their invoice and are familiar with the possible customizations that are currently available for their specific Printer. If added features, accessories, or customization are desired, the same must be noted on the invoice at signing.

b. Requests for modifications or other functionality after the date of INVOICE will result in a longer Build Time and additional costs.

c. The Printer does not include an air compressor.

d. Buyer acknowledges that the printable layer height of each pass is between a quarter (.25) of an inch and one and a half (1.5) inches. Print speed is dependent on the size of printed structures, the mix being used and the actual design or print path.

### 17. INHERENT RISKS

a. Buyer acknowledges that exposure to Cement, Lime, and some additives can be harmful. Buyer should ensure that staff are taking precautions to understand the potential risks and establish guidelines to ensure a safe work environment. At minimum gloves and protective eyewear are required.

b. Buyer acknowledges that concrete is susceptible to cracking. Methods will be shared to reduce the risk by controlling elements of, temperature, humidity, wind, print speed and mix additives.

### 18. MORTAR CONSIDERATION

a. 3D printing of mortar and non-aggregate mixes is time sensitive. The Printer is guaranteed to distribute the material as designated, but no guarantee can be made to the various issues related to mortar mixes that are not provided by the Seller for specific prints that have been tested with specific printer sizes, hose lengths, mixes provided but not used in the appropriate temperatures or ambient conditions, mixes that were not accurately measured, mixes with viscosity lower than specified, and mixes not consistently mixed.

© 2020 MudBots® 05/03

# Universal Terms of Purchase



7023 S 700 W Bldg. 8. Midvale. UT 84047 | Phone: +1 (800) 733-2302

b. Mortar that is too wet will not stack or set appropriately. Mortar that is too dry will result in pump, stator, and / or hose damage.

c. Mortars with accelerants are not recommended if not previously tested & properly supervised as it may harden in the hoppers, supply hose, mixer, and pump resulting in damage. Specific training will be given to remedy the most common errors within a 10-minute window. Failure to remedy any pause in printing in under 10 minutes will result in a possible:

- Damage to printed structure
- Clogged hose requiring thorough cleanout or damaged hose
- Hardened hopper
- Overheating and damage to stator
- Non bonded layer
- Print cold joint.

d. Printing outside with weather elements such as wind, rain, snow, and clouds will affect the viscosity / slump and curing time of the mix. Mix accuracy requires an inside temperature of 65 to 70 degrees.

e. Mortar must be thoroughly mixed before placed in the Pump hopper.

f. Mixes must be free of foreign debris and aggregates larger than 3mm minus.

## 19. RECOMMENDED REDUNDANCIES

Buyer is recommended to have the following redundancies to insure timely solutions to potential time sensitive errors.

- 3D printing of
- Pump
- Pump Hand Mixer
- Mixer
- Hose
- Hose Fittings
- Spare Nozzles
- Stators
- Power Supply
- Water Supply

- Lighting
- Heating/Cooling
- Extra tarps for tent
- HVAC for temperature control in print area
- Pump hopper mixer
- Vibrator for batch plant and pump
- Certified Labor

© 2020 MudBots® 05/03

# Universal Terms of Purchase



7023 S 700 W Bldg. B, Midvale, UT 84047  |  Phone: +1 (800) 733-2302

### 20. MIX FORMULAS

a.  Mix Formulas will be provided following receipt of purchase. No Mix Formulas will be provided prior to purchase.

b.  Required PSI for hose and pumps/stators will vary based on mix formulas, weather conditions as well as length and size of hose.

c.  Mix formulas have not been tested on every size of printer available and may require additional testing based on printer size.

d.  Ingredients must be the same brand and item number as those tested and provided by the Seller.

e.  Mixes will require consistent measure of all ingredients regardless of hand batching or use of batch plant.

f.  Prints, formulas, and conditions, not previously proven will require individual testing by Buyer before attempting commercially.

### 21. MIX INGREDIENT AVAILABILITY

a.  Buyer understands that changes of mix components will require additional printer and lab testing as each brand of every ingredient will perform differently. If mixes using ingredients locally available to Buyer differ from those tested by Seller additional time will be needed during training to test and define curing times and viscosity required to run through the pumping and hose system.

b.  Mix Formulas, additives, and base ingredients will vary location to location and Seller makes no guarantee that the exact ingredients are readily available in the Buyer's area.

### 22. MIX TESTING

a.  Buyer is responsible for providing Mix Formulas and samples of the mixes to their local testing lab. Test results for building departments are required to come from a licensed state approved lab and will be required

© 2020 MudBots® 05/03

# Universal Terms of Purchase



7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

before civil / structural engineers can create drawings for submission to building departments. Lab results of Mix Formulas must be obtained by Buyer's state approved lab.

b.  Seller agrees to pay the lab fees for the first three (3) curing break tests procured by the Buyer. Seller and Buyer will share ownership of the Mix formula tested as well as the results received from the lab. Buyer remains responsible for print team labor costs incurred to develop new mixes.

c.  Each building department has different requirements for testing and each state will have different mix ingredients readily available. Therefore, Buyer is responsible for testing any mix intended for commercial use using local sand, water, and other ingredients.

d.  Mixes that are in different proportions, use different additives than those tested by Seller will require new testing by Buyer. Test formulas and results of strength and curing are to be forwarded to Buyer within 15 days of test results.

e.  Buyer understands that adding water to dry cementitious materials may reduce total additive volume. Each Buyer is responsible for knowing the amount of reduction with the materials they are using and factoring that into the material costs of the print.

f.  Buyer acknowledges that Seller has made general statements about material costs over the years and releases seller from liability as a result of any statements made in videos as actual material cost is relative to the formula and additives being used which changes area to area as well as the additives needed based on temperature and humidity.

g.  Some areas may have water with a higher mineral content which may require additional filtration based on water samples and testing.

h.  Buyer will perform a print test with any newly developed formulas consisting of a two hundred (200) linear foot print, 12" tall, printed at 70°F and 85% humidity to ensure proper curing rate, correct water amount, and no cracking.

i.  Within one (1) week of finishing the MudBots Utah training, Buyer must submit a formula for testing using local ingredients.

## 23. FORMULA PROTECTION

a.  Buyer acknowledges that a significant advantage of Seller's Printers is the ability to print with non-proprietary mixes without the expense of costly shipping from other print manufacturers, but in allowing the same the

© 2020 MudBots® 05/03

# Universal Terms of Purchase



7023 S 700 W Bldg. B. Midvale. UT 84047 | Phone: +1 (800) 733-2302

Seller is vulnerable to loss of intellectual R&D and as such Buyer agrees to bear the responsibility for protecting all Mix Formulas by whatever means necessary.

b. Buyer is responsible for protecting <u>ALL</u> Mix Formulas whether provided by Seller or created by the Buyer to keep them from becoming public knowledge. No Mix Formulas may be disclosed to those, including Buyer's employees, suppliers, inspectors, batch plants or sub-contractors who have not signed an NDA / Non-Compete agreement directly with Seller.

*Have not rrcieved any NDAs. whats been given to students.*

## 24. RECORD KEEPING & REPORTING

a. Buyer is required to keep a record of each **print using online proprietary checklists and print report**. Buyer acknowledges that reporting is essential in capturing data for additional development in mix chemistry, curing rates as they relate to all temperature variables and developing the algorithms for safe consistent printing.

Documents, checklists and reporting requires onsite internet which Buyer understands is their responsibility to provide at their own expense. Buyers who will be printing in remote areas may need to sign up for satellite service providers.

b. Buyer agrees to document, and report the following for each print

- Pre-print checklist
- Post print checklist
- Print reports
- DVR video uploads

- Images of each print
- Drawing of each print
- Batch Plant data
- Sliced file of each print

*Has not Provided Anything. Despite several reavests.*

© 2020 MudBots® 05/03

## 25. MATERIAL HANDLING

a.  The ingredients for mixes will need to be protected from moisture. Ingredients should not be exposed to rain and moisture as it will alter the required liquid measure and overall results of the mix and print.

b.  If this purchase includes a hopper delivery system or batch plant, it is essential that ingredients be kept dry.

c.  High moisture ingredients will not travel through the hopper and will result in clogging and incorrect ingredient measures. Dry ingredients must have less than 5% moisture.

d.  Ingredients may need to be dried in advance with a ribbon mixer if moisture level is above 5%.

e.  Sand for training is purchased in bulk locally and moisture level can vary depending on the weather. Ingredients that will not flow due to moisture level will need to be dried or added by hand.

## 26. STRUCTURAL ENGINEERING

Engineering for anything requiring a permit is the responsibility of the Buyer. Seller will not provide structural engineering or assist in plan approval as it is different state to state. Buyer will not request Seller to solicit the help, advice, or best practices of other customers.

## 27. NOZZLE AND PUMP SPEED

a.  The Nozzle and Pump Speed cannot exceed the mix curing time. Lower print passes must cure to the point of supporting additional layers. Longer prints have more time between each pass and require less accelerant.

b.  Shorter prints with time between passes require faster curing or slower nozzle speed.

c.  Buyer is recommended to verify all print conditions and settings prior to attempting prints over 18 inches.

- Mix strength
- Mix Curing Time
- Slump
- Pass height
- Pass width
- Internal reinforcements
- Spray adhesives/foam
- Mesh requirements
- Required weather conditions.

d.  Print temperature needs to be kept between 65 and 70 degrees indoors or when printing in tents.

© 2021 MudBots® 06/03 REV A

# Universal Terms of Purchase

7023 S 700 W Bldg. B. Midvale. UT 84047  |  Phone: +1 (800) 733-2302

e.  Buyer needs to take care to monitor the Nozzle and Pump Speed to accommodate for any variations in:

- Inconsistencies in level print area

- Inconsistencies in hand mixing

f.  Nozzle speed can be adjusted to accommodate mix variations to maintain a consistent pass width and height as needed.

## 28. PUMP

a.  The pump is made up of a motor, reduction gear, vibrator, auger, secondary mixer, and rotor with stator. Motor size, reduction and stator needs to be appropriate for differing conditions.

- VFD settings
- Hose length
- Hose rise
- Hose diameter
- Nozzle taper
- Nozzle diameter
- Mix Formula
- Mix Viscosity
- Height of Printer
- Size of Printer
- Multi story
- Weather conditions

© 2020 MudBots® 05/03

# Terms of Purchase



7023 S 700 W Bldg. B. Midvale. UT 84047 | Phone: +1 (800) 733-2302

   b.  Pump speed is software controlled and can be increased or decreased within a specific range. Pump / Gearbox, and stator combinations determine the flow of material which limits the capable nozzle speed.

   c.  Buyers wanting to print large structures over forty linear feet (30') per pass as well as smaller structures under four linear feet (4') per pass need to purchase different pumps that are set up for one or the other.

   d.  Buyers knowing that they will be printing above ten feet (10') must inform Seller and request the appropriate pump for the additional hose & head rise. Depending on the height and size of the desired structures higher PSI and diameter hose may be needed.

   e.  Hose length and head rise will mandate the motor/gearing and stator required.

   f.  Attaching a hose that is longer than the one provided at purchase will void the motor/pump warranty.

   g.  Errors in mix formula resulting in improper viscosity will result in overheating and damage to the stator.

   h.  Depending on the VFD settings, gear ratio and stator, the Printer is capable of print speeds from one to twelve (1 - 12) inches per second. Nozzle speed is determined by hose diameter, tool path, mix, curing rate, pass height, print height and print path.

   i.  Different stators have different pressure capability, as well as volume capability. Changing the stator changes how much volume the pump can push through and how long a hose can be utilized. The longer the hose the more pressure required.

   j.  The secondary mixer inside the hopper must be one half inch from the top of the auger to function properly. Failure to keep the hopper at the right level will result in gaps in the print.

## 29. WEATHER CONSIDERATIONS

   a.  Weather will affect the curing time of different mixes. The data for humidity, temperature, and wind must be tested with any given mix before printing structures.

© 2021 MudBots ®

Terms of Purchase



7023 S 700 W Bldg. B. Midvale. UT 84047  |  Phone: +1 (800) 733-2302

b.  The Mix Formulas, which will be provided after purchase, have been tested for temperatures between 65- and 75-degree Fahrenheit. Prints that are attempted in conditions that are outside the parameters tested must be pretested before endeavoring any commercial print.

c.  Mixes have not been tested at all hose lengths, temperatures, humidity levels, wind conditions, nor the various combinations thereof. There is no guarantee that the Mix Formulas provided will work in all conditions.

d.  Mix formulas and liquid measurements will need to be adjusted as temperature, wind, and humidity changes throughout the print

e.  As more data for these ranges is acquired the Seller will make such available.

### 30. OUTDOOR PRINTING

a.  Buyer warrants that they will not perform any outdoor printing without the use of a tent with top cover for the following reasons.

*Attempted Print Without tent Cover in December*

b.  Protect the IP of Seller

c.  Protect against print failure as the result of wind.

d.  Maintain the temperature and humidity of the print area.

e.  Protect prints from rain, hail, and snow.

f.  Protect the printer and accessories from weather damage.

g.  Protect mix materials from weather damage.

h.  Protect print bonding from dust conditions.

i.  Outdoor printing tents must be covered on 5 sides and should be insulated to minimize the cost of environment control. The rcof for tenting should be waterproof to protect from all precipitation which will

© 2021 MudBots ®

# Terms of Purchase



7023 S 700 W Bldg. B. Midvale. UT 84047  |  Phone: +1 (800) 733-2302

damage the prints as well as components of the printer system.   Tent material must prevent view of the printer, batch plant, pump and mixing area.

j.   Tent must be purchased prior to training to ensure continuity between Utah training and post training. Buyer agrees to provide Seller with proof of tent purchase before Utah training begins. Buyer risks loss of training date if proof of purchase is not provided.

k.   Tent must be purchased and received prior to shipping of printer if Buyer does not have a warehouse large enough to print indoors to comply with post printing requirements and weekly print commitment.

## 31. OPERATION MANUAL

a.   Buyer warrants that they and their users will read and follow the instructions provided in the OPERATION MANUAL.

b.   Failure to follow operation directions may result in injury to the User, the Printer, and the printed structure.

c.   The OPERATION MANUAL will be provided by electronic PDF upon receipt of deposit.

d.   Buyer recognizes that 3DCP (3D Concrete Printing) is a new technology that is rapidly changing as more and more testing and data become available, consequently the information contained in the OPERATION MANUAL is continually being updated. Always download the most recent version when referring to the manual for information.

e.   Buyer agrees to make suggestions for any helpful information that they believe will be beneficial and generally assist in improving Operation Manuals.

## 32. STATE REGULATIONS

Federal and State Regulations govern the operation of many types of equipment including concrete pumping Machinery. Under Osha rules, Operators must be trained in the standards and safe operation to ensure public safety. While standards for concrete printing are relatively new, MudBots is part of the ISO (International Organization for Standards) helping to write the code for governments to follow and adopt.



The International Organization for Standardization is an international standard-setting body composed of representatives from various national standards organizations. Founded in 1947, the organization develops and publishes worldwide technical, industrial, and commercial standards.

© 2021  MudBots ®

# Terms of Purchase



7023 S 700 W Bldg. 8, Midvale, UT 84047  |  Phone: +1 (800) 733-2302



The **Occupational Safety and Health Administration (OSHA)** is a USA regulatory agency with federal visitorial powers to inspect and examine workplaces. OSHA's mission is to "assure safe and healthy working conditions by setting and enforcing standards.

© 2021 MudBots ®

Terms of Purchase

**MudBots**®
FUTURE OF CONCRETE

7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

### 33. PRINTING CHECKLISTS AND REPORTING

a.  Buyer acknowledges that they will use the Seller's Pre-print and Post-print Checklists and print reports for every print (including required DVR video and pictures) for each print or use of the printer. The checklists and reporting are being updated frequently. Always use the most recent Seller-supplied forms available online.

b.  Due to the infancy of much of this industry, accurate record keeping for printing successes and failures, as well as new discoveries, is vital.

c.  All print reports, checklists, and print information obtained and submitted through the Seller's website or printer software is the property of the Seller. Seller can use the reports and information to improve the processes as they see fit. Images of the print and the models / print files must be uploaded for review.

d.  Printer will not permit continued operation if reports are not completed.

*Havent sent Anything Despite requests!*

### 34. BATCH SYSTEMS, MIXERS, AND PUMPING

a.  There are several variations of onsite batching, mixing, and pumping systems. Processes range from manual batching to fully automatic systems. Printer pricing provided is for manual batching process unless specifically noted on buyer's invoice.

b.  Seller will provide information about all Printer configurations and accessories' functions and benefits but Buyer bears responsibility to understand the capabilities, benefits, and limitations of the systems being provided with their purchase.

### 35. BATCH PLANTS/HOPPERS

a.  Batch Plants come equipped with hoppers for 7 dry ingredients.

b.  It is imperative that dry ingredients are protected and kept dry, or they will not flow through the hoppers.

c.  Batch Plants need to be tented and operated between 65 and 80 degrees to insure proper material flow. High humidity will affect the flow of material and result in incorrect measurement of ingredients. Dry

d.  ingredients must have less than 5% moisture to guarantee performance of mix formulas and batch plant operation.

e.  Batch plant must be monitored with 1 DVR camera positioned to view the output of all hoppers so the pilot can monitor proper flow. Pilot must also begin a screen recording before each print to assist in troubleshooting software related issues.

© 2021 MudBots ®

## Terms of Purchase



7023 S 700 W Bldg. B. Midvale. UT 84047  |  Phone: +1 (800) 733-2302

f.  Ingredients damaged from humidity or moisture need to be removed and dried out or discarded. Attempting to operate the batch plant with inappropriate material will result in damage to the oscillators and will not be covered under warranty

g.  Data from batch plants relative to temperature, pass time and humidity is limited to most common mixes and pass times at this time. As more data is received, updates will be provided.  Mixes provided are limited to 65 to 75 degrees at this time.

h.  If purchasing a batch plant, the power supply will require a 40 amp breaker independent to the breaker used for the printer

i.  Batch plants must be leveled before use.

j.  Seller guarantees the flow of

- Same ingredient types
- Same manufacturer
- Same model #
- Same screen specs
- Approved moisture level
- Within the specified temperature, humidity as previously tested, reported and required.

Seller makes no guarantee that batch plants and hoppers will work with all brands of individual ingredients or same ingredients at different temperatures and humidty. Buyer understands that if the same ingredients are not available locally additional testing on buyers' part will be required to verify flow characteristics and

© 2021 MudBots ®

Terms of Purchase



7023 S 700 W Bldg. B, Midvale, UT 84047  |  Phone: +1 (800) 733-2302

potential modifications to guarantee accurate measurements of each batch.  NEVER attempt a commercial print before thoroughly testing if any factor changes.

## 36. SOFTWARE

a.  Seller currently utilizes 3rd party printer operational software. Slicing and print software are included in the purchase price. Training will be provided to fully understand the elements of each software that pertain to printer use other than 2D and 3D software used to create drawings.

b.  The printer operational software uses G-code, a programming language commonly used for CNC machines. Seller will teach the basics of G-code but will not provide support in writing custom G-code files or using G-code files not produced by Seller's slicing software.

c.  Some accessories including the 360 nozzle require additional G-code that is not generated by the slicer. Use of such accessories and other print customization will require the Buyer's team to write or edit the G-code to achieve the desired print result.

d.  Seller is finishing proprietary software and will be made available without cost once complete.

e.  There is no charge for software upgrades. Some upgrades will include functionality that may apply to advancements in the printer that may not have been purchased by Buyer.

f.  The software provided is licensed for one computer.

g.  The Printer requires a Wi-Fi internet connection to function. Occasional exception codes can be obtained from seller for instances of no internet coverage. Use of any Printer outside authorized areas is forbidden.

h.  Printer use without internet still requires the submission of a fully completed print report within 24 hours of print.

i.  The computer provided is a dedicated CPU. Buyer warrants that they will not install additional software or make system changes. System changes will result in lost steps during printing. CNC processes cannot be interrupted by default system settings that generally give windows priority over background functions.

j.  Seller may purchase a backup computer upon request.

k.  Seller is continually making advancements in software functionality. Buyer acknowledges that data from all prints will be captured as a means of improving software functionality.

## 37. 3D DRAFTING SOFTWARE

© 2021 MudBots ®

Terms of Purchase



7023 S 700 W Bldg. 8, Midvale, UT 84047 | Phone: +1 (800) 733-2302

a. 3D Drafting Software is not included in the purchase. Many different software programs can be used to create 3D drawings. The import file required is an STL filetype, which most 3D Drafting Software suites are able to export.

b. Seller will provide ten (10) sample drawings at no cost to the Buyer for training and diagnostics purposes.

c. Accuracy of 3D drawings and compliance with building code are the responsibility of the Buyer.

d. Seller will teach the basics of 3D drawing design but will not create drawings for Buyer or offer support on how to do 3D design.

## 38. POWER REQUIREMENT

a. The Printer, including the controller, mixers, and pumps, require 220v Single phase site power or generator power for use.  Some batching/mixing accessory equipment will require 220 three phase power.

b. Buyer is encouraged to purchase a backup generator in the event of power failure to the site.

c. The Printer requires dedicated power.

d. If a generator is used, it must be overrated to accommodate the start-up sine wave and will require a line smoother built-in or used between the Printer and generator. Generator must have a 50 amp rating for printer and 40 amp rating on a separate breaker for the batch plant.

e. Seller must provide adequate power and use the underline correct size cables. Use of undersized cords or runs that are too long for the wire gauge will result in electronics damage. Seller is not liable for damage resulting from improper power supply.

f. Care must be taken to tie power cord connections to prevent print interruption. Power source must be 50 to 60 Amps.

g. Power line conditioners or surge protectors are always recommended, and are required when using a generator unless the generator has a power line conditioner or surge protector built in.

h. Seller is not responsible for warranty claims or losses for damages as a result of power surges or other power related issues.

i. The Printer must be connected to a Ground Fault Circuit Interrupt (GFCI) protected outlet.

j. All other required safety measures imposed by local, or state laws of the print site must be followed.

## 39. CANTILEVER PRINTING

© 2021 MudBots ®

Terms of Purchase



7023 S 700 W Bldg. B, Midvale, UT 84047  |  Phone: +1 (800) 733-2302

The Printer can print cantilever structures, but the percentage of cantilever is determined by the Mix Formula and other factors. Significant cantilevers must be structurally supported until dry. Seller has not performed any testing for cantilever structures over thirty-six inches (36") and does not have the math or data necessary to print larger structures at this time. Larger structures will need to be tested and will require R&D on the Buyer's part before attempting commercially.

**40. ON SITE SECURITY**

a. ONLY THOSE WHO HAVE SIGNED AN NDA / NON-COMPETE AGREEMENT WITH THE SELLER MAY BE PRESENT AT ANY PRINTSITE. THIS INLCUDES ANY WORKERS, EMPLOYEES, DAY LABORERS,

refused to Provide

© 2021  MudBots ®

Terms of Purchase



7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

MEDIA, BYSTANDERS, FAMILY, FRIENDS, AS WELL AS ANY PASSERBYS WHO ATTEMPT TO ENTER THE SITE.

b.  Buyer must protect the Print Site and restrict access by unauthorized personnel by whatever means necessary.

c.  Sites and Printer need to be guarded night and day. Buyer warrants that the Printer will not be unattended at any time.

## 41. SITE PRECAUTIONS

a.  Sites need to be marked off with restrictive perimeter tape. Site's ingress and egress need to be controlled to restrict unauthorized access. Signs need to be posted (RESTRICTED AREA)

b.  Employees need to be trained how to work around fresh printed structures without causing damage.

c.  Electrical Cords, Water supply, hoses, and cables need to be covered to prevent tripping. Connections need to be secure and protected to prevent print interruptions and electrocution.

d.  Printed structures need to be printed on properly compacted ground. Printing on surfaces that are not level and compacted for the weight of the structure will fail.

e.  Surfaces should be sprayed with water to reduce loss of mix moisture before and printing.

f.  Printing on foundations that are not thoroughly tested, engineered or constructed will result in structural cracking and / or print failure.

g.  Water supply must be a minimum of 45 psi which is necessary for hose washout.

h.  Backup water supply should be available in the event of loss of site water.

i.  Site should have backup power supply in the event of power loss.

j.  Tents for outdoor printing must be assembled before setup of the printer, pumps or batch plant. Choice of tent structure and material must be sufficient to maintain consistent temperature between 65 and 75 degrees with 80% humidity. Seller makes no claim as to the heating/cooling and humidity costs to maintain the same.

## 42. QUALIFIED PRINT TEAM

a.  Buyer acknowledges that the printer and accessories will not be operated without a certified pilot having been trained by seller. Training for replacement pilots will be scheduled during new customer trainings in Utah. Cost for subsequent pilot training is 2500.00.

© 2021 MudBots ®

## Terms of Purchase



7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

b.  Material handlers, mix managers and finishing teams may be trained by Buyer but must be certified in writing by Seller before replacing a member of the Utah trained print team. Certification guidelines and proof of compliance will be provided by Seller and may change as needed to protect the reputation of Buyer, Seller and Seller's existing customers.  New print team members must successfully complete the online video training.

c.  Due to the critical need for proper training and the high risk of damage likely caused by any part of the print team staff that will be responsible for providing ongoing training to all employees that is equal to the training provided by Seller to guarantee that those operating the Printer are competent in its use. The level of training must be equal to training provided by Seller.

*Pilots Kaden. Brett.*

d.  Buyer agrees to provide proof of training by the standards and requirements established by Seller.

*Allowing new operators.   Proof of training.*

e.  Buyer acknowledges that printing without seller certified print team will result in an agreed penalty of $10,000 per incident.

*owe us for Damages.*

f.  Buyer may, at their own expense, opt to have Seller come out and certify the initial set up after the assembly, and view a print to make sure that Buyer is compliant and able to successfully print as instructed. Pricing for the same will be provided depending on Buyer's location and is not included in the printer pricing provided unless specifically stated on the final invoice.

*Kaden in TX*

g.  Buyer acknowledges that failed prints that become public will cause irrefutable harm to Seller and customers of Seller. Buyer agrees to take all necessary precautions to restrict and protect against public and or media disclosure of print failure. Buyer further agrees to damages in the amount of Fifty Thousand Dollars ($50,000.00) should any print failure or print of questionable quality become public.

*They owe this*

## 43. QUALITY CONTROL STANDARDS

*Shown in Public Videos.*

Buyer covenants, warrants, and guarantees to maintain all aspects of Seller's certified operation and building standards (the "standards").  Such standards include those presented at pre-training, Utah training, and post-training.

Buyer covenants that any print not meeting these standards will be stopped, fixed or discarded.

*Bad Prints in Videos.*

Buyer covenants, warrants and guarantees that all prints shall be kept from public view until completed according to the standards or until all material not meeting the standards are entirely disposed.  Among other standards, Buyer covenants:

a.  Printed structures must be straight top to bottom and free from leaning or irregular pass width and consistency.

© 2021  MudBots ®

## Terms of Purchase



7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

b. Visible print passes must be uniform and consistent within 1/8th of the width of previous layer. Layers that are not uniform need to be mended during print to ensure mend bonding or else removed.

c. Cracks of any kind are not permitted. If cracking occurs, repairs must be made according to the standards and mended so as to be invisible.

d. Slump must be exactly consistent. Visible print passes must have a visible viscosity throughout. Deviations must be mended or removed.

e. Prints must be performed in a protected indoor area or secure tented area with protected access to guarantee the privacy of intellectual property, print methods and workmanship.

f. Green cutting for windows and doors needs to be straight and level.    *Ignoring all of this.*

**Only workers certified by Seller with active MudBots certifications are permitted to operate the printer.**

*Attempting Printing without MB trained Pilot*

**Buyer accepts liability for any work not meeting the standards. Buyer will indemnify and hold Seller harmless from all claims, actions and liability, related to Buyer's use or misuse of MudBots equipment, for work failing to meet the control standards.**

*They owe this*

**For any public failure, Buyer shall pay to Seller $50,000 per incident and 2500.00, per day, as a fine, until rectified. Buyer grants Seller full authority to determine, in Seller's sole discretion, if a failure has occurred and whether to levy a fine.**

*Published Videos showing Printers & bad Prints.*

**If Seller does not label a certain occurrence a failure, does not charge a fine, or lowers a fine, Seller in no way waives Seller's right to charge for damages for the same or future occurrences and in no way waives Buyer's breach of the standards.**

### 44. NEW OPTIONS & ADVANCEMENTS

a. Seller is always working on research and development to improve the product and its application. The Buyer will receive the printer, batch plant, and/or other accessories as they are at the time the invoice is signed.

b. During the training, the Buyer will be privy to new ideas and advancements that were not available at the time of purchase for which they wish to add. Seller will make every effort to provide the same but may not be able due to the current production commitments resulting in the need for Buyer to ship later.

c. Most upgrades are designed to install with minimal modifications for which video support will be given if purchased.    *Fluidizer upgrade.*

© 2021 MudBots ®

*Haven't paid for telescopic 2 After notice it was ready.*

# Terms of Purchase



7023 S 700 W Bldg. 8, Midvale, UT 84047  |  Phone: +1 (800) 733-2302

d.  Some changes that may be made will require possible removing of assembly items, cutting, drilling, and potentially running of new or additional wires. If milling is needed the Buyer can elect to pay for Seller to install or pay for removal and shipping of the part to the Seller's Facility to carry out needed milling or modifications.

e.  As Seller makes advancement and new options the price of Printers will increase. Seller will offer the same to existing buyers at a discounted rate.

f.  Before Seller can begin Printer modifications, the original INVOICE balance as well as the upgrade costs must be paid in full. Timeframe for new equipment orders will depend on the current production schedule and will be quoted at the time of purchase.

## 45. SHIPPING FROM SELLER TO BUYER

a.  Seller will assist in providing needed shipping specifics however it is the Buyers responsibility to arrange and pay for shipping costs necessary to transport goods from Seller's location.

b.  It is highly recommended that Buyer arranges for an enclosed transport to protect from theft and weather.

c.  Seller does not accept "Shipping Collect" terms.

d.  Once Buyer's shipping company removes the equipment from Seller's Facility, all risk of loss or damage to the Products shall pass to the Buyer.

e.  All shipping for additional parts or replacements must likewise be arranged by Buyer as they are in the best position to determine the type of shipping desired based on different costs as well as questions regarding insurance, weekend delivery, trucking access etc.

f.  Seller will provide package size and weight for which Seller can create shipping labels and email to Seller.

g.  It is recommended that Buyer purchase replacement value insurance on higher priced goods.

h.  Pictures will be taken of the box contents to verify count as well as method of packaging. Heavy items may require additional packaging for which Buyer agrees to cover.

i.  Buyer is encouraged to transport printer in a trailer or vehicle with a length equal or greater than the gantry length to reduce setup time.  The gantry has need calibrated and aligned for consistent straight printing. If the gantry is disassembled for transport the Buyer bears responsibility for realignment and calibration which is tedious and time consuming.

© 2021 MudBots ®

Terms of Purchase



7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +l (800) 733-2302

**46. SHIPPING - LOADING TIME**

When requesting quotes for shipping, be sure to inform shipper that (two) 2 hours will be needed to load the truck if the printer has been disassembled in advance.

**47. BILL OF LADING**

a.  BILL OF LADING must be received from BUYER one workday (24 hours) before the truck is to arrive. Seller will not accept BOL documents from Buyer's shipping company or shipping agent.

b.  Often the BOL is sent as an attachment, which can easily be recognized as junk mail, so make sure to contact Seller after emailing or faxing to verify receipt.

c.  If the Printer or any other products in a single shipping order are above eight thousand pounds (8,000 lbs.) special equipment will need to be coordinated for loading, which requires coordination between the Buyer and the Seller and is subject to availability of an oversize forklift from a third party. (*See more information in the LARGE PRINTER COORDINATION section.*)

d.  The name on the BOL must be the same as the name on the INVOICE for which the Printer was purchased. In addition to the BOL the driver will need to have Seller's Access Document upon arrival.

e.  The BOL is a legal document that that binds the Buyer to the terms and policy of their shipping company. The Buyer acknowledges that they have read the conditions of the BOL before sending the same to the Seller and hereby authorize the Seller to sign the BOL on their behalf.

f.  The Bill of Lading is a document that is provided by shipping companies and / or shipping brokers. Most all BOLs reference Seller as the SHIPPER and universally attempt to bind the shipper to additional liabilities, terms, and conditions that conflict with Seller's TERMS OF PURCHASE to which Buyer has agreed. Buyer must inform shipping company that Buyer will accept these liabilities, terms, and conditions instead.

i.  *If the BOL is not signed by the Seller, shipping companies will not pick up any goods for shipment. Consequently, Seller agrees to sign the BOL on behalf of the Buyer regardless of the terms but by doing so, Buyer agrees to indemnify and hold harmless the Seller and if necessary, pay for any legal fees and protection to protect Seller from any Liability or loss resulting from the signing of this document.*

**48. WEIGHT & DIMENSIONS**

a.  Seller will provide individual weights and dimensions for shipping purposes.

b.  Printer weight is not exact and may vary by plus or minus fifteen percent (15%).

© 2021 Mud Bots ®

# Terms of Purchase



7023 S 700 W Bldg. B. Midvale, UT 84047  |  Phone: +1 (800) 733-2302

c. The weights stipulated on the website, do not include additional products, accessories, or other components that may be included with a printer.

## 49. PACKAGING

a. The purchase price of the Printer does not include palletizing or wood crating unless specifically stated on the INVOICE. The cost for pallets or wood crate packaging is different from one Printer to another. If Buyer wishes to have a wood crate, they need to request and pay for the same at the time of purchase so the same can be added to the INVOICE before signing.

b. If the pallet/wood crate is being shipped to another country and a wood treatment certificate is required at customs, the cost for wood treating will be above and beyond the cost of the crate and will be the responsibility of the Buyer. (*See more on crate construction below.*)

c. Buyer should be clear on any specific packaging requirements of the shipping company, or they may refuse to receive goods resulting in costs for a second pickup.

## 50. PICKUP HOURS

Monday - Thursday between 11am and 4pm (excluding Holidays) at Seller's Facility. If driver attempts to pick up outside these hours and is unable, Buyer acknowledges that they will be responsible for incurred fees.

## 51. SELLER LOADING

a. Seller has a forklift and will load the Printer onto the Buyer's truck unless over eight thousand (8,000) lbs.

b. It is the shipping company's responsibility to situate all items beyond the back gate and secure them for transport. For safety reasons, Seller will not push Printers from the back of an enclosed trailer any more than three fourths (3/4) the length of the forklift fork's reach.

## 52. DRIVER PREPARATION

a. Driver should have the necessary equipment to secure the shipment and prevent it from movement during transport.

b. Seller is not responsible for directing the driver how to secure the goods for safe transport and delivery.

## 53. FORKLIFT CONSIDERATIONS

a. For Seller's protection, if hiring a shipping company on an LTL delivery, make sure the shipping company has the necessary forklift(s) to load and unload the goods at intermediary facilities. An appropriate forklift is one that can lift the entire load without tilting, dragging, or pushing whether lifting from the side or the end.

© 2021 MudBots ®

# Terms of Purchase



7023 S 700 W Bldg. B. Midvale. UT 84047 | Phone: +l (800) 733-2302

b. Pallets, Crates Printers, and accessories must only be lifted if forks extend all the way through the opposite side and extending four inches (4") beyond item being lifted. Attempting to lift goods with the forks partially inserted may result in damage.

## 54. DRIVER INSTRUCTIONS (ACCESS DOCUMENTS)

*FYI - It is a common practice for Drivers to show up with nothing more than the name of the state to which they are headed. Subsequently, Seller has had the experience of inadvertently loading the wrong truck and has even loaded a truck that the Buyer had requested a quote from but that was not the truck they contracted.*

a. For these reasons and to ensure the correct coordination of your purchase, Drivers must provide an ACCESS DOCUMENT that is signed by the Buyer before Seller will release any equipment.

b. The BOL is not an access document. The access document is Sellers internal document required to load or release goods.

c. If the Driver arrives and attempts a pickup without the right paperwork, they will be refused. Buyer acknowledges that Seller will not be liable for any charges if the trucking company charges the Buyer for a second or subsequent pickup fees.

## 55. SHIPPING ASSISTANCE

a. In the event that the Seller agrees to assist with quotes for shipping, the same is done with the Buyer's understanding that whether the Seller actually contracts with the shipping company on the Buyer's behalf or not, the Buyer is still responsible for any liabilities arising out of and in the course of shipping.

b. Seller has no knowledge concerning a shipping company's legal compliance, insurance coverage, licensing, or specific ability to perform any type of shipping.

## 56. PALLET / CRATE CONSTRUCTION

a. Goods will be shipped unassembled on wood skids/pallets. If Buyer wants each item to be individually crated, they must request pricing for the same at tne time of purchase.

b. If Goods are placed on a pallet or crate, Buyer acknowledges that the crate or pallet is not designed with impact cushioning to handle being dropped, crushed, or tipped over. Pallets and crates are not designed to be pushed, lifted, or dragged end-to-end. Doing so will damage the crate and the contents.

c. If Buyer wishes the crate construction to be of his own spec, they may submit specifications and the same will be quoted as an additional cost before shipping. Buyer needs to allow for additional time to manufacture custom crating.

© 2021 MudBots ®

# Terms of Purchase



7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

## 57. TRAINING

The initial training is included in the purchase price. Training will consist of:

- 30 days of pre training by video
- Optional printer build Training (30 days prior to training date) Recommended for Pilot
- 4 to 5 weeks of hands-on training in Utah
- 9 weeks of post training. (Printing 2 times a week and culminating in a completed Mini Home of 400 sf)
- Optional Sales training for sales staff. (2-week training) Can come any time during the Utah training days.

*Failed to do*

a. Buyer will choose a 3 man print team and one backup team member for training. Three additional trainees will be provided for finishing crew which will only be required the last 5 days of training during the capstone mini home print. Buyer is strongly encouraged to bring a 4th backup trainee for the pilot position.

b. At least one member of the print team should be proficient in 3D design and using G-code before the start of Utah training.

c. Buyers are encouraged to send the person that will be doing sales for two weeks of sales training where they will field customer calls, learn use of backend sales tools, participate in zoom calls, and become proficient in use of sales videos for most common prospect questions.

d. Buyers are encouraged to send their pilot for optional training during the build of the printer where they will work with MudBots engineers and assist in the actual assembly of all components of the printer. This training goes far beyond the normal takedown and reassembly offered during the Utah training. For this training to be of the most benefit, the team member sent for optional build training should be technically and electrically inclined. Processes that trainee will assist in are:

Control box wiring, VFD setup, cable assembly, trolley assembly, hose management assembly, Pump Wiring, Software installs, CPU settings & setup, DVR setup, Camera wiring, Printer configuration and testing, Electrical diagnostics, Printer setup.

© 2021 MudBots ®

# Terms of Purchase



7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

e. Seller will be notified two (2) weeks prior to start of training. Buyer will need to have flexibility in accommodating the dates of training which is determined by Sellers other training commitments and Printer completion.

f. If, for any reason, the Buyer is unable to attend training or send someone to attend the training / inspection within fourteen (14) days of notice, he/she agrees to pay the balance until such time as they can schedule the same.

g. The Buyer's print team must have singed paperwork turned in two weeks before training commences.

h. Buyer acknowledges that pre training is essential to the Utah training and all members of the print team will have completed pre-training curriculum. Video training is provided online. All videos are followed with a multiple-choice test. Buyer will be able to monitor the progress and test results during the process. Trainees need to score higher than 80% on pretraining. If comprehension is below 80% Seller may request a change in the training team.

i. If pretraining is not completed or comprehension is in question, Seller may require an additional week of Utah training and Buyer agrees to compensate Seller at a week rate of $5000.00.

j. Failure to complete the pre-training or Utah training for any reason will result in in the cancelation of training and rescheduling at a cost of $15,000. Rescheduling date will be determined by Sellers "then current" training commitments and schedule.

k. Buyer is encouraged to attend training. If Buyer does not attend, the information provided to the print team is considered to have been given to the Buyer directly and the Buyer is still liable to adhere to the training information presented.

l. Trainees must speak fluent English at a professional level. Inability to comprehend at a quick pace will impact the training resulting in a loss of time and inability to cover everything required.

m. Trainees must be in good physical health and able to work at a faster than normal pace as processes being taught are time sensitive given the curing nature of cement/mortar.

n. Buyer warrants that each member of the training team will have signed the following agreements:

- NDA Non-Compete with Seller
- Training Terms with Seller
- NDA Non-Compete with Buyer  Deravitted

© 2021 MudBots ®

Terms of Purchase



7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

- Employment contract with Buyer identifying the investment Buyer will make in employees training and liability should employee fail to meet their obligations or quit before the agreed time.

o. Buyer agrees to fulfill post training requirements before printing any permanent or commercial structures. Post training requirements include printing at least twice (2) a week for a total one hundred (100) hours and submitting reports including the print DVR for each print for 60 days after Utah training.

*returned*

p. The cost to train a new PILOT is $5000.00. Pilot will need to complete the pre-training and Utah training as well as post training before being certified by Seller.

*Printing without a pilot. one Pilot Quit*

q. Buyer understands that the printer, pumps, mixers, hoses, augers, stators, and other equipment used in training is that of the Buyer. Therefore, the training team is liable for any damages incurred to the aforementioned equipment during training.

Buyer warrants that they have received and agree to the terms represented in Seller's training agreement.

**58. CONTINUING EDUCATION**

*Agree to training terms.*

Seller will offer (free) annual one-week refresher training for existing Buyers to update Pilots in the most current operations, techniques, and newest features of the MudBots offerings. Continuing education is required of all Buyers as a means of insuring safety and competency in a rapidly changing market with advancements in additives, chemistry, printer features and building methods.

**59. PROOF OF CONCEPT (POC) COMMITMENT**

a. Those purchasing with intent to build homes or larger projects will be required to complete a proof of concept (POC) mini home as a final means of training certification. Buyer agrees to complete POC within 60 days of receiving printer

*Failed*

b. Those purchasing a 15' x 15' printer will be given a smaller print to complete that is comparable to the products they intend to offer. Seller will determine the prints required.

c. The POC is a necessary tool to demonstrate the ability and benefits of 3DCP to government, media and customers in Buyer's area similar to the POC mini home shown at Sellers Utah facility.

*Failed*

**60. Architectural Drawing (POC) (Week 7)**

Determine the desired floor plan for a Proof-of-Concept structure of not less than 400 square feet. The POC structure should include everything to print and complete a finished structure including:

© 2021 MudBots ®

## Terms of Purchase



7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

| | | |
|---|---|---|
| Footing | Finished Roof | Windows |
| Slab | Finished Flooring | Headers and Top Plate |
| Walls | Plumbing | Cabinets |
| Insulation | Electrical | Porch or Steps |
| Exterior Finished Walls | HVAC | Paint |
| Interior Finished Walls | Doors | Trims |

*Failed to Provide or complete*

**61. Engineering Calculations and Details (Week 11)**

A structural engineer will need to provide calculations and detailed drawings for the following:

| | | |
|---|---|---|
| Footings | Rough Plumbing | Finished Plumbing |
| Exterior Wall design | Top Plate Connection | HVAC |
| Bearing Wall design | Truss Connection | Insulation |
| Interior Wall design | Door Headers | Trim Attachment |
| Connection to Footings | Window Headers | Dual Print Attachment |
| Rough Electrical | Finished Electrical | Cold Joint Method |

**62. Print Schedule**

Print time needs to be within 10 hours with a one-day setup. Buyer should consider additional printed items
such as property walls, Planters, Fire pit etc. to demonstrate costs and flexibility or services.

*Failed*

**63. Scheduled POC Printing**

Buyer needs to schedule and confirm MUDBOTS's availability for the actual printing date, so MUDBOTS can
be present on the date of printing if scheduling allows. Full Printing including setup, sub trades and take down
need to be filmed for timelapse footage and proof of efficiency.

*Failed*

**64. Media Announcements**

Buyer agrees not to make any public announcements until after the completed print.

*Has published 4 Videos*

**65. Failure to Complete**

Buyer acknowledges that the POC is a required test print and final certification of the Post training requirements.
Failure to complete the same within 60 days of receipt of printer or failure to produce a product to the quality
standards identified here, will result in an agreed penalty of 25,000.00 and 5000.00 a week thereafter until

*They owe this*

© 2021 MudBots ®

Terms of Purchase



7023 S 700 W Bldg. B, Midvale, UT 84047  |  Phone: +1 (800) 733-2302

completed. Buyer agrees that the printer cannot be used for production of commercial prints until certification
is approved.

**66. DVR & VIDEOS**

*refuse to send*

a.  Buyer is required to utilize a six camera DVR system for recording all prints. Buyer may use their own DVR
    equipment if they have a system already installed for indoor use. At the time of purchase, Buyer will have the
    choice to add a DVR system that will come installed on the Printer.

b.  DVR monitoring of all prints is essential for Buyers and Seller's protection. Seller is unable to provide diagnostic
    help without accurate visual information. There is a myriad of issues that are hard to diagnose without seeing
    the entire operation prior to actual error or challenge.

c.  In conjunction with the print report, Buyer must present Seller with DVR footage of all prints. Buyer must choose
    one (1) of the following options:

    *refuse*

    1.  Upload the DVR to a cloud storage system and provide seller with the link.

    2.  Send a hard drive to Seller in the mail that the seller will empty and return to Buyer.

d.  Failure to upload or deliver DVR footage of prints to seller will void warranty.

    *Warranty Voided*

e.  Cameras need to be installed to clearly show:

    - Nozzle
    - Mixing area
    - Pump, hopper, and stator
    - Hose movement on the ground and entry into the printer
    - Control cabinet with clear view of the computer monitor (not more than 10 ft from camera)
    - Overall print from ground to highest print level

    *refuse to provide*

If the batch plant has been purchased, 1 additional camera needs to be installed to monitor the conveyor flow of
material to mixer.

a.  Seller will request DVR video for any support calls or claim without exception.

b.  Seller can only provide support for the DVR camera system they offer on the printers.

c.  Buyer agrees to record and have available backup footage of all prints.

d.  Seller is unable to provide DVR support on systems not purchased from MudBots.

e.  DVR must have 30 days backup capability and Buyer agrees to provide the same up Seller request.

*refuse*

© 2021  MudBots ®

# Terms of Purchase



7023 S 700 W Bldg. B. Midvale. UT 84047 | Phone: +1 (800) 733-2302

DVR recoding needs to be made of tent and printer assembly and uploaded as part of the preprint checklist.

 refused

## 67. CLAIMS, FEES, AND COSTS

In the event of any damage during shipping, the responsibility of filing the claim is the responsibility of the Buyer. If Seller is asked to provide information relative to a shipping claim there is a minimum service fee of Fifty Dollars ($50.00). Additional costs relative to Claims can be seen in the "RETURN MATERIAL AUTHORIZATION" (RMA) agreement.

## 68. WARRANTY RE-INSPECTION

a.  In the event of damage to the Printer during shipment that is evidence of improper handling, dragging, dropping, or being hit, the Printer warranty will be voided until such time as a Seller appointed tech can view the Printer firsthand to substantiate that all electrical is in proper working condition at which point the Buyer will be given a document of warranty reinstatement.

b.  Printer alignment of linear rails and gantry can be altered during transport because of jarring and bumps along the way. Buyer understands that some re-alignment may be necessary upon receipt. Damage to the gantry or trussing may result in uneven travel of the trolleys and may need to be replaced.

c.  Trussing and gantry cannot be directly stacked without truss spacers to prevent rubbing and damage during transport.

d.  Scheduling a warranty re-inspection must take place no later than fourteen (14) days after damage occurs.

e.  All costs relative to warranty re-inspection will be the responsibility of the Buyer. Buyer agrees to Portal-to-Portal labor rates of One Hundred and Eighty-Five Dollars ($185.00) an hour as well as all other travel, lodging, vehicle and per diam costs.

## 69. RMA REQUEST FORM

a.  In the event goods are damaged by the Buyer's shipping company and the Buyer does not take possession of the goods, or requests that a goods be returned due to damage after received from Seller, the Buyer must complete an RMA (Return Material Authorization) request form before planning for return shipment.

b.  If the signed RMA request has not been received before shipment arrives, Seller will not accept delivery and Buyer accepts all responsibility for additional costs incurred.

© 2021 MudBots ®

# Terms of Purchase



7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

### 70. MECHANICAL DESIGN

a.  Pictures reflect the general shape and design of goods.

b.  Buyer acknowledges that changes in the mechanical build may occur without affecting any of the specs or performance or voiding this Agreement.

c.  The pictures and features of goods on Seller's website span a period of many years and will not necessarily reflect the look or features of the goods being purchased.

d.  If there are questions about a Printer's / Accessory's functions, do not assume anything. Request clarification and require the same to be stated on the INVOICE before purchase.

### 71. AREA RESTRICTIONS

Seller is bound to protect sales and use by other agreements that protect certain areas. Buyer acknowledges that the Printer being purchased is for personal use in the USA, state and city represented on the purchase INVOICE and will not be use or moved outside of this area. Buyer warrants that they will not perform work or move the Printer outside the stated area without written approval of Seller.

a.  Buyer agrees that they are not purchasing the Printer with intent to transfer to any other country, and they accept that such transfer is restricted without the written authorization of Seller.

b.  Buyer acknowledges that Printers are equipped with GPS and the Seller is able to track the location as a means to confirm compliance to the geographic restrictions. If the Printer is moved outside the authorized use area, the Seller has the right to temporarily restrict use.

c.  Seller may request to visit the printer work site at any time. Buyer agrees to allow such visits to ensure proper use of printer. *We want this right Away.*

d.  Buyer acknowledges that the transfer of Printer outside the stated area is a breach of intellectual property rights and operational restrictions and in so doing will result in a suit for damages of not less than Ten Thousand Dollars ($10,000.00) a day until returned. *~~What about this~~*

### 72. TRANSFER OF OWNERSHIP

a.  Buyer agrees that they will not transfer ownership, resell, lease, loan, rent, or allow use of the Printer to others without the express written permission of Seller.

b.  If authorization is given the new buyer must be willing to adhere to Seller's (then current) terms of purchase,

© 2021 MudBots ®

Terms of Purchase



7023 S 700 W Bldg. B. Midvale. UT 84047 | Phone: +1 (800) 733-2302

c.  New buyer will be required to complete the current training program and pay MudBots the then current training rate as well as sign all other documents mentioned in this Agreement including (The current) Terms of purchase, NDA, Training Terms and Non-Compete agreements.

d.  If MudBots brokers resale of printer, Buyer agrees that MudBots will receive a 20% commission of printer sale including any size upgrade or accessories included in sale.

### 73. CUSTOMER COLABORATION

Buyer will be invited to participate in monthly zoom calls following completion of successful mini home print and required post training. Access to other customers will not be provided until the same is completed.

### 74. WARRANTY

a.  Buyer may enjoy the benefit of warranty protection up to three (3) years full parts and labor. The highest level of protection offered in the industry. In an effort to offer an apple-to-apple comparison with competitor pricing, all prices on the site reflect Seller's (Standard Purchase Warranty). Buyer has the option of upgrading the purchase warranty to a (Premier 1-, 2-, or 3-year Warranty).

b.  All warranties begin the date of removal from Seller regardless of any delays in receiving and setup.

c.  Purchase Warranty. The standard warranty provides a full year of protection for parts and parts shipping as well as a ninety (90) day labor guarantee. This warranty is part of the purchase price and is included in the prices represented on Seller's website.

d.  Premier One (1) Year warranty includes a full twelve (12) months of protection including parts and labor for the remedy of any encountered problems known to be the fault of the manufacturer.

e.  Premier Two (2) Year Extended Warranty improves Buyer's protection to a full twenty-four (24) months of parts and labor protection for defects or errors in the Printer.

f.  Additional warranties must be stipulated on the INVOICE. If the INVOICE does not stipulate additional Premier warranties coverage is based on (Standard Warranty).

g.  Buyer will not operate the printer without the presence of a pretrained and certified PILOT. All claims must show the presence of certified PILOT in the provided uncut DVR video. refused.

h.  Buyer will document assembly and disassembly upon receipt of goods, and especially non-routine disassembly of any electrical components, via video. refused

i.  Buyer agrees not to tamper with (water exposure) indicators or other security features.

© 2021 MudBots ®

# Terms of Purchase



7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

j.   To keep this warranty in effect, Buyer must have met its own obligations under this Purchase Agreement and: Provide video of Printer receiving, setup and all operations, Provide & Document regular maintenance. Promptly repair any known issues. not made any changes to the Printer or reduction of the safety features. Failing to use the right sized breaker or running incorrect wire size from the breaker box. failing to run the equipment on a dedicated line, failing to provide a line free from voltage plus or minus variations from lightning or unstable supply lines. failing to protect power connections from water, altering the size of the printer to larger than invoiced, wind damage caused by inadequate tenting, using mixes with low viscosity or improper measurement of ingredients resulting premature hardening, water damage caused during transport or setup outdoors, damage resulting from loose timing belts, damage caused misalignment of gantry and racking, damage caused by non-certified print team, defective or improper premises, chemical, electro-chemical, or electrical influences.   *Botch Plant.*

k.   Care must be made to protect trussing and linear rails from dents which will affect the Printer's ability to print in straight lines. Dents to trussing or linear rails is not covered by warranty.

l.   Warranty will be voided if use of the printer is without a pilot that has been trained and certified in writing by Seller.   *Default*

m.   Warranty will be voided for all electrical components if the Buyer's print team supplies improper power to the printer including overvoltage, power surges, improper wire gauge, improper wire length, etc.

n.   Warranty claims for electrical components must first provide proof of proper powering of printer and all accessories.

o.   Support for non warranty items or support outside warranty period will be billed at 85.00 an hour. Authorization for support will need to be signed for with payment authorization in advance.

p.   THE WARRANTIES SET FORTH HEREIN ARE EXPRESSLY IN LIEU OF ANY AND ALL OTHER WARRANTIES AND OBLIGATIONS EXPRESSED AND IMPLIED, INCLUDING ANY WARRANTY OF MERCHANTABLITLY OR USE FOR ANY PARTICULAR PURPOSE.

q.   Neither Seller nor its suppliers assume or authorize any person to assume on its behalf, any other liability or obligation, whether for direct or consequential damages, or otherwise. Further, the Buyer will not, nor permit any other person to, alter, or otherwise attempt to defeat the operation of any part or system in the Printer, which is installed with the purpose of, or which contributes to the prevention of personal injury or the attainment of safety. The product(s) will be used only for the purpose(s) originally intended.

© 202 1MudBots ®

Terms of Purchase



7023 S 700 W Bldg. B, Midvale, UT 84047  |  Phone: +1 (800) 733-2302

Standard Service Area

The disparity in costs to provide onsite support for a buyer that is close to an international airport versus a buyer that is two (2) hours' drive from an international airport is significant. Buyer acknowledges that Seller's liability is limited to service locations that are within the standard service area defined as twenty (20) minutes from the closest international airport. Buyers that are outside of the standard service area are liable for additional costs to the Seller for travel labor. Depending on the how far outside the standard service area a buyer is, additional costs may be assessed in the event a normal one (1) day service trip turns into an overnight trip because of two (2) or more hours of travel time. Additional costs can include lodging, food, rental cars, airport parking, as well as additional labor for travel to and from parts companies, machine shops, or service companies.

## 75. WARRANTY INITIATION

The WARRANTY INITIATION questionnaire is a document that must be filled out within ten (10) days of receipt of the Printer by a licensed electrician. The document is a series of questions relating to the Printer and the electrical performance of the Printer when new. The data collected stands as a benchmark to be used at a later date in the event of any diagnostics issues.

## 76. BUYER'S REMEDIES AND DAMAGES

Buyer's sole and exclusive remedy for any action or omission of Seller, are expressly limited to having Seller, at its' option, either repair or replace any defects at the Buyer's place of business or in Seller's own shop.

## 77. DIAGNOSTICS AND SUPPORT

a.  The first step to any service call is to attempt to diagnose the problem over the phone with supporting pictures and video. In the event of any defect, the Buyer is responsible to provide Seller with accurate information relevant to the Printer to remotely diagnose any issues.

b.  Seller will send a written questionnaire and Buyer agrees to complete the same as a starting point for any technical issues.

c.  Buyer will also be required to provide 6 camera views as represented above demonstrating the last print prior to the print or challenge in question as well as video demonstrating the print when the challenge was first recognized.

d.  Seller's regular support hours are Monday – Thursday, 8:00 AM – 5:00 PM Mountain Daylight Time.

e.  Weekend and after-hours support will be billed at $35/hour for a minimum of one half (.5) hour.

© 2021 MudBots ®

Terms of Purchase



7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

## 78. BUYER OBLIGATIONS

a. Buyer acknowledges that the standard warranty, which comes with prices listed online, is a base warranty where the Buyer is obligated to assist with the diagnostics of technical issues. The standard warranty is offered as a means of maintaining lower price options for those who have the technical where with all to assist with unforeseen issues. Under the standard warranty, Buyer agrees to provide a qualified individual that is comfortable and capable of assisting with requested tests and feedback as well as, but not limited to: removing panels, testing electrical connections, removing motors, Use of multi meter, Use of soldering iron, uploading software, removing or reinstalling machinery components, and providing necessary pictures, videos, and feedback in the process of narrowing technical issues and discovering solutions.

b. In the event of any technical issues, Seller will send a diagnostics questionnaire which Buyer agrees to complete and return as a first step in resolving the issue. It is imperative that the Buyer diligently follow Seller's instructions in an effort to eliminate potential causes of the error. Tests need to be performed in the order in which Seller instructs to allow Seller's technician to verify that tests were performed correctly.

c. If a test is skipped or not performed correctly, Seller may miss the true cause resulting in days of additional pursuits in the wrong direction.

d. Seller is helpless to assist Buyer in any diagnostics situation if Buyer is unwilling to honestly assist in following diagnostics procedures and providing truthful feedback.

e. In the process of assisting Buyer for any issue, if it becomes evident that the Buyer made misleading statements or failed to follow and report on diagnostic procedures, The Buyer acknowledges liability for any losses incurred by the Seller, including but not limited to labor, Shipping of parts, shipping of equipment as well as flight, travel, and housing expenses if any.

f. If the Buyer is not familiar enough with the mechanical assistance obligations listed above or is unwilling to hire outside help to assist with Buyer's obligations, then the Buyer is encouraged to purchase an upgraded warranty by which the Seller assumes more liability for remote assistance.

g. Buyer is responsible for keeping the roller pullies in alignment and tension of pully belts correct to ensure straight prints.

h. Buyer will need to have a digital multimeter tester as well as basic hand tools to assist Seller's technicians in performing diagnostic testing. This may also include a continuity tester for checking the electrical system.

© 2021 MudBots ®

# Terms of Purchase



7023 S 700 W Bldg. 8, Midvale, UT 84047 | Phone: +1 (800) 733-2302

## 79. BRANDING AND ATTIRE

a. Buyer will provide and require print and finishing team to wear safety vests or shirts clearly representing MudBots logos when operating the printer. MudBots can provide iron on heat transfers for branded attire. Cost for heat transfers will depend on the sizes required but are offered at cost as needed.

b. Vehicles and trailers will also require branding which can be purchased from MudBots or Buyers local sign shops

## 80. REQUIRED TOOLS

a. Buyer understands that they will be required to provide general hand tools for assembly and maintenance of the Printer and accessories. These may include Buckets, Brushes, Laptop, Rebar Locators, Concrete Testing Sensors, Moisture Testers, Temperature Sensors, Rebar Tools, Concrete Hand Tools, Wheelbarrows, Premix Bins, Hand Mixers, and Cleaning Buckets. Buyer is responsible for purchasing basic mortar finishing tools as well. Tools purchased during any Training will be shipped with the Printer.

b. In addition to hand tools, Buyer may wish to purchase other items they want to use in a print such as light boxes, plumbing, doors, windows, electrical, rebar, headers, and any other print specific finishing tools. Buyers choosing to print outdoors as part of their training will need to purchase or provide the appropriate 5 sided tents one week prior to Utah training date. Buyer may need to purchase tarps and humidifier to cover prints and improve curing.

c. Some Buyers choose to purchase a toolbox matched to the Printer Control Cabinet to keep all tools organized in their container, truck, or trailer.

d. Buyers choosing to print footings outdoors will be required to schedule and pay for the equipment to dig footings. The 4 week training will need to be extended one week for outside printing and footing preparation.

e. Printing materials such as sand, cement, and lime, may need to be sourced and purchased ahead of training in case of local shortages.

f. Some required materials are not available locally and will need to be purchased online for delivery one week prior to Utah training. For a complete list of recommended tools and materials please request.

© 2021 MudBots ®

Terms of Purchase



7023 S 700 W Bldg. B, Midvale, UT 84047  |  Phone: +1 (800) 733-7302

### 81. HOLIDAYS AND SCHEDULING

Buyer acknowledges that production times, build time, and shipping will be affected by Holidays throughout USA and Asia. Customer Service, onsite service, scheduling for onsite training, and pickup from Seller's Facility is also contingent on USA Holidays.

- NOTE: Seller will be closed for holidays
- Nov 24 – Nov 28
- Dec 22nd – Jan 2nd each year.

### 82. PRINTER RECEIVING

a. Depending on the size of the printer Buyer may need to pre-arrange an oversized forklift to safely unload.

b. Always have plenty of help available to assist with the movement of the Printer to avoid hitting or dropping anything.

c. Buyer needs to use a 5 camera DVR during setup to capture receiving and setup of printer.

*Failed – refused*

d. Everyone receiving or helping to set up the printer must have completed the NDA – Noncompete with Seller.

### 83. ELECTRICAL AND WIRING

a. Incorrect wiring will damage the motherboard, control panel, and other electrical components and may cause other mechanical failures which will not be covered by Seller. The use of proper transformers, breakers, and wire size will affect the life and functionality of the Printer.

b. Buyer agrees that the Printer will be wired to a 50/60-amp breaker. the correct size breaker and the wire used from the breaker to the machine will be the correct gauge for the distance of the run.

c. Refer to an electrician's authority to verify that the chosen gauge of wire and breaker are correct for the distance of supply power.

d. Buyer agrees to provide a direct dedicated line for the Printer service. No other machines or draws are permitted on the line. Power sources should be locked to prevent accidental loss of power.

e. Protect cords and extension cords with walk over bridging to prevent tripping and accidental power loss.

i. Make sure all plugs, and cords are locked at connections to prevent power loss. Power ends need to be "off ground" and protected from water to prevent GFI and breaker tripping.

© 2021 MudBots ®

## Terms of Purchase



7023 S 700 W Bldg. 8, Midvale, UT 84047  |  Phone: +1 (800) 733-2302

f.   Buyer agrees not to alter the wiring inside the Control Cabinet or to the motors or other components and that any repairs or troubleshooting required due to unapproved alterations will be invoiced to the Buyer.

g.   A test servo and driver will be provided for diagnostics.

h.   Buyer will receive a wiring diagram along with specs for individual components included in the Control Cabinet and Printer.

### 84. ASSEMBLY BASICS

a.   Assembly instructions and videos will not be provided prior to purchase.

b.   Printer testing indoors is limited to 30' gantries due to building pilasters.

c.   Print team must take down and reassemble the printer during training.

d.   Printers larger than (20' x 20') will take additional time and manpower to assemble including a lifting device when using outdoors unless leg elevators are purchased.

e.   When lifting the printer with or without leg elevators, the printer must be lifted from all leg points evenly to avoid bending or damage to truss. Buyer is liable for any damages incurred by improper lifting.

f.   Printers being assembled outdoors need to be strapped with 2" straps on each corner.  Outdoor straps and stakes are not included in the purchase price.

g.   Those wanting to practice takedown and reassembly offsite and outdoors will need to extend their training an additional 5 days and will need to purchase their outdoor tent in advance of the training. Tents not purchased through Seller must be delivered to Seller's facility two weeks before training date.

h.   Those wanting to print footings will need to extend training an additional 5 days to allow to footing excavation, rebar installation, rough electrical, rough plumbing, form curing, cement backfilling and curing before wall printing.

### 85. NON-WARRANTY ITEMS

The following items are not under warranty:

- Hose from pump to print head.
- Pump auger and stator (Consumable Items)
- Pump Nozzle (Consumable Item)
- Damaged Trussing

- Aluminum guide rails on gantry.
- Linear rails that are not maintained
- Secondary mixer (pump hopper accessory)
- Mixer blades (Consumable Items)

© 2021 MudBots ®

Terms of Purchase

**MudBots**®
FUTURE OF CONCRETE

7023 S 700 W Bldg. B, Midvale, UT 84047  |  Phone: +1 (800) 733-2302

- Mixer Motor (if damaged due to hardened
  mix) or under powered

## 86. STAFF INTERACTION

a. Buyer and trainees agree that all correspondence with Seller will be through the correct channels through its corporate office [+1 (800) 733 2302] or directly with company CEO.

b. Buyer agrees that he / she will not request phone numbers, personal email addresses, or social media contacts of Seller personnel, nor will Buyer directly contact Seller personnel if such contact information is obtained indirectly.

c. Seller personnel are likewise restricted from communication outside of the Seller approved directives and may be reprimanded for failing to adhere to the same.

d. All calls must be initiated via the correct channels so records can be kept. Failure to do so will invalidate protection against reliance upon information obtained from Seller personnel without approval.

e. All calls may be recorded.

## 87. REPLACEMENT PARTS

a. Most replacement parts can be shipped same day following notice of order. Buyer must provide a shipping label and organize pickup of any packages.

b. Any non-stock parts will be drop shipped directly from Seller's supplier.

c. In-warranty parts will be invoiced to Seller.  Seller may request the return of defective parts for examination and testing at Seller's expense. Returns need to be accommodated within 7 days of receipt of replacement. Failure to return damaged parts within 7 days will result in a charge for the same.

d. Buyer is able to source parts in their own area if they do not wish to use Sellers's supplier. Seller will provide specs and purchase information but is unable to source locally for the Buyer.

© 2021 MudBots ®

Terms of Purchase



7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

#### 88. SELLER STATUS

a.  Seller is a manufacturer and distributor of many types of machinery and equipment. Many of the assembly components are manufactured Internationally.

b.  Buyer acknowledges that Seller has the right to manufacture any machinery purchased on its own or contract all or part of the manufacturing from any of its current OEM suppliers domestic and abroad.

#### 89. MAINTENANCE

a.  Regular maintenance is essential to the life of the Printer. Failure to maintain the Printer properly may result in damage that will not be covered under warranty.

b.  Mixer blades and sides of mixer must be kept free of mortar buildup during prints to prevent blade obstruction resulting in motor damage.

c.  Mixer blades need to be extended periodically insuring no more than 1/8" gap between blade and mixing barrel.

d.  Maintenance schedule will be found in the OPERATION MANUAL.

e.  Buyer acknowledges that the maintenance schedule must be followed to ensure functionality of the Printer.

f.  Daily maintenance is part of the pre and post print checklist.

g.  Failure to show proof of machine maintenance according to Sellers's requirements may result in loss of warranty of some items.

h.  Maintenance records need to be kept and provided upon request in the event of a warranty issue. Maintenance records need to include:

- **Date of Maintenance**
- **Time of Maintenance**
- **Name of Maintenance worker**
- **Maintenance performed**
- **Video of maintenance.**

i.  Areas of Maintenance that need to be checked every twenty-four (24) running hours include:

Grease Zerk fittings, verify position sensors are functioning correctly, ensure that dust and debris is not collecting on the electrical connections - linear rails - timing belts - electrical components - motion controller

© 2021 MudBots ®

Terms of Purchase



7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

and drivers, make sure cabinet fans and component fans are working correctly if any, keep the machine clean, verify that cabinet covers are not open and are protected from water and cement. Verify that truss connector pins are present and secured with cotter pins - protect trussing from dents that will affect straight printing - proper belt tensioning - protect computer from the elements - refrain from installing other software on the computer. Ensure water does not get inside control cabinets when pressure washing.

j.   Buyer releases Seller from any claims relating to cured concrete in the hoses, pump, mixer, stator, or Printer that was not cleaned thoroughly resulting in restricted flow, non-functionality, or damage. Proper cleaning after each use is essential.

## 90. TRANSPORT TRAILERS

a.   Buyer must provide their own trailer unless a transport trailer is ordered at the time of purchase.

b.   Assembly of the Printer for sizes over fifty feet by fifty feet (40' x 40') will require some sort of trailer ramps or mechanical lifting such as tractor forks, forklift, telehandler or crane. Seller offers assembly elevators which are not included unless specifically listed in purchase invoice.

c.   Gantry Trussing and X/Y upper sections will be bent and damaged if not lifted properly. Truss sections that are over 25' will require dual lifting points to prevent damage.

d.   The gantry can be disassembled, but in doing so requires much more assembly. Buyer should consider a trailer that can transport the gantry in one piece for efficient assembly.

## 91. REGULATIONS OF SAFETY

a.   It is the responsibility of the Buyer to professionally train members of the print team (other than the pilot position) their operators in the safe use of the Printer before allowing anyone to begin operation.

b.   General safety regulations can differ from state to state. Seller makes no guarantee that the Printer or other products being sold meets each states safety regulations.

c.   Buyer must be aware of and provide additional state training to comply with CNC operation, as well as best practices for working with high pressure hoses.

## 92. RELEASE OF INJURY LIABILITY

a.   Before singing this Agreement, Buyer should be certain of all state and federal regulations concerning machinery of this style and design. It is the Buyer's responsibility to request additional safety features, if necessary, to meet the regulations of their state so they can be added at the time of purchase.

© 2021 MudBots ®

## Terms of Purchase



7023 S 700 W Bldg. B, Midvale, UT 84047  |  Phone: +1 (800) 733-2302

b. Buyer agrees to indemnify and hold Seller harmless from all liabilities arising out of operator or bystander accidents, injury, or death.

c. Buyer agrees to perform daily testing and maintenance necessary to ensure that the Printer / Accessories are operating correctly and do not pose a danger to the operator and bystanders. If a Printer / Accessory is acting irregular for any reason, staff must be trained to stop use immediately until they can be inspected and ensured to be running in a safe appropriate manner.

d. Buyer understands that cementitious materials contain chemical ingredients which are known to be harmful. Buyer must be aware of all ingredients and have procedures in place for inhalation or skin and eye exposure. Operators must wear proper protective gear for the job they are performing.

### 93. THIRD PARTY SERVICE WORK

*Too often third-party companies try to take advantage of work for Sellers and Buyers. They also tend to pitch one company against the other in a way that causes tension and mistrust. Both Parties agree to manage service work in a way that will protect the Parties from runaway bills and unnecessary work.*

Both Parties agree that the work performed by third party service companies must be performed under the following terms. The terms here stated are for the protection of the Seller and Buyer.

a. Prior to arriving at Buyer's place of business, the tech needs to contact Seller so the scope of work can be explained in a way that will allow the tech to bring the most common replacement parts to avoid the need for multiple trips.

b. Tech will be asked to text Seller when they arrive and when they leave for billing purposes.

c. Buyer is required to provide a worker that will record the work being performed as a record for the service as well to help Seller understand what steps were taken in the event more diagnostics are needed. If the work can be captured with enough detail to use a tripod, the same may be used. The Buyer's employee or tech is responsible for showing close ups of any problem areas as well as the screen readings for voltage results and pressure results of any other tool used for measure.

d. The video will be uploaded for Seller's review within four (4) hours of work completion.

e. Once the problem is identified, the tech must provide Seller with a repair quote that needs to be accepted in writing before moving forward with the work.

f. Buyer acknowledges that if their place of business is outside the city center or in a remote location that the potential cost for service work or third-party support services may be increasingly more expensive and is outside the scope of what Seller provides. Consequently, Buyer agrees that in the event of service calls,

© 2021 MudBots ®

# Terms of Purchase



7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

Seller will not be liable for travel time costs to and from Buyer's place of business that exceed thirty (30) minutes each way. Before signing this Agreement, Buyer should be certain of all state and federal regulations concerning machinery of this type and design. It is the Buyer's responsibility to request additional safety features, if necessary, to meet the regulations of their state so they can be added at the time of purchase.

g.  Buyer will need to provide copies of third-party invoices and allow for fourteen (14) working days for reimbursement of third-party work.

h.  In the event of any disputes between Seller and third-party service companies, Buyer agrees to provide written statements that can be used in legal proceedings without cost to Seller.

## 94. INTERNATIONAL BUYERS

a.  The specific costs and time frames represented in this Agreement concerning parts availability, shipping and labor rates do not apply for machines shipped or moved outside the continental United States whether shipped by the Seller or Buyer.

b.  Sales prices for machines and parts do not include any duties, tariffs, or taxes that may be imposed by international customs when the same is shipped to their country. All duties, tariffs, and / or taxes will be paid by the Buyer.

c.  If a machine is moved from the address represented on the signed INVOICE outside the country with Sellers written authorization, additional costs for warranty shipping and service will be the responsibility of the Buyer.

d.  It is understood that the necessary language for diagnostics and service is English. Buyer acknowledges that they are responsible in all cases to provide an English-speaking individual who can translate in a technical sense, all communications necessary. Failure to do so will result in the Seller's inability to provide support and / or technical assistance.

## 95. TECHNOLOGY ACKNOWLEDGMENT

*Buyer acknowledges that they are aware that this is a new technology that will improve and change as time goes on and advancements are developed. Buyer makes this purchase with a full understanding that there is much to learn. As new considerations are discovered it is essential to work together to furthering the advancement of Printer designs, Mix Formulas, and construction methods.*

a.  Buyer releases Seller from any liability resulting from inability to print with different mixes or to print at speeds that exceed a mix's ability to cure to the point of supporting additional height and weight as well as printing with unknown mixes and in temperatures/humidity that is outside the scope of existing R&D.

© 2021 MudBots ®

## Terms of Purchase



7023 S 700 W Bldg. B. Midvale. UT 84047 | Phone: +1 (800) 733-2302

b. The speed of nozzle is limited by the tool path of drawing. Drawings with abrupt tool paths will need to run slower to minimize Z shaking.

### 96. BUILDING DEPARTMENTS

Buyer releases Seller from any liability resulting in the inability to obtain building permits for structures requiring the same. Buyer understands that they will need to work with local testing labs, architects, engineers, and 3D drawing staff to work through any building code issues.

### 97. CANCELLATIONS

Once this Agreement has been signed by the Buyer, the Buyer may not at any time thereafter cancel the order.

### 98. PRODUCTION TIME

a. Subject to the other terms of this Agreement, failure of Seller to complete any order on time will not constitute a right to cancel. Delays beyond those noted in the terms will result in a discount of the amount still owed of one percent (1%) per week.

b. Changes to an order after the signing of INVOICE will result in additional delays and change of delivery date.

c. If Seller is unable to complete an order or any part of an order is unable to be completed according to the terms and specifications of the INVOICE, the Seller will have the right to remedy the issues at hand and Buyer agrees to allow Seller the appropriate time for such remedy based on Seller's current production schedule.

d. In the event of a cancellation or failure to pay any pending balance Seller shall, without limiting any rights it may have against Buyer, retain all sums paid.

### 99. DEFAULT OR COLLECTIONS

In the event the Buyer fails:

© 2021 MudBots ®

## Terms of Purchase



7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

- to pay balances on time
- to provide a print team for the time allotted
- to ship their printer on time
- to complete Utah training
- to complete pre training and post training requirements
- to successfully print proof of concept (mini home) for home builders within 60 days of Utah training
- to print without MudBots Certified pilot and print team

*two weeks utah training - Missed.*

*refused*

*Default*

the discounted pricing will be rescinded, and Buyer agrees to pay the full list price as represented above as well as other consequences and penalties here stated. Failure to make payment within 2 weeks following notice of lost discounting and or penalties will result in a daily penalty of 1% per day until cured.

### 100.    PROPRIETARY INFORMATION

a.  Seller has spent more than a decade developing a reliable supply chain of technologies, suppliers, and trusted factories all around the world. Buyer acknowledges that Seller's suppliers and factories are proprietary and will not be disclosed before or after purchase.

b.  All Employees of Buyer that have visual access of the printer and or supporting equipment must sign an NDA / Non-Compete agreement with Seller in addition to any agreements they sign directly with the Buyer. Buyer acknowledges that they must put employees under non-Compete directly with the Seller and they will have all workers working on or with the Printer sign the Seller's NDA / Non-Compete agreement and that Buyer is liable and must provide protection against any violations of that agreement. Seller must receive

© 2021  MudBots ®

# Terms of Purchase



7023 S 700 W Bldg. 8, Midvale, UT 84047 | Phone: +1 (800) 733-2302

required paperwork on new employees and trainees prior to visual access of the printer, pump and batch plants.

c.   Buyer acknowledges that Seller's NDA / Non-Compete agreement should be signed on behalf of the company, in addition to the individual NDA / Non-Compete agreements signed by those who will work with the printer.

d.   Buyer agrees to disclose any and all partnerships with the Seller and acknowledges that all staff and/or partners of the Buyer will be required to sign Seller's NDA / Noncompete before receiving protected information including construction methods and procedures.

e.   Buyer warrants that after purchase, they will not purchase a competing printer system for 3 years. The information shared is highly sought by competing companies and once shared by seller would not be protectable if participating in any capacity with a competing company.

f.   Buyer agrees that they will prevent Ex-employees and or partners from working for other companies that use a competing printer system as the training and intellectual knowledge shared by seller would be impossible to protect. Buyer agrees that the enforcement of the same will be at his/her own expense. Trainees will be required to sign an agreement warranting the same.

g.   Customers of the Buyer and all others having visual access of the Printers and accessories must sign NDA / Non-Compete agreements and must understand that they will be prohibited form photographing or posting images or video online and on and social media platforms.

h.   Buyer will take whatever steps are necessary to prevent employees, suppliers, customers, inspectors, by standers from disseminating intellectual information or posting video, images or content relating to Printer, accessories, mixes, or construction methods publicly without the express written permission of Seller.

i.   Buyer warrants that outdoor setup and operation of the printer, pumps and batch plant is restricted without full protection of a fully roofed tent and that public view must be restricted and strictly enforced. Tents for

© 2021 MudBots ®

# Terms of Purchase



printer, pumping and batch plants, material protection must be assembled prior to the setup of the printer and accessories. DVR Proof of tent assembly prior to printer assembly must be provided.

j.   Buyer is not allowed to purchase any URLS with the word "MudBots" (or any derivation thereof).

k.   Buyer may not publicly disclose information about the Printer or post articles online without first submitting such content for Seller's approval.

## 101.   MEDIA AND PUBLICITY

Buyer agrees not to notify the media or accept interviews concerning concrete printing or printing locations until after completion of approved POC Mini Home.

## 102.   SOCIAL MEDIA, VIDEOS, AND PICTURES

a.   Buyer understands the importance of meeting their responsibilities outlined in their non-compete and NDA. Buyer will not make video or pictures available that show the Printer's Z-axis upper connection to the trussing as well as the mixers, batch plants and pumping system. Buyers will restrict employees, customers, prospective customers, and bystanders from photographing or videotaping the Printer when in operation. Buyer agrees to submit any video or pictures that he/she wished to make public to Seller for approval before posting online.

b.   Buyer will take care to protect the protected parts of the Printer stated above, when on job sites, trade shows, or demonstrations at their facilities.

c.   The Printer and accessories are not to be taken to tradeshows, expos, or any public events.

d.   Buyer agrees to allow Seller to publish any portion of video and still shots from any of their projects and training.

e.   Buyer's employees and all others not specifically under Non-compete with Seller are forbidden from taking personal pictures on job sites.

f.   Seller's website and social media may have and utilize videos that have been filmed over the course of five years. Some videos may present information, policies, or product designs that are no longer applicable as the technology has progressed and Seller has gathered more information. This agreement contains the most up-to-date policies and information regarding the printer and supersedes all video content.

## 103.   FORCE MAJEURE

Neither party will be in default in the performance of its obligations under this Agreement if such performance is prevented or delayed because of war, hostilities, revolution, civil commotion, riot, strike, labor dispute, lack or failure of transportation facilities or services, failure of equipment, lack of necessary products or materials,

© 2021 MudBots ®

# Terms of Purchase



7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

epidemic, pandemic, fire, wind, earthquake, storm or flood, application of any law, order, proclamation, regulation or ordinance of any government, or customs/TSA inspections or of any subdivision thereof, because of acts of God or for any other cause, whether similar or dissimilar to those enumerated, that is beyond the reasonable control and without the fault or negligence of the party whose performance is affected.

104.    **LIMITED LIABILITY**

All claims against Seller for any loss or damages, including but not limited to, loss or damage arising out of the failure of the product(s) to operate for any period, inconvenience, economic loss, loss of profits as well as direct, immediate, special indirect, incidental, or consequential damages or loss, commercial loss or any other loss or damage, whether arising from the negligence of Seller or from any other cause whatsoever, are expressly waived and excluded.

105.    **NO IMPLIED WAIVERS**

The failure of either party at any time to require performance by the other party of any provision hereof shall not affect in any way the right to require such performance at any later time nor shall the waiver by either party of a breach of any provision hereof be taken or held to be a waiver of such provision.

106.    **CAPTIONS & SECTION REFERENCES**

Captions of the sections and subsidiary sections of this Agreement are included for reference purposes only and are not intended to be a part of the Agreement or in any way to define, limit, or describe the scope or intent of the particular provision to which they refer.

107.    **GENDER**

Masculine, feminine, and neuter terms shall be interchangeable (and shall include a corporation, a partnership, or another entity), and shall be singular and plural, where the context makes a change of gender or number appropriate.

108.    **GRIEVANCE PROVISIONS**

The Grievance Provision is to establish a formal mechanism for the professional resolution of disputes that may arise between Buyer and Seller. The Grievance Provision is a necessary provision due to the advent of social media and other online means that are frequently embraced by individuals, who in the moment are disgruntled without any due process or protection by law for which damages are impossible to calculate.

In the event of any grievance, both parties submit to conduct themselves in a professional manner by: (1st) notifying the other party in writing and providing reasonable time for remedy or reply. (2nd) if remedy is not satisfactory, request can be made for binding mediation. (3rd) if mediation is not acceptable to both parties

© 2021 MudBots ®

# Terms of Purchase



7023 S 700 W Bldg. B. Midvale. UT 84047 | Phone: +1 (800) 733-2302

by a mutually agreed mediator, then either party may move forward with binding arbitration as represented below. The decision of arbitrator will be the final decision which both parties agree to respect without prejudice, defamation, or libel.

### 109.     GOVERNING LAW & VENUE

The parties acknowledge that this Agreement shall take effect upon execution by Seller at its offices in, Utah. The parties further acknowledge that the mutual performance hereof by Seller and Buyer constitutes a substantial contract with that State. Accordingly, the parties invoke the protection of the laws of Utah in the United States of America with respect to the protection of their rights and enforcement of their obligations hereunder and they mutually stipulate that this Agreement is in all respects (including, but not limited to, all matters of interpretation, validity, performance, and the consequences of breach) to be construed, governed, and enforced in accordance with the laws of Utah. Buyer acknowledges that the City of Salt Lake City in the state of Utah in the United States of America has complete jurisdiction over this Agreement and all business dealings by and between both parties and warrants that no court proceeding, or filing will be made in any other jurisdiction or the same agrees to pay for all legal and administrative costs of not less than Twenty Thousand Dollars ($20,000.00) to enforce compliance of the same.

### 110.     ARBITRATION

*Joined for 1 Month.*

The parties agree to use every reasonable effort to settle any dispute or disagreement between them relative to this Agreement by amicable means and if appropriate utilize assistance of their respective chief executive officers and not to resort to legal action unless and until the parties have in good faith attempted to settle such dispute or disagreement in the foregoing manner. If this method of resolution should have proved to be impracticable or unsuccessful, any controversy or claim arising out of or relating to this Agreement shall be submitted to and be finally resolved by arbitration pursuant to the provisions of the United States Arbitration Act (9 US C. SECTION 1 ET SEQ.), to be conducted by the American Arbitration Association ("AAA"), with such arbitration to be held in Salt Lake City, Utah in accordance with the AAA's Commercial Arbitration Rules then in effect. Judgment may be entered thereon in any court of competent jurisdiction if necessary.

### 111.     DISPARAGEMENT CLAUSE

Neither Party nor any employee, agent, or representative of the same will at any time after the signing of NDA's, Noncompete and invoice for this Agreement, through any medium, either orally or in writing, disparage, defame, impugn, damage, or assail the reputation of the other. whether by virtue of the Agreement or any of the details covered by this Agreement.

*Calling other buyers.*

© 2021 MudBots ®

## Terms of Purchase



7023 S 700 W Bldg. B. Midvale. UT 84047 | Phone: +1 (800) 733-2302

**112.    LIQUIDATED DAMAGES**

a.   Buyer acknowledges that a breach of any of the terms set forth in the Disparagement Clause will cause Seller to incur substantial economic damages and losses of types and in amounts which, in their entirety are impossible to compute and ascertain with certainty as a basis for recovery by Seller of actual damages because Buyer cannot know in advance the impact of breach on Seller's reputation or business, nor can it readily ascertain what Seller will incur as a result. Accordingly, if Buyer breaches any term of the Disparagement clause, he/she shall pay Seller the sum of Twenty Thousand Dollars ($20,000.00) and an additional One Thousand Dollars ($1,000.00) a day that Buyer remains in breach, which represents an agreed minimum estimate of damages by the parties. This Agreement asserts that Seller has "sole discretion" to determine what violates the defamation clause.  *openly in video*

b.   In the event of a breach, and after submission of a bill for damages, if Buyer does not pay the amounts represented above within thirty (30) days, Seller has the right to turn the same over to legal collections immediately.

c.   The parties agree that the Disparagement Clause is a material term of this Agreement, the absence of which would have resulted in the Seller refusing to offer information and goods to the Buyer or entering into this Agreement.

**113.    ATTORNEY'S FEES**

In the event of legal proceedings to cure any element of this Agreement, the prevailing party shall be entitled to recover as an element of cost of suit, and not as damages, reasonable attorney fees to be fixed by the court. The "prevailing party" shall be the party who is entitled to recover his costs of suit, whether or not the suit proceeds to final judgment. The party not entitled to recover his costs shall not recover attorney's fees. No sum for attorney's fees shall be counted in calculating the amount of a judgment for purposes of determining whether a party is entitled to recover costs of attorney's fees.

**114.    ACKNOWLEDGMENT OF WAIVER**

Buyer acknowledges that by acceptance of this Agreement or by acceptance of Utah Jurisdiction, he/she could be waiving federal or state of residence rights.

**115.    SEVERABILITY**

If any provision of this Agreement is found to be unenforceable by a court of competent jurisdiction, the remaining provisions shall nevertheless remain in full force and effect.

© 2021 MudBots ®

# Terms of Purchase

**MudBots**®
FUTURE OF CONCRETE

7023 S 700 W Bldg. B, Midvale, UT 84047 | Phone: +1 (800) 733-2302

**116.      ENTIRE AGREEMENT**

This Agreement along with the signed INVOICE and signed NDA / Non-Compete Agreements and Training Terms supersedes and merges any and all previous negotiations, arrangements, offers, brochures, web-representations, videos, and/or other discussions or understandings, if any, between the parties hereto. The acceptance of this Agreement constitutes an acceptance of this Agreement as well as the documents here mentioned or previously signed by the Buyer and Seller.

**117.      SIGNATURE**

Buyers that are part of a partnership or corporation must include Corporate Acknowledgement showing signer is an officer of the corporation and authorized to enter this agreement on behalf of the corporation.

This Agreement is acknowledged as signed by the Buyer once he/she signs the INVOICE and pays the deposit. Buyer will require an originally signed copy of the terms of purchase before releasing the goods purchased.

The signature must be presented in a signature block with the name of the corporation and the name, title and signature of a corporate officer.

© 2021 MudBots ®