# EXHIBIT G

**MUDBOTS**
**REGIONAL MASTER DEALER AGREEMENT**

THIS REGIONAL MASTER DEALER AGREEMENT ("Agreement") is made and entered into as of the __24th__ day of __January__, 2023 by and between CJR Distributing dba MUDBOTS, a Utah corporation (hereafter "MUDBOTS"), and




Company Name __Eden Building Solutions LLC__
Represented by __Nate Schlueter__
Position __CEO__

whose legal address is
__4519 County Road 2509 Unit 430/440 Royse City, TX 75189__
(hereinafter referred to as "RMD").

**RECITALS**

A. MUDBOTS designs and wholesales Concrete Printers, together with related components, parts, accessories, training, technology licensing and apparel, (hereinafter called the "Products").

B. MUDBOTS desires to appoint RMD as Master Dealer for the marketing, training and support of customers and area dealers within the approved region or such other location as MUDBOTS may approve from time to time in accordance with the provisions of this Agreement (hereinafter called the "Approved Region").

C. RMD desires to act as the same for the company in accordance with the terms and conditions of this Agreement and the sales policies which MUDBOTS may establish from time to time.

D. RMD acknowledges that all Master Dealer Regions are offered on a **FIRST COME BASIS** and MUDBOTS is in no way representing that this area is committed until the agreement and all supporting documents have been accepted and signed.



1/CS

**AGREEMENT**

In consideration of the mutual obligations contained herein and other consideration, the receipt and sufficiency of which is acknowledged, the parties agree as follows:

1. **APPOINTMENT**. Subject to the terms and conditions of this Agreement, MUDBOTS hereby appoints the same an authorized Regional Master Dealer with exclusive distribution rights within the approved region, and RMD hereby accepts such appointment upon the terms and conditions of this Agreement.

2. **COSTS FOR RIGHTS RMD** for the exclusive rights, here stated, RMD will pay the following fixed costs as well as other obligation costs represented below.

See Attached Invoices for 2 35x50x10 printers

A deposit of 50% will be paid at the signing of this agreement with the Balance to be paid following acceptance of purchase terms and performance. Printer purchases are subject to MUDBOTS (terms of purchase).

3. **DELIVERY DATE** Subject to delays beyond MUDBOTS control, Printer completion will be 10 to 16 weeks following receipt of deposit and signed documents.

---

4. **APPROVED REGION**. MUDBOTS and RMD agree that the APPROVED REGION shall be defined as:

**See attached Exhibit A -From Wichita Falls Texas south to Corpus Christie Texas; Excluding San Antonio and Austin Metro areas**

5. **EXCLUSIVE TERRITORY**. MUDBOTS acknowledges that RMD's rights are exclusive providing the RMD meets the minimum sales commitments for their respective area.

- RMD and MUDBOTS agree to a lesser commission or earnings structure on Machine sales which are part of a national fleet, charity or government contract which encompasses locations within a RMD's region - if the sale was originally generated by RMD, is for more than two Machines, and a discounted price needs to be negotiated to obtain the sale
- RMD will not be eligible for commissions on any dealers that were signed up by another RMD prior to the acceptance of this agreement. If any dealers exist as the signing of this agreement, they will be disclosed in (Exhibit B)

6. **ADDITIONAL AREAS** If RMD desires to represent additional Regions, they will be required to sign and meet the terms of a separate agreement for each Region.

7. **UN-APPOINTED AREAS** RMD may promote and sign Dealers outside their approved region providing the area they are working in is un-appointed and dealers are selling only within the city specified and approved by MUDBOTS.

8. **FIRST RIGHT OF REFUSAL** MUDBOTS will extend a first right of refusal for available adjacent regions to RMDs as defined above.

If, Seller receives a bona fide written offer by a willing third party to purchase an adjacent Region MUDBOTS shall give written notice to RMD of such Offer at least fifteen (15) days before the date of contemplated sale. Within seven (7) business days after receipt of the written notice, RMD shall have the right to notify MUDBOTS that it is exercising its Right of First Refusal and will purchase the same pursuant to the purchase agreement in place for the third party.

If Purchaser fails to exercise its Right of First Refusal within the time stated above, this Right of First Refusal shall have no more force and effect.

Within three (3) days of notice of offer, RMD shall deposit with MUDBOTS the sum of Thirty Thousand Dollars ($ 30,000.00) as "Earnest Money". If the sale is closed, the Earnest Money shall be applied toward the Purchase Price. If RMD decides not to exercise his/her right or fails to execute the purchase within 15 days of notice, MUDBOTS shall retain Ten Thousand Dollars ($ 10,000.00) of the Earnest Money.

If the area in question is also adjacent to another state with an RMD in place, the first right of refusal will first be offered to the RMD that signed first and then go to the other RMDs with adjacent boarders.

9. **TERM AND RENEWAL.** The initial term of this Agreement is for a period of three (3) years from the date of this Agreement. The agreement will then automatically renew each year providing RMD is in compliance to current agreement terms. At MUDBOTS's option, RMD may be required, as a condition to any renewal, to execute MUDBOTS's then current RMD agreement. Changes in the terms will not change terms of compensation or area.

**10. RETAIL PRICING** As of the date of this agreement and subject to the price changes to accommodate improvements and additional accessories, printer pricing is as represented in Exhibit A attached hereto. Listed pricing does not include options represented in the Printer Questionnaire or other options as will come available.

11. **RMD COMPENSATION.** RMD will receive, as compensation in full, the difference between the price they pay and the price they sell to their dealers and customers.

a. RMD will be able buy at a discounted rate of 10% off list pricing as represented in (Exhibit A).

b. Discounting is not earned by the mere selling of Printers and Dealer/Consumer sales in their region but rather is based on complete compliance of the RMD terms of this agreement.

**ADDITIONAL PROFIT OPPORTUNITIES:**

a) RMD WAREHOUSING RMD's are not required to but may purchase and warehouse printers and sell to dealers and customers in their area, up to 10% over list price to those requesting printers without waiting on MUDBOTS current production time.

b) MUDBOTS may at a later date set up an Additives Company that will develop a line of available additives in 90 lb bags which may be used for strengthening standard type N and type S mortar mix which may be warehoused and sold for profit to customers within their region.

c) MUDBOTS may also developing other mix scenarios which may include geopolymer and geopolycrete which may also be sold as a means of establishing a residual revenue stream
d) RMD may also elect to warehouse and sell other exclusive products being offered by 3rd party suppliers such as basalt rebar, Rebar threaders, Threaded couplers, compression couplers, synthetic fiber, etc.

12. **VEHICLE**
RMD will be responsible for providing a late model Vehicle and trailer:

a) Vehicle must be capable of safely towing RMD's Printers

b) Trailer must be an enclosed tandem axle capable of accommodating RMD's Printers

c) Vehicle and trailer must be in like new condition without dents, scratches or other characteristics that would be distracting or esthetically displeasing.

d) RMD will be required to send a photo of their Vehicle when purchased

e) Vehicle and trailer must display MUDBOTS branding at all times it is in the service or representation of MUDBOTS.

13. **MEDIA**
MudBots will provide the following as part of the RMD Purchase:

- Oval pedestal sign (2)
- Acrylic Lettering for booth branding (1 set) MUDBOTS
- Acrylic Lettering for booth branding (1 set) 3D Concrete Printers
- Laminated Use posters 12 x 18 (9)
- Business Cards (200)
- Brochures (200)
- Demonstration Videos (2)
- T-shirts (4) Large (2) XLarge (2)
- Baseball Caps (4)
- Vinyl Signage for enclosed trailer (6') x 2 sides
- Vinyl signage for vehicle (14") & (4')
- Vinyl signage for exterior building (6')
- Vinyl signage for interior wall (6')
- Acrylic mini poster covers (8.5" x 11") x 10 pieces

In the event that RMD does not perform according the agreed terms, MUDBOTS will invoice RMD for the provided Media Package and RMD agrees to reimburse the company for the same within 30 days of notice. The agreed value of the Media offering is $6300.00

14. **SALES COMMITMENT**
For the purpose of this agreement, the minimum sales commitment of RMD will be as represented below. MUDBOTS has recommended that RMD promote the business through dealers in all major

 NCS

cities, but does not require any specific promotion model. RMD is free to promote and sell through any business model they choose providing the overall annual sales targets are accomplished.

Timeframe begins in October, 2023 after receipt of first printer. Printers start at 38,000 and sell as much as 2 million. For the sake of this agreement and annual sales commitment the printer totals above reflect an average printer price of $400,000.00. Annual sales totals can be reached by selling less or more than the totals providing the overall dollar amount is reached.

| City | Population | Dealers | 1st Yr | 2nd Yr | 3rd Yr |
|---|---|---|---|---|---|
| 1. Fort Worth | 908,469 | | 3 | 4 | 5 |
| 2. Dallas | 1,300,239 | | 3 | 4 | 5 |
| 3. Houston | 2,293,288 | | 3 | 6 | 9 |
| 4. Arlington | 392,304 | | 1 | 1 | 2 |
| 5. Corpus Christi | 318,168 | | 1 | 1 | 2 |
| 6. Plano | 282,181 | | 1 | 1 | 2 |
| 7. Other cities in area | | | 1 | 2 | 4 |
| 8. Outside of territory | | | 3 | 4 | 6 |
| | TOTAL Qnty | | 16 | 23 | 35 |
| | TOTAL $ | | 6,400,000 | 9,200,000 | 14,000,000 |

- RMD projects first 6 months sales to be 5 units or more

**15. PROOF OF CONCEPT (POC) COMMITTMENT**

Timeframes of the following represents the weeks after purchase that each is required to be completed

**a. Mix Determination (week 3)**

The first step in any structural printing is to determine the desired mix characteristics. Characteristics can include objectives such as PSI, vertical/tensile strength, seismic considerations, tornado considerations, water impenetrability, etc.

Some will want to spec a structure that closely parallels existing code like cinderblock construction while others will want to spec a mix that allows for hollow wall printing without the need for rebar, backfilling, or internal mortar support.

Once the objectives are identified the mix formula will need to be determined.

**b. Lab Testing (week 4)**

Mix samples will be submitted to a State approved testing lab that has the proper ANSI testing equipment to provide the data required by state regulation and needed by civil engineer to spec wall requirements and construction methods for concrete printed dwellings. Testing result will take 3 to 4 weeks

**c. Architectural Drawing (POC) (week7)**



Determine the desired floor plan for Proof of Concept structure and submit to MUDBOTS. Structure should include everything to print and complete a finished structure including:

| | | |
|---|---|---|
| Footing | Interior | Windows, |
| Slab | Finished Walls | Finish |
| Walls | Finished Roof | Flooring |
| Exterior | Plumbing | HVAC |
| Finished Walls | Electrical | Paint |
| Trims | Cabinets | Insulation |
| | Doors | |

**d. Engineering Calcs and Details (Week 11)**

Structural Engineer will need to provide calcs and detailed drawings for the following:

| | |
|---|---|
| Exterior wall design | Truss or Sip Panel connection |
| Bearing Wall design | Door and Window Headers |
| Interior wall design | Finish Electrical |
| Connection method to Footings | Finish Plumbing |
| Rough electrical | Trim Attachment |
| Rough Plumbing | Door and Window Attachment |
| Top Plate Connection | |

**e. Staff Training (Week 14)**

RMD will provide 3 individuals to be trained in the operation and use of the printer over a 3 to 4-week period. Intent is to get common failures and lack of confidence out of the way before returning home. *(See Training agreement)*

**f. Building Lot (Week 15)**

RMD needs to submit the address of the POC printing to Seller

**g. Complete Test Prints (Week 15)**

If the spec mix is different than those provided by MUDBOTS, the new mix formula must be tested by Seller in the printing of a 7' wall to verify actual nozzle speed for POC print.

**h. Scheduled POC Printing (Week 16)**

RMD needs to schedule and confirm Seller availability for actual printing date so Seller is able to assist and be present on the date of printing.

**i. Perform POC Printing (Week 19)**

RMD will print actual POC. No media or outside parties will be invited during actual print.

j. **Public Demonstrations Celebration (Week 21)**
Once POC is complete, media, building department, government, charities and prospective customers will be invited to watch live print demonstration celebration

**16. BUSINESS COMMITTMENTS**
RMD agrees to complete the following business commitments

a) In the first two months during machine construction:

- Locate or submit for approval of existing showroom
- Complete tenant Improvement
- Vehicle and trailer branding
- Building exterior signage
- Obtain Business License and company insurance

b) In the first month following receipt of machines:

- Printing of 12 samples (3D drawings will be provided)
- Submission of printing videos
- Promote and Hold first CD Meeting (Coffee & Donuts) See Details Below
- Pay for a vinyl billboard on a major road getting traffic of more than 75,000 for the first 90 days (Billboard vinyl may be rented from MUDBOTS)
- Send Press Release to all local medias
    - TV Networks
    - News Papers
    - Local Trade Magazines
    - Local trade associations
    - Local Expos and Trade Shows

c) Maintain a minimum of 4 Morning demonstrations each month with minimum of 8 entities in attendance.

d) If RMD is building a dealer network to meet sales requirements, Maintain a minimum of 1 new qualified dealer signup per month until saturation point. Saturation.

e) Provide training for the Dealer.

1. Review all forms and instruct on their accurate completion
2. Be present and assist the dealer during their first assembly and public print.
3. Provide 3 week dealer training
4. Go over all marketing tools and demonstrate how they are used.
5. Go over all paperwork and forms required at the sale of each Printer.
6. Explain the process for completing claims and warranty forms
7. Explain and review the Terms of Purchase
8. Explain the process for completing shipping claim forms in the event of shipping damage.
9. RMD shall fax a signed checklist acknowledging proper dealer training within 30 days of the signing of any new dealer. (Checklist is available on the Dealer Downloads site)

f) Contact each MUDBOTS dealer a minimum of once a month by phone.

g) Complete a Monthly online report of all contacts, follow-up and new sales for the month. Complete in by the 1st ea. month.
h) Assist MUDBOTS or regional dealers in area tradeshow or expo events. Attend 4 tradeshows each year. Printers are not allowed at tradeshows/expos for intellectual rights protection. All demonstrations are to be done by flat screen to control the environment.
i) Host an annual dealer event and training
j) RMD shall not charge Dealers for any of the above services.

16. **COFFEE & DONUTS MEETINGS** The Coffee and Donut Meetings are commonly used by RMD's to promote the company and products on a weekly basis. Below are the basics of this meeting

a. Contact different industries each week to invite them to an actual printer demonstration
b. Invite enough to have 8 to 10 companies for the demonstration
c. Direct call invitees and send them a video by email that shows the printer and how it works
d. Make each presentation specific to each trade.

- Building Department
- News organization
- Trade Journal organizations
- Magazine organizations
- Online Trade Organizations
- Trade Associations
- Home Builders
- Architects & Engineers
- Cement Companies
- Masonry Companies
- Garage & Shed Contractors
- Patio Cover Contractors
- Pool Contractors
- Water Feature Contractors
- Waterfall Contractors
- Spa Contractors
- Children Playhouses
- DOT Contractors (Printed Walls, A-Rails, Light supports)
- Landscape Contractors
- Block Wall Contractors
- Retention Block Contractors
- Artificial Stone Contractors
- Forest Service Bathrooms
- Landscape Nurseries (Planter Boxes)
- Customer demonstrations at Nurseries
- Custom Block Suppliers
- Custom Pilaster Suppliers
- Park and Rec (Monuments, Statues and large crawl features like animals)
- Developers (Large Lettering for development entrances)
- Retainer Contractors
- Basement Contractors
- Barbeque Contractors
- Outdoor Kitchen Contractors
- Exterior Furniture Contractors
- Sign Contractors
- Potential Dealers from major cities

e. Offer Coffee and Donuts
f. Try to schedule on days and at times that are easiest for attendees
g. Be prepared to demonstrate an actual printing of appropriate objects
h. Require RSVP and follow up the day before to confirm attendance
i. Have flyers and handouts ready
j. Promote the product and Dealer opportunity
k. Have a sign in sheet for attendees
l. Report attendance each week
m. Once immediate area is saturated, work with new dealers to offer the same in their area

17. **PROMOTIONAL MATERIALS.**

(a) MUDBOTS has developed and offers the following promotional materials based on MUDBOTS then current price list, mailers, brochures, catalogs, technical specifications, service manuals, business forms, ceiling posters, wall posters, banners, pennants and Machine signage, etc.

(b) Shirts, Hats, Coats and other promotional material as MUDBOTS may introduce from time to time RMD may make additional promotional materials but shall submit such material to MUDBOTS for prior written approval before use.

(d) RMD will be given a MUDBOTS email account and is to use the same for all MUDBOTS correspondence. No other email account shall be used in the correspondence of MUDBOTS business.

(e) RMD will be required to get written permission before designing or distributing and promotional materials which were not provided by MUDBOTS including the uploading of online images or videos.

(f) MUDBOTS reserves the right to change marketing materials and or specs of Machines and accessories without rendering void any previously purchased marketing materials or being required to reimburse for the same

18. **DEALER COMPLIANCE**. If RMD sets up area dealers, they agree to assist and train Dealers in the accepted policy and procedure as an authorized MUDBOTS Dealer as well as ensure compliance to the terms and conditions identified in this and other MUDBOTS agreements. It shall be RMD's responsibility to verify that the Local Dealers comply with all applicable laws pertaining to the marketing, trademark, unfair competition or otherwise regulating the marketing or selling of the Products.

RMD is free to determine their own Dealer agreement, profit sharing and incentives, but must make sure that dealers comply with all the terms in this agreement and other terms of MUDBOTS. RMD's dealer agreement must be reviewed and accepted in writing before being made public.

19. **COMPANY AGREEMENTS** RMD acknowledges that they have read and are familiar with the following MUDBOTS agreements, forms and Media pieces:

Terms of Purchase
Pre-Print Checklist
Post Print Checklist
New Dealer checklist
Credit application
Accessories and Parts pricing
Training Agreement

a) MUDBOTS may change the above forms and agreements as is necessary at its own discretion. Changes are made often so always download current forms and or agreements before being given to a Dealer or Customer for review and signature.

b) If RMD or Dealers in RMD's Region fail to have the customer sign the required documents at the time of purchase, any liability incurred as a result of the failure to sign the same will fall to the selling party. The selling party also agrees to indemnify MUDBOTS from any liability as a result of failure to have customers sign the required documents.

20. **COMPLIANCE.** Compliance will be evaluated each quarter.

If RMD is not in compliance, notice will be given. If RMD is not in compliance for 2 consecutive quarters, RMD will be considered in non-compliance. If compliance is not met within 4 quarters, this agreement may be canceled.

**Note: Compliance is required despite any of the following:**

- Personal family issues
- Other business obligations
- Current economy
- Machine changes & improvements
- New release delays
- Finance availability
  - Personal finance issues
  - Competition

21. **MARKETING EFFORTS**. RMD agrees to use his best efforts to diligently and faithfully promote and develop demand for the Products within the approved region and to solicit purchases of the products so as to

maintain a substantial volume of sales and meet the minimum RMD requirements. RMD will notify MUDBOTS of any trade shows, expos or other promotional opportunities that are within the Dealer's region. Notification does not necessarily require MUDBOTS participation.

22. **CORPORATE LEADS** MUDBOTS will forward all commercial leads within RMD's region to RMD within 1 business day. RMD then agrees to make initial contact within 2 business days and make arrangements for a product demonstration within 7 working days. Leads are submitted online and must be updated online.

23. **SOLE REPRESENTATION.** RMD agrees not to represent or promote any other company, service or product while under contract with MUDBOTS.

24. **SIGNAGE.** RMD will be required to display MUDBOTS branding on their Vehicles back window, doors and bed if any. If RMD is using an enclosed trailer for demonstration, the trailer must have a full size vehicle wrap as well as MUDBOTS branding on the outside. Design and Artwork will be provided by MUDBOTS

25. **EMPLOYEES.** RMD may hire their own employees but the same shall be required to sign confidentiality and non-compete agreements with MUDBOTS. RMD's employees shall deal with Local customers and or Dealers in a courteous and professional manner and shall conduct themselves at all times according to the highest ethical standards. RMD shall bear sole responsibility for, and shall be solely liable for, the quality of its employees and their actions.

26. **ANNUAL CORPORATE MEETING.** RMD will be required to attend and participate in the annual meeting offered by MUDBOTS. The annual meeting will be in Las Vegas each year. MUDBOTS may randomly call on RMD's to teach and or share experiences based on their individual experience & expertise.

RMD's with annual sales in excel of $1,000,000.00 will only be responsible for travel and accommodations. Those who have not yet reached one million in sales will be required to pay and entry fee of $250 per person in addition to the cost of travel and accommodations.

Failure to attend the Annual Meeting will result in a fine of $500.00. Fine amount will be invoiced and paid within 30 days of the event. Failure to attend a second event will result in a fine of $1000.00 pursuant to the same terms. Third failure may result in termination of RMD agreement.

27. **MAINTENANCE OF RECORDS.** RMD shall keep and maintain detailed and accurate records of all Dealer/Customer contact and communications. Originals of all contracts must be held by MUDBOTS. All records are the exclusive property of MUDBOTS and may be required at any time. Records shall be stored and maintained for a minimum of 5 years of the date of signing. Appropriate precautions must be made for regular weekly hard drive backup procedures to prevent any loss.

RMD is required to verify receipt of mailed dealer/customer contracts by calling MUDBOTS after mailing and requesting written acknowledgement. It is recommended that RMD send important documents by certified mail for their own protection.

28. **COMPLIANCE WITH LAW.** RMD shall be solely responsible for ascertaining all applicable laws, regulations, ordinances, licensing requirements and other governmental requirements ("Laws") necessary to comply with this agreement.

RMD will also be responsible to notify MUDBOTS should anything in the RMD or Dealer/Consumer agreements be in violation of any specific State laws. In the event of any deviation between state law and the MUDBOTS agreements, MUDBOTS will promptly make amendments to fully comply.

29. **ORDERS & PAYMENT** MUDBOTS will place orders for Machines following the receipt of a signed order and deposit of 50%. Faxed Check, money order or wire transfer are the required forms of payment for deposit.

**a.** The balance of invoice will be due 5 days after notification of order completion.

b. Late payment will result in a penalty of 1% per day of the unpaid balance. If final payment becomes later than 15 days following the receipt of notification, RMD agrees to forfeit their deposit and relinquish any claim on the product.

c. No dispute, concern or contention, will negate RMD's or Dealers/Customers obligation to make final payment as represented above. Any issue relative to the MUDBOTS, its product, policies or other must be handled as stipulated in this agreement and regulated by state and federal procedure.

**d. Allow 48 hours for wire transfers to be recognized by MUDBOTS banks.**

e. Orders will only be considered complete and binding once MUDBOTS returns a signed copy of the order to RMD.

30. **BUILD TIMES** Delivery will be based on the current production schedule, demand and availability. Delivery time will need to be confirmed before making commitments to Dealers and Customers.

31. **ALLOCATION OF PRODUCTS**. RMD acknowledges that they are not entitled to any priority in the supply of products over other authorized Dealers or RMD's

32. **DISCHARGE OF MUDBOTS'S OBLIGATION.** MUDBOTS's obligation to ship the products shall be fully and completely discharged, and all risk of loss or damage shall immediately pass to RMD, at the time the products are shipped from Midvale Utah facility.

33. **CLAIMS FOR INCOMPLETE DELIVERY.** All claims for incomplete delivery of Products invoiced to RMD

34. **RETENTION OF TITLE.** MUDBOTS shall retain title to all products delivered to RMD until RMD has paid MUDBOTS the invoice price due in addition to any penalties or fees if any.

35. **INSURANCE.** RMD shall at all times maintain in full force and effect policies of insurance providing coverage for business liability as well as errors and omissions insurance. Within 10 days of the signing of this agreement, RMD shall furnish certificates and other evidences of such insurance to MUDBOTS upon request. MUDBOTS makes no representation as to the amount of insurance that will be necessary or adequate to protect RMD from such claims and RMD is advised to exercise its own business judgment in consultation with its professional advisors in determining an adequate amount of such insurance. RMD shall bear sole responsibility for, and shall be solely liable for, any failure to maintain such policies of insurance in full force and effect. RMD also accepts liability for their own actions including errors and omissions on the part of their obligations as outlined here and according to State and Federal regulations.

MUDBOTS warrants carrying in full force and effect policies of insurance providing coverage for business liability as well as errors and omissions insurance coverage in the amount of 2,000,000.00

36. **NON-COMPETE** RMD acknowledges that nothing in this agreement will negate their responsibility and guarantee made in the NDA/Non-Compete previously signed.

37. **CONFIDENTIALITY** RMD shall treat as confidential and prevent unauthorized duplication or disclosure of any confidential information concerning the Products or the business affairs of MUDBOTS which RMD may acquire during the course of its activities under this Agreement or any prior agreements between MUDBOTS and RMD and shall not use such confidential information for any purpose other than in furtherance of RMD's obligations under this Agreement. RMD shall take all necessary precautions to prevent any such disclosure by its employees and representatives.

38. **TRADEMARKS** RMD acknowledges and agrees that MUDBOTS is the exclusive owner of the various trademarks, service marks & trade names, including copyrights, which MUDBOTS uses in connection with the Products, branding and the services or products licensed by MUDBOTS.

39. **TERM RMD.** As used in this agreement with respect to restrictions on Regional Master Dealer, the term "RMD" shall also include any affiliates of or other companies owned by RMD and all managers and/or owner(s) of RMD.

40. **INDEMNIFICATION** RMD shall indemnify and hold harmless MUDBOTS and its officers, directors, agents, employees, shareholders, legal representatives, successors and assignees, and each of them, from and against any and all claims, actions and suits, whether groundless or otherwise, and from and against any and all liabilities, judgments, losses, damages, costs, charges, attorneys' fees, and other expenses of every nature, kind and character incurred or suffered by reason of RMD's business, all actions with respect to RMD's promotion of MUDBOTS's Products and/or RMD's failure to perform or fulfill any of its obligations set forth in this Agreement (including, but not limited to, claims by local Dealer's employees or agents), except for claims, actions and suits covered under MUDBOTS's warranty and except for claims, actions or suits arising solely from the negligent acts or omissions of MUDBOTS. MUDBOTS may undertake the responsibility of defending any claims with counsel chosen by MUDBOTS in its sole discretion, or upon MUDBOTS's request, RMD shall assume responsibility for such defense; in either event, RMD shall pay all expenses, fees and costs associated with such defense and judgments, fines, penalties or interest imposed on or against MUDBOTS as a result thereof, including without limitation, the expenses, fees and costs of defense counsel chosen by MUDBOTS in its sole discretion. RMD further agrees that the provisions contained in this agreement and any other provisions in this Agreement concerning indemnification obligations of RMD shall survive the termination or expiration of this agreement and shall be liberally construed in favor of MUDBOTS.

41. **INDEPENDENT CONTRACTOR** RMD shall be deemed to be an independent contractor and shall bear all of its own expenses in connection with this Agreement. RMD acknowledges that it is not a partner, joint venture, franchisee, employee or agent of MUDBOTS. RMD shall have no authority, whether express or implied, to assume or create any obligation on behalf of MUDBOTS nor shall RMD issue or cause to be issued any quotations or draft any letters or documents under the name of MUDBOTS.

42. **FORCE MAJEURE.** Neither party will be in default in the performance of its obligations under this Agreement if such performance is prevented or delayed because of war, hostilities, revolution, civil commotion, riot, strike, labor dispute, lack or failure of transportation facilities, failure of equipment, lack of necessary products or materials, epidemic, fire, wind, earthquake, storm or flood, application of any law, order, proclamation, regulation or ordinance of any government, or of any subdivision thereof, because of acts of God or for any other cause, whether similar or dissimilar to those enumerated, that is beyond the reasonable control and without the fault or negligence of the party whose performance is affected.

43. **AVAILABILITY OF MATERIALS.** All deliveries by MUDBOTS are contingent on MUDBOTS receiving timely shipment of necessary products, materials, parts and components for the production, assembly or supply of the Products, and MUDBOTS may delay, reduce or cancel deliveries to RMD and or local Dealers. To the extent such deliveries are affected by delay, reduction or cancellation for any reason, RMD agrees to Hold MUDBOTS harmless.

44. **TERMINATION WITH CAUSE.** At any time either party may terminate this Agreement for cause, as follows:

**(a)** The non-breaching party may cancel or terminate this Agreement upon ninety (90) days' written notice if any of the following events occur:

(1) RMD fails to meet POC timeframes
(2) RMD Fails to meet consecutive quarterly sales commitments or annual commitments;
(3) A party breaches any other material provision contained in this Agreement;

**Provided that the breaching party has not:**

(i) cured the breach during the thirty (30) day period following such notice, or

(ii) taken substantial steps, during such thirty (30) day period, to cure a non-monetary breach which in good faith could not be totally cured within such thirty (30) day period. In the event termination is delayed pursuant to (1) above due to the breaching party's taking substantial steps to cure a non-monetary breach, termination shall become effective immediately and without further notice if such party ceases diligent efforts to cure such breach, or in any case if such breach is not cured or is not curable within ninety (90) days following the date of the termination notice.

**(b)** Notwithstanding the provisions of subsection (a) above, MUDBOTS may cancel or terminate this Agreement upon giving written notice with no opportunity for RMD to cure in the following circumstances:

a. If RMD becomes insolvent by any definition, makes any assignment for the benefit of its creditors, or is placed in receivership, liquidation or bankruptcy (voluntary or involuntary).

b. If MUDBOTS shall have given RMD notice of a default under subsection (a) above and RMD shall commit substantially the same default within a period of twelve (12) consecutive months after the date of the initial default. Media Notice 1 Month ago

c. If RMD's default is material and results from intentional misconduct or grossly negligent acts or omissions.

d. If RMD has engaged in any deceptive, unethical or illegal trade practices in connection with the sale of the Products. Put Printer in school

e. If RMD does not make any new Printer purchases within 4 months of the delivery of their demo machines.

f. If RMD is unable or refuses to pay the balance of any Machine order within the terms established.

g. If RMD engages in any fraudulent warranty claims

h. If RMD advertises any MUDBOTS products below the companies MSRP.

In the event of termination or a voluntary quit, RMD acknowledges that MUDBOTS will be under no obligation to buy back previously purchased machines, parts or media. The same may be sold to existing dealers but may not be sold through any public means such as TV, Radio, Newsprint, Magazines, Auctions or other Web presence.

45. **SURVIVAL OF OBLIGATIONS.** The expiration, cancellation or termination of this Agreement, for whatever reason, will not discharge or relieve either party from any obligation which accrued prior to such expiration, cancellation or termination, will not relieve any party that has breached this Agreement from liability for damages resulting from such breach and will not destroy or diminish the binding force and effect of any of the provisions of this Agreement that expressly, or by reasonable implication, come into or continue in effect on or after cancellation or termination hereof.

46. **DEFAMATION**. RMD agrees that while working as regional representation of MUDBOTS or for 3 years following any termination or voluntary cancelation of this agreement, that RMD will not engage in any defamation of MUDBOTS. Defamation is defined as anything that can be considered disparaging or embarrassing on behalf of the company whether true or false which may cause to harm the reputation or consumer confidence of MUDBOTS, its master dealers, dealers and customers. Comments in Video

In the event of a breach RMD agrees to damages in the amount of $10,000.00 per occurrence once legally proven.

47. **NO CLAIM FOR COMPENSATION.** RMD expressly acknowledges that RMD's sole source of compensation under this Agreement will be from the commissioned sales of all retail goods sold to the local dealers or to end-users within the approved region. In the event this Agreement expires or is canceled or terminated per the terms here mentioned, RMD will not assert or claim nor have any right to receive, and MUDBOTS will have no obligation to pay, any compensation, indemnity or reimbursement for any of the following: loss of

profit, loss of goodwill, loss of clientele, costs of advertising, promotional materials or samples, termination of employees, employees' salaries, the losses associated with buildings, stocks, machinery, transportation, or other similar assets or expenditures in which RMD invests or expends funds in connection herewith, or for any reason whatsoever.

48. **NOTICES** All notices and other communications hereunder shall be in writing and shall be deemed to have been given only if and when (i) personally delivered or (ii) five (5) business days after mailing, postage prepaid, certified or registered mail, or (iii) when delivered (and receipted for) by an express delivery service, or (iv) when first sent by telex, telecopy or other means of instantaneous communication, provided such communication is properly confirmed by personal delivery, certified or registered mail or an express delivery service as provided above, to the respective addresses shown in Appendix A hereto. In the event MUDBOTS cannot affect notice to RMD because RMD has abandoned its place of business or refuses to accept such notice, such notice may be served by MUDBOTS through the Department of Motor Machines (or its equivalent) in the state in which the Approved Location is located.

49. **SEVERABILITY** If any provision of this Agreement should be held invalid or unenforceable for any reason whatsoever or to violate any law, this Agreement shall be considered divisible as to such provisions and such provisions shall be deemed amended to comply with such law, or if it cannot be so amended without materially altering the tenor of the Agreement, then such provision(s) shall be deemed deleted from the Agreement in such jurisdiction, and in either case, the remainder of this Agreement shall be valid and binding.

50. **ASSIGNMENT** The parties acknowledge that this Agreement constitutes a personal services contract between MUDBOTS and RMD. RMD may not transfer or assign this Agreement or any of its rights hereunder without MUDBOTS's prior written consent, which consent shall not be unreasonably withheld, and any attempted assignment shall be void and shall constitute grounds for termination by MUDBOTS. This Agreement shall be binding upon and shall insure to the benefit of MUDBOTS and its successors and assigns and shall be binding upon and insure to the benefit of RMD and its permitted assignees. For purposes of this Section any transfer of any shares of stock or other ownership interest in RMD to any party other than the current owners or shareholders listed in **Appendix A** shall be deemed as an assignment of RMD's rights under this Agreement.

51. **NO IMPLIED WAIVERS** The failure of either party at any time to require performance by the other party of any provision hereof shall not affect in any way the right to require such performance at any later time nor shall the waiver by either party of a breach of any provision hereof be taken or held to be a waiver of such provision.

52. **CAPTIONS AND SECTION REFERENCES** The captions of the sections and subsidiary sections of this Agreement are included for reference purposes only and are not intended to be a part of the Agreement or in any way to define, limit or describe the scope or intent of the particular provision to which they refer. Any reference in this Agreement to a section or subsection shall be deemed to include a reference to any subsidiary sections whenever the context requires.

53. **GENDER** Masculine, feminine and neuter terms shall be interchangeable (and shall include a corporation, a partnership, or another entity), and shall be singular and plural, where the context makes a change of gender or number appropriate.

54. **GOVERNING LAW** The parties acknowledge that this Agreement shall take effect upon execution by MUDBOTS at its offices in Lindon, Utah. The parties further acknowledge that the mutual performance hereof by MUDBOTS and RMD constitutes a substantial contract with that State. Accordingly, the parties invoke the protection of the laws of Utah with respect to the protection of their rights and enforcement of their obligations hereunder and they mutually stipulate that this Agreement is in all respects (including, but not limited to, all matters of interpretation, validity, performance and the consequences of breach) to be construed, governed and enforced in accordance with the internal laws (excluding all conflict of laws rules) of Utah, as from time to time amended and in effect, and any applicable federal laws of the United States of America, as from time to time amended and in effect. RMD acknowledges that SLC Country in the state of Utah has complete jurisdiction over this agreement and all business dealings by and between both parties.

**55. ATTORNEY'S FEES.**
In the event of legal proceedings to cure any element of this agreement by MUDBOTS, the prevailing party shall be entitled to recover as an element of cost of suit, and not as damages, reasonable attorney fees to be fixed by the court. The "prevailing party" shall be the party who is entitled to recover his costs of suit, whether or not the suit proceeds to final judgment. The party not entitled to recover his costs shall not recover attorney's fees. No sum for attorney's fees shall be counted in calculating the amount of a judgment for purposes of determining whether a party is entitled to recover costs of attorney's fees.

56. **ARBITRATION** The parties agree to use every reasonable effort to settle any dispute or disagreement between them relative to this Agreement by amicable means and if appropriate utilize assistance of their respective chief executive officers and not to resort to legal action unless and until the parties have in good faith attempted to settle such dispute or disagreement in the foregoing manner. If this method of resolution should have proved to be impracticable or unsuccessful, any controversy or claim arising out of or relating to this Agreement shall be submitted to and be finally resolved by arbitration pursuant to the provisions of the United States Arbitration Act (9 US C. SECTION 1 ET SEQ.), to be conducted by the American Arbitration Association ("AAA"), with such arbitration to be held in Cedar City, Utah in accordance with the AAA's Commercial Arbitration Rules then in effect. Judgment may be entered thereon in any court of competent jurisdiction if necessary.

57. **WRITTEN VERIFICATIONS**. RMD must request a faxed verification from corporate of any contracts or other required documents which are mailed or faxed to MUDBOTS.

58. **ENTIRE AGREEMENT.** This Agreement, along with the other agreements here mentioned, contains the entire understanding between the parties with respect to the subject matter hereof and supersedes all prior and contemporaneous written or oral negotiations and agreements between them regarding the subject matter hereof. Except as expressly contained herein, neither party has made or relied upon any representations, warranties, assurances, "side deals" or understandings. Without limiting the generality of the foregoing, RMD acknowledges that MUDBOTS has made no forecasts, guarantees, representations or assurances regarding RMD's potential sales, profits or earnings capability as a dealer of the Products under this Agreement. This Agreement may be amended only by a writing signed by both of the parties. With respect to any consents, approvals, waivers or amendments which may be granted by MUDBOTS to RMD hereunder, including without limitation consents to assignment or to a change in the Approved Location, no such consent, approvals, waivers or amendments shall be valid or binding upon MUDBOTS unless in writing and signed by an officer of MUDBOTS of at least Vice President. Under no circumstances may RMD rely upon any oral representations or assurances from MUDBOTS personnel with respect to consents, approvals, waivers or amendments.

| REGIONAL MASTER DEALER | MUDBOTS DISTRICT ~~SALES MANAGER~~ CEO |
|---|---|
| Nate L Schlueter | James Russell |
| Print Name | Print Name |
| [signature] 2/3/22 | [signature] |
| Signature Date | Signature |