# EXHIBIT H



MudBots.com
Ph. 800 7332302 Fx 888 368 4111
www.MudBots.com
40 Iron St
Tooele UT 84074
USA

# Training Agreement

The Training provided by MudBots to the Buyer and the Buyer's chosen Print Team (hereinafter "Trainees") is essential to the success of all Buyers and MudBots brand. The Training is comprehensive and covers aspects of printing and becoming a successful Customer, Distributor, Dealer or Master Dealer.

Training is required to protect the good name of MudBots, Buyers and Representatives. Where one fails, we all fail in a market that is of keen interest to the world and faces harsh scrutiny. Everyone is watching, so it is our intent to ensure we are prepared to meet the challenges together.

### Protecting Your Investment

Part of this Training is designed to impress the seriousness of the need to protect the proprietary information and technology that is being shared. The importance of having good legal position, workflow practices, third party practices, and training in this area is essential to ensure obligations of IP protection.

*This is owed For Default .*

### 1. TRAINING COST

The training fee of $11,000 is waived providing Buyer meets all training terms including, but not limited to, pre training, Utah training, post training, and reporting.

### 2. TRAINING LOCATION

The Training will occur at the MudBots Corporate Facility in Utah (the "Facility"). The Facility location is 40 Iron Street #667 South, Tooele Utah 84074. Hotel costs, transportation costs, and all other accommodations for Trainees, Trainee's members, and any visitors are the responsibility of the Buyer.

### 3. TRAINING TERM

Utah Training will be not less than 20 workdays that are 8-10 hours long and may be more depending on the Trainees' ability to successfully pass curriculum milestones. Days missed due to holidays or any other reason will also need to be made up which may extend the training past 5 weeks.

# Training Terms Agreement

**MudBots** ®

10 Iron St. Tooele, UT 84074 | Phone +1 (900) 733-0302

## 4. TRAINING SCHEDULE

a. The first week of training will be Monday – Thursday from 8 AM – 4 PM. Trainees will review the classroom material or print practices covered during the days training and will be assigned an additional hour of homework each night.

b. The second (2nd) – fifth (5th) weeks will be Monday – Thursday from 8 AM – 5 PM. Trainees will review the classroom material or print practices covered during the days training and may be assigned additional work each night.

c. Given that MudBots employees have responsibilities outside of training both for the company and otherwise, Trainees should not request that MudBots employees work outside of scheduled training time.

d. Trainees should note that there is a basic schedule of what topics will be covered. There is not however a predetermined daily agenda as each group starts training with a different skillset and will accept the material at a different pace.

e. Finishing team should arrive on the morning of the 14th day of training. At this point in the training, the print team should be familiar with the finishing techniques and will be in charge of training their

f. Capstone print including finishing will be completed before or on day 17 of training. Days 18-19 are reserved for the following activities:

*Didn't complete*

   i. Day 18: Printer disassembly and printer shipping preparation.
   ii. Day 19: Cleaning, MudBots tools inventory, cleaning, trips to the dump, cleaning.
   iii. Day 20: Post-training review and commitments.

## 5. OWNER ATTENDANCE

a. A concrete 3D printer is a new piece of equipment in a cutting-edge technology. It is very difficult to manage a team that is using machinery that is brand new. Because of this, it is highly encouraged that Owners attend the entirety of the training with the training team.

b. Owners are required to attend the first (1st) day of training, as well as the last week of training which includes the capstone print and post-training review.

c. Because of the newness of the machinery and techniques involved with concrete 3D printing, we ask that Owners, especially those that were not able to attend the training, trust their print pilots. Pilots who have gone through our training program will know more about concrete 3D printing than anyone else and so we ask that Owners make no attempt to ignore their instruction and the processes taught by MudBots.

## 6. TRAINING DATE

a. MudBots will notify Buyer 2 weeks before they are to arrive for training. Training date is determined by the anticipated completion of printer(s).

b. Initial training dates will be provided at time of purchase, but projected date is subject to possible delays likely to change depending on buyers' ability to complete pre training tasks timely. Due to worldwide shipping and parts availability issues, actual training date will be sent to Buyer, in writing, 2 weeks prior to final date.



# Training Terms Agreement



60 Iron St, Tooele, UT 84074 | Phone: +1 (800) 723-2332

c. Do not schedule housing and travel until final notice has been received. Buyer releases Seller from any loss if booking travel and housing prior to the notice of final training date in writing.

TRAINEES

Buyer acknowledges that they will be required to provide the following:

Print Team          3-5 Individuals   (5 weeks Utah Training)

Finishing Team      3 Individuals     (1 week Utah Training)          *left one wk early.*

Sales Person        1 Individual      ( 2 weeks Utah Training - optional)

Standby Person

The training commitment includes 30 days of pretraining before the Utah site training followed by 2 months of post training before being certified.

Training of sales is different than the print team training and cannot be a member of the print team.

## Candidates for Print Team

Individuals that should NOT be considered for training are:

- Owners that do not plan on being on site during ALL prints or able to print the required 2 times each week during post training requirements.
- Key employees that have full time jobs & responsibilities other than printer operations or are unable to print the required 2 times each week during post training requirements.
- Individuals that are new to the company and are untested for dependability, work ethics and skill level.
- Individuals that are not fit and able to work long hours at a fast strenuous level.   *one too olda Fmt*

7. Trainees need to be a serious group of individuals that work well together under all situations. Team should be fast learners that are hardworking, eager to learn and non-argumentative.

8. Trainees must demonstrate the ability to work under trying and tiring conditions in a willing and eager manner.

*↓ one team member Argued About every thing*

3 of 29 | Trainee Initial HERE _____

© 2022 MudBots  11/22

# Training Terms Agreement

**MudBots**®
FUTURE OF CONCRETE

40 Iron St. Tooele, UT 84074 | Phone +1 (800) 723-7301

## 9. TRAINEES SKILLS

- **Print Pilot**    (MudBots certified only)

MudBots refers to the lead individual as a pilot as the training, disciplines and expectations are similar to those licensed to operate aircraft. The Pilot Certification after training is the only position that must be performed by MudBots.

Pilot must be able to be firm in communication with the printer Owner. The Pilot is often the bridge between MudBots and the Owner and as such needs to be able to stand his ground regarding the actions of himself and his print team.

Buyer warrants that they will not allow operation of the printer by anyone other than the certified pilot and if the pilot is lost or replaced that a new Pilot trainee will be sent for new training/certification. It is advised that Buyer send two individuals for pilot training. Pilots will need to pass a certification test at the completion of the Mini Home requirement before becoming certified.

NOTE:  The cost for training and certification of subsequent Pilots is 2500.00 plus a portion of materials being used by the group they will be training with.

While MudBots can provide introductory training in many areas, the ideal Pilot should have experience in the following areas. While many of these skills can be learned, the more skilled an individual is in these areas, the easier it will be to become proficient in their role and responsibilities as Pilot (man in charge). MudBots will teach the need for proficiency in each of these areas but does not provide in depth training for each. Pilot will need to spend sufficient time studying on their own to develop the skills necessary to come up to speed in any areas they lack experience.

| Disposition | Software | Cementious Chemistry | Construction Skills |
|---|---|---|---|
| Good people skills | Microsoft suite | Concrete | Site management |
| Management | Autocad or Fusion 360 | Masonry | Coordination |
| Training Skills | 3D Drawings | Geopolymer | Material coordination |
| Problem Solving | 3D Slicing | Lab Testing | ICF Construction |
| Team Building | G-Code | Concrete Aditives | CMU Construction |
| | DVR Software | | Concrete Construction |
| | Cloud Storage | | Masonry Construction |
| | | | Concrete Pumping |
| | | | Understanding of construction trades |
| | | | Soil testing and footings |
| | | | Site safety |

© 2022 Mudbots 12/22



MudBots.com
Ph. 800 7332302 Fx 888 368 4111
www.MudBots.com
40 Iron St
Tooele UT 84074
USA

- **Mix Master**

    The Mix Master is the 2nd in charge. This individual should have good construction experience and have worked as a project manager for a general contractor for some time. Concrete printing will impact the way several trades are done. The more familiar they are with general construction methods the easier it will be for r

Helpful skills for Mix Master are:

| Disposition | Software | Cementious Chemistry | Pumping Skills |
|---|---|---|---|
| Good people skills | Microsoft suite | Concrete | Concrete Pumping |
| Training Skills | DVR Software | Masonry | Stators |
| Problem Solving | Cloud Storage | Geopolymer | Hose Safety |
| Team Building | | Lab Testing | Hose Chokers |
| | | Concrete Aditives | |
| | | Hempcrete | |
| | | Lab Testing | |

- **Material Handler**

    The Material Handler needs to be an individual that is detail oriented, hardworking, and physically capable of lifting and moving material (100 lb bags), mixers, hoppers and or keep hoppers in batch plants full if a batch plant has been purchased.

    The Trainees should be those who have time to make printer operation their full-time job. Owners and others that have full time jobs are not a good choice for print training as they likely will not be the ones running the printer following training.

Buyer may train new material handlers and mix manager but acknowledges that Print Pilots may only be trained by MudBots.

- **Sales Manager**

    The Sales Manager needs to be an individual that is detail oriented and experienced in sales.

# Training Terms Agreement

**MudBots**®
FUTURE OF CONCRETE

AD Iran St, Tooele, UT 84074 | Phone +1 (800) 733-7307

The Trainee should be someone who has the time to make printer sales their full-time job. Owners and others that have full time jobs are not a good choice for sales training as they likely will not be the one performing this work.

Ideal skills for Sales Manager are:

| Disposition | Technical skills | Sales Skills | Construction Experience |
|---|---|---|---|
| Good people skill | Management Experience | Phone Skills | |
| Management | Photoshop | Public Speaking | |
| Training Skills | Video Editing | Personability | |
| Problem Solving | Cad Software | Copy Writing | Housing Market |
| Customer Support | Social Media Marketing | Press Releases | Building Code |
| Contracts Experience | SEO Experience | Video Editing | City Counsil |
| Legal Experience | Analytics Experience | Task Management | Polotics |
| | 3D Drawings | CRM | Legislature |
| | Gcode | | |
| | 3D Printer Operation | | |
| | Mechatronics | | |

*Never brought
left 1 wk early.*

* **Finishing Team**

3 additional trainees are needed as a finishing team during prints.

Finishing team will need to arrive first day of third week and remain for two weeks to learn how to finish green walls, install plumbing and electrical during live prints.

Finishing team should be familiar with:

| Mortar | Drywall | Stamping | Tile |
|---|---|---|---|
| Stucco application | Taping & Topcoat | Release Agents | Tile Mixes |
| Troweling | Texturing | Color Agents | Tile Cutting |
| Spray Coating | Spray Application | Stamping Methods | Tile Spacing |
| Mortar Curing | | | Grouting |
| | | | |
| **Electrical** | **Plumbing** | **Close cell Foam Spraying** | **Green Wall Cutting** |
| Basics of Electrical | Basics of Plumbing | Sprayers | Hand Saw |
| Home Run Wiring | Pressure Testing | Nozzle Cleaning | Wet Cutting |
| | | | Sawsall |
| | | | |
| **Emergency Repairs** | **Fiber Optics** | **Rebar** | **Molds** |
| Live Print Failure Prep | Stencil Design | Bending | Release Agents |
| Live Print Failure Solutions | | Rebar tying | Vibrating |
| | | Rebar Couplers | Mold Building |

© 2022 MudBots® 12/22

## Training Terms Agreement



40 Iron St. Tooele, UT 84074 | Phone: +1 (800) 733-7303

### 10. UTAH TRAINING CURRICULUM

a.  Training will consist of 30 days of pretraining, 5 weeks of site training at MudBots as well as 60 days of post training.

b.  There is a lot of material to be covered in the training program and the training should not be put off waiting for material/tool pickup. It is recommended that the team have one member that is able to pick up material, take waste to the dump, and pickup tools when necessary.

c.  During training, the trainees will learn building methods and printing procedures according to MudBots' methods and procedures regardless of Buyer's local code or building plans. These procedures help to inform the Trainees of possible methods which may be modified or implemented to comply with local code. This training gives Trainees examples of various methods that can then be taken to structural engineers for review. During post-training the training team will make their own decisions regarding building methods and is encouraged to experiment with a variety of methods.

d.  Training team will learn all MudBots' finishing methods including, drywall finishes, stamping, tiling, various concrete textures, etc., whether or not they plan to use them. Trainees must learn finishing methods as they will be expected to manage the finishing team that comes near the end of training. These methods serve to give ideas of various finishes that the Print Team may not have been intending to use but may want to incorporate into their plans after learning them.

e.  At MudBots we practice like we play. This means that prints done in training will need to be finished to the quality standard we expect from our customers post-training. Print team and finishing team will be expected to show an attention to detail and should take pride in the final result of all prints.

f.  A portion of the training will be dedicated to furthering the R&D of the MudBots family as a whole. This may include trying new mixes, testing prototypes, practicing new methods, etc.

g.  MudBots training will cover the basics of G-code and 3D modeling for use with the printer. After training, MudBots employees will not write G-code or edit and create models for customers.

h.  Daily activity reports must be completed at the end of each day by each member of the training team. These reports will identify fails, challenges, successes, etc. as well as causes for the same. These reports with additional comments from the trainer will be sent each day to the owner.

i.  Actual printing of small prints will begin on the 3rd day. Trainees will begin with smaller prints and printers which require less amount of material. Buyer will begin printing with their actual printer(s) on Monday of the 3rd week.

j.  Larger prints will need to be started no later than 9 AM. This is only possible if a full pre-print checklist is done the day before. If the print team is not ready to begin by 9 AM, the print will be postponed to the following day and the remainder of the day will be classroom instruction.

© 2022 MudBots® 12/22

# Training Terms Agreement



40 Iron St. Tooele, UT 84074 | Phone: +1 (800) 733-2302

k. Training in a tent provides the easiest transition from training to real world. Buyer should provide their own tent during training so that Trainee's are able to practice printing in their own environment. Tent should be delivered to MudBots facility before training begins.

l. An essential part of the training is the disassembly, assembly, alignment and first use of Buyer's printer. During this process, trainees will learn to become proficient not only is the assembly of the printer, but also identifying and fixing issues related to wiring, alignment, and leveling that can occur during assembly. Trainee's use of printer also acts as the final measure of quality control and Trainee's will be instructed on how to fix any issues that arise in this final QC.

*Didnt test 2nd Printer at Batch Plant*

m. Other topics covered during training include:

*All missed Training*

| | | |
|---|---|---|
| Industry Review | Dealer Review | |
| Industry Players | Distributor Review | IP Protection |
| Comparisons | Distributor Training | |
| Uses | | Personnel Training |
| Housing & Demand | Customer Support | Customer Training |
| Advantages | Customer Training | |
| | | MudBots Backend |
| Printer Basics | Upcoming Advancements | Record Keeping |
| Printer Assembly | Accessories | Media Restrictions |
| Printer Calibration | | |
| Line test and alignment | Mix Methods | Safety |
| Belt tensioning | Additive characteristics | Additives Caution |
| Stepper Testing | Mix Formulas | Emergency Stops |
| Continuity test | Geopolymer | Power Protection |
| Soldering | Mix Testing | Water Protection |
| Replacement Truss Prep | Testing Report | Hopper Safety |
| | | Mixer Safety |
| Maintenance | DVR setup | Elevator Safety |
| Bearing Grease | Camera positioning | Tent Safety |
| | DVR review | Chord Covers |
| Printer Transport | DVR mix report | |
| Parts Management | | Purchase Terms |
| Truss Protection | Resources for 2D & 3D | Operation Manual |
| | Drawings | Safety |
| Dealers | Slicing Software | Printer assembly |
| RMD Review | Operation Software | Transport |
| | Upcoming software | Estimating |

© 2022 MudBots~ 12/22

# Training Terms Agreement

**MudBots** ®
FUTURE OF CONCRETE

40 Iron St, Tooele UT 84074 | Phone: +1 (800) 733-2302

Cost Comparisons

## 11. NOTE TAKING

A dull pencil is better than a sharp mind when it comes to remembering.

They say the average person comprehends and remembers about forty percent (40%) of what they are taught. *The average is not very encouraging.* We highly recommend that Trainees always have a notepad and paper and actively keep notes. The more notes we see being taken; the less review tests we'll be asking you to complete.

Information given to the Trainees is considered to have been given directly to the Buyer as if he were present during the training. Trainees who take notes are much more effective at relaying information to the Buyer.

## 12. TRAINING PRINTS

Trainees will print a variety of required prints based on Buyers intended use. Seller will determine the required prints to learn various processes, techniques, proficiency and demonstrate ability to provide quality products. Prints below demonstrate the type of required prints of various Training teams: Items with red outline are required of all that will be using the printer for homes in addition to their mini home print. Requirements may change depending on the size of printer.





| Trainee Initial HERE 

© 2022 MudBots 12/22

## Training Terms Agreement



40 Iron St, Tooele, UT 84074 | Phone: +1 (800) 733-2302


















© 2022 MudBots 12/22

## Training Terms Agreement



40 Iron St, Tooele, UT 84074 | Phone +1 (800) 733-2302

























© 2022 MudBots® 12/22



**MudBots.com**
Ph. 800 7332302 Fx 888 368 4111
www.MudBots.com
40 Iron St
Tooele UT 84074
USA

**3D CONCRETE PRINTING**

## 13. MIX TESTING

Part of the training is to teach the process of testing new material, designs, processes, strengths and mixes. An element of the training is to experiment as a means of learning the process which will include an element of trial, error, and failure to develop the skills necessary to determine their own formulas using locally available ingredients.

Buyers that are unable to get same ingredients may have the same delivered to Utah for assistance with Mix testing.

## 14. TRANSPORT TRAILER/VEHICLE

Buyer should provide a vehicle, trailer, or container before the start of Training so Trainees can get a feel for how they will organize and store all components including tools for safe transport. The final step of Training will be preparing their printer and other goods for shipment as well as loading their printer for transport.

*These had Problems with Elect* →

## 15. BUILD PARTICIPATION    *Didnt Participate.*

Buyer may choose one member of their Trainees to participate in the build of their printer. To provide the greatest benefit to the print team, the team member chosen as the Build Participant should be technically and electronically inclined. The build time will take 4 to 5 weeks depending on the size of the printer. There is neither a charge nor credit for build training. Build participation includes detailed assembly, control cabinet wiring, linear rail assembly, pullies and belts, DVR, safety wiring, parts machining, tap and die, gantry alignment, axis alignment, trolly assemblies.

Build participant is present, not as an observer, but is actively participating in the actual build. Seller highly encourages this participation to become even more familiar with all aspects of the printer not covered during print training. Participation will minimize on site diagnostic delays and minimize support calls. The more your people know the more enjoyable the experience will be.

## 16. PRE-TRAINING COMMITMENT

a. A vital part of the Training is a pretraining component, which must be completed prior to arriving in Utah to reduce buyers' expense and the amount of necessary training time at MudBots.

b. All Trainees are to participate in the material provided. Review and quizzes will be provided to validate the understandings learned during the pre-training. Participants must achieve an 80% accuracy score to attend Utah training.

c. Pretraining will require about one hour a day for a month prior to Utah Training.

# Training Terms Agreement

**MudBots®**

40 Iron St. Tooele, UT 84074 | Phone +1 (800) 733-2300

### d. Software Practice

The software for Mach4 is extremely flexible and can do much, much more than what a customer will need for 3D printing. We have provided a condensed version that the customer needs to review and learn how to run before arriving for training. In pre-training, Buyer's Trainees need to study designated Mach4 videos as well as videos on the basics of G-code and slicing/printing software for 3D printing.

Before arriving for training in Utah, at least 1 training team member should be proficient in creating 3D models, using G-code, and familiar with the Mach4 interface.

### e. Practice with a Plastic 3D Printer

Buyer agrees to buy a small 3D printer within 7 days of finalizing a MudBots purchase to begin learning basic 3D printing. (Typically, available for around $300). The more experience gained prior to Utah training, the better the results during training and printing with cementitious materials. Buyer will be given 5 prints that will be required prior to Utah Training.

### f. Cement Construction Basics

There are many similarities between CMU and ICF building methods. Trainees should watch videos to understand as much as possible about code and building practices of these two industries.

Videos on the proper safety when working with concrete pumps and pressurized hose will be shared at this time.

*lied about location of 2nd Printer — took to a School*

### g. Secure a Location for Post-Training Printing

Buyer needs to send proof of a location where the printer will be set up following receipt for post training prints that need to be performed. Pictures of the print area are required

## 17. POST TRAINING

A vital part of the Training is practice and repetition.

*no NDA From any Students*

a. The same prints that are used for training need to be reproduced after returning home to ensure weekly practice and continued use of the printer to solidify the training in Utah.

*Didn't*



b. Buyer agrees to print 2 times each week for a 2-month period.    *Didn't .*

c. The prints are necessary as demonstration pieces for prospective clients of the Buyer.



© 2022 MudBots® 12/22

## Training Terms Agreement



48 Iron St. Tooele, UT 84074 | Phone: +1 (800) 733-2332

d. *nope*  Video of the prints need to be provided to MudBots every other week along with the print reports. Buyer may either provide a cloud storage to share DVR videos of all cameras or send MudBots a hard drive containing the video which MudBots will then empty and return to Buyer.

e. Buyer must prove various mixes with local ingredients including test prints and break tests for new mixes. Some things we have learned and urge you to remember as you test your new mixes are as follows:

   a. Buyer will be responsible for testing and proving their mix with local material and additives. Buyer is responsible for proving their formulas and math before moving on to required prints and will submit formulas and testing the first week of post training by submitting DVR recordings of successful print of 200 linear feet, 12" tall with smooth application and without cracking.  *nope*

   b. MudBots will pay the lab fees for the first three (3) break tests performed by the customer with their local ingredients.

   c. Local sand will vary in screening percentages meaning it will likely be different from the sand used in the MudBots facility in terms of number of fines, shape of sand grains, and overall grain size. This will affect the amount of water needed in your mix as well as the likelihood of a hose clog. Mixes that are too wet and moving too slowly in the hose cause larger aggregate to settle at the bottom and can clog the hose. Always use caution when testing new sand and be ready to flush the hose when necessary.

   d. Lime purity is not the same city to city even if it is the same brand. This change in purity will influence curing rates and workability. MSDS reports on the lime will tell you it's purity. Those reports can be obtained online or from the supplier.

   e. Water alkalinity and iron content will also affect mix ratios and formulas. Obtain as much info as you can regarding the content of your local water source.

   f. Portland Cement from different cement plants will have a varied chemical makeup and will affect the curing rate. Always use a tested brand of Portland Cement when doing commercial work.

   g. Plasticizer, accelerants, retardants, and all other additives vary significantly from brand to brand. Always test and understand the properties of each element of a mix before attempting to print any commercial structure.

   h. Maintaining a consistent water temperature from batch to batch is critical as water temperature plays a large role in cure time and workability. This may require use of a water heater or chiller that are not included with the purchase of the printer.

*Do x Do*

9/2022 MudBots/11023

# Training Terms Agreement

**MudBots®**
FUTURE OF CONCRETE

40 Iron St, Tooele, UT 84074 | Phone: +1 (800) 733-7302

f.  Buyer agrees that only quality prints that have been approved by MudBots will be used for demonstration purposes as the quality of prints being shared with the public affects the reputation of MudBots, dealers and customers.

*nope*

g.  To maintain the quality of the MudBots name, MudBots reserves the right to ask that the print team destroy any print that is not up to the quality standards of a certified print team.

h.  Post-Training will culminate in the print of a Proof of Concept Mini Home within 60 days of receiving printer. This Mini Home is simply a show piece and does not need to be permitted, rather it will act as an example to the building department and structural engineers to help them visualize concrete 3D printing; this will make permitting commercial homes easier. As such, delays in engineering and/or permitting is not an excuse to delay Mini Home construction.

*not, Doing This*

i.  As MudBots' training improves and more is learned and researched in this new and growing technology, new videos will be sent to the training team. It's essential that the training team stay up to date on advancements and new discoveries with the technology. Therefore, Training team is expected to watch these videos and answer questions similar to what was done in pre-training. Failure to watch continuing education videos before completing post-training will prevent post-training certification and risk the loss of the purchase discount given for post-training compliance. Failure to watch aforementioned videos after post-training certification will result in a $1,000 fine.

j.  Pilot must return yearly for a one-week training to stay updated on new methods, features, and advancements in the technology.

*owe this*

## 18. DEMONSTRATIONS

Training includes how to display and demonstrate the printer and methods of printing to prospective customers. During the course of training, Print Pilot may have opportunity to meet with prospective customers to become familiar with the questions and responses to most common enquiries.

## 19. CUSTOMER SUPPORT

*Didn't Do This.*

a.  Pilot and Buyer will be given 50 audio calls with actual customer questions which they will be asked to study to familiarize themselves with common questions and answers.

b.  Pilot and Buyer will be given opportunity to take live calls and test their ability to competently direct customers to requested information.

c.  Trainee Calls will be recorded for discussion purposes.

## 20. LAPTOP

Each Trainee will need to have a laptop with internet for course review and after-hours homework. Trainees need to learn how to use the back end of MudBots website for submitting reports, and access will be provided.

© 2022 MudBots 12/22

# Training Terms Agreement



46 Iron St. Tooele, UT 84074 | Phone +1 (800) 733-3307

## 21. WHAT IS NOT PROVIDED BY MUDBOTS

Buyer and Trainees acknowledge that:

a.  MudBots is unable to provide suggested wall details and other structural engineering solutions.

b.  MudBots does not teach how to create 2D and 3D drawings.

c.  MudBots is unable to teach general construction. Experience has shown that those who lack years of construction management as a general contractor have a difficult time bridging the experience gap.

## 22. ELECTRICAL SUPPORT TOOLS

Trainees need to demonstrate competency in the use of micrometer and ohm meter in the event of any electrical support to be able to check wires.

*Didnt Do Went home 1 wk earlx. Has Cost us A lot*

## 23. UNSUPERVISED TRAINING

Training will begin with side-by-side supervised instruction. Third week will be partial oversight with the fourth and fifth week without oversight.

Unsupervised use of the Facility is not permitted.

## 24. TRAINEES COMPENSATION

Buyer is responsible for the wages and time of their respective Trainee members, employees, and possible day laborers during Training.

© 2022 MudBots 12/22



# Training Terms Agreement

*no second crew*

40 Iron St, Tooele, UT 84074 | Phone +1 (800) 733-7302

## 25. 3rd PARTY WORK

a. Longer prints such as house plans can take more than 8 hours and will require two crews. Part of the training is a print crews' ability to train additional help in preparation for dual crew prints. The cost for additional help is the responsibility of the Buyer.

b. Print team will learn how to do wall finishing during prints however larger prints that will require finishing inside and out will require the coordination and hiring of a finishing crew. 3rd party crews are required to sign NDA's and will need to participate in a one-day training before being contracted for house plan prints.

## 26. MUDBOTS LABOR RATES

If any member of the print team is unable to be present during a print day and if day labor is not available following the 2nd week of assisted training, MudBots may provide labor on a case-by-case basis depending on the current build schedule.

MudBots labor rates are:

| | |
|---|---|
| Warehouse worker | 22.00 hr |
| Managers/Engineers | 38.00 hr |

Labor that is needed above and beyond normal working hours of 8 - 6, Mon - Thurs will be billed at time and a half.

## 27. MUDBOTS FACILITY HANDBOOK

Trainees will review and sign the MudBots Facility Handbook, which governs conduct. While visiting the Trainees are not MudBots employees, they need to be aware of the general policies and expected behavior during their stay.

## 28. PRINT DAY MEALS

a. There are several places to eat within 5 minutes from MudBots Facility. Lunches should be brought on days when printing as the days can be long and there is no time to stop when the printer is in operation. Trainees will have some print days where they will not have time to leave for lunch.

b. Do not invite MudBots employees or any associates to lunch or get togethers during or after work unless invited by MudBots CEO.

## 29. GUEST ACTIVITIES

Trainees may be invited to participate in weekend and afterwork activities by MudBots CEO. Some activities, such as motorsports, shooting, hiking, etc. are physically demanding and may be potentially dangerous. If the Buyer does not want their Trainees or any other Visitors associated with Buyer to participate in these activities, they need to specify the same in writing prior to Utah training.

# Training Terms Agreement

MudBots®
FUTURE OF CONCRETE

40 Iron St. Tooele, UT 84074 | Phone: +1 (800) 723-7302

If Trainees or any others are allowed and wish to participate, releases will need to be signed for some activities.

## 30. HAZARDS

a. Trainees understand that they will be working in an active manufacturing environment. Care should be taken to stay in the area of the Facility that pertains to the Training and course instruction. Trainees should be mindful of their surroundings and exercise caution at all times.

b. Trainees should not attempt to use forklifts or other equipment that they have not been specifically asked or trained to use.

c. Some mix additives can be hazardous. Trainees will be working with dry and wet concrete and additives. Care should be taken to keep hands clean to prevent lime and other chemicals from irritating the skin. Trainees should bring their own protective glasses, face mask/respirator, and closed shoes.

d. Open toe shoes are not permitted in MudBots production area.

e. Buyer releases MudBots from ALL liability in the event of accident or injury to Trainees.

## 31. BUILDING USE

a. Trainees will take place in class areas and designated production area. Trainees should not be in the production area or upstairs office unless with their trainer. Trainees will be provided vests that must be worn at all times when in production area.

b. Training will not be conducted on weekends or public holidays. Access to the Facility on weekends or after hours should not be asked for except in the printing of the capstone print.

c. If MudBots authorizes after hour use of facilities Buyer agrees to reimburse MudBots for employee time and or overtime. All prints need to be started with enough time to complete and clean before 5pm.

## 32. HANDS AND FEET CLEAN

The printing process will result in dirty hands and feet from time to time. When hands get dirty, they should be promptly washed to avoid soiling parts of the printer including computers, trussing, tools, etc. Dirty shoes need to be cleaned to prevent tracking mud into other parts of the offices.

## 33. DAILY CLEANUP

a. The cleanup and machine maintenance each day is part of the Training. All team members will be responsible for keeping a clean workspace, which is addressed in the post-printing checklist.

b. Following the initial instruction of post print requirements, including cleaning of printer, mixers, pumps, hoses and tools, Trainees will be unassisted as a means of recognizing the time required for the same and becoming more proficient in the process.

c. Pallets with waste need to be put in the dump trailer. Landlord prohibits the storage of pallets with waste to be outside overnight. If debris falls from the pallets when loading in the trailer, the area needs to be picked up and swept.

©2022 MudBots 12-22

# Training Terms Agreement



40 Iron St. Tooele UT 84074 | Phone +1 (800) 733-2302

d.  Please note that there is a procedure for disposing of liquids and mud that prevents materials from going into the Facility sewer that must be adhered to and followed. All excess mud, mixes, and wastewater must be captured and taken off site for disposal. Dumping Cementous wastewater in the facilities sewer will result in a CITY FINE of up to $25,000 for which Buyer will be responsible.

## 34. REQUIRED PARTICIPATION    *Missed two weeks*

Missed days by any Trainees is a challenge to MudBots as they are forced to cover twice the material on subsequent days. Attendance for all Training days is required. If more than three days are missed by any Trainees or five days collectively, MudBots may be required to reschedule or extend training for which costs will need to be reimbursed.

## 35. ABSENT MEMBERS

If a member of the Print Team becomes ill and is not able to be present, Buyer will need to hire a day laborer (as would be necessary in a real-life scenario). Day laborers can be hired at the local Home Depot or similar location. Day laborers need to sign NDA agreement.

## 36. PUNCTUALITY

It is important that Trainees are punctual so Training can start and end on time each day. If a Trainee is going to be late for any reason, they need to contact MudBots Trainer.

## 37. PROVIDED TOOLS AND TOOLS TO PURCHASE

a.  MudBots will provide all tools and equipment needed during training however, Buyer should consider the purchase of tools and supplies that will be kept with the printer trailer/vehicle.

b.  Trainees should keep provided tools clean and put away after each day's use. If any provided tools are broken or misfunctioning, report the same to MudBots Trainer.

c.  There will be a walkthrough to understand where all the provided tools in the warehouse are at the beginning of a new Training class.

d.  Trainees understand that the purchase does not include hand tools for assembly and maintenance of the Printer and accessories.

e.  MudBots will provide a list of suggested tools which are suggested to be on hand during prints.

## 38. BUYER PURCHASE REQUIREMENTS

Mudbots will provide a detailed list of items that should be purchased and on hand when printing. It is best for Trainees to be using their own equipment to become familiar with their location and use.

Buyer is responsible for purchasing and delivering to training location,

- Ingredients for mixes
- Cleaning Materials



2022 MudBots  12/22

# Training Terms Agreement



40 Iron St. Tooele UT 84074 | Phone +1 (800) 733 7703

- Hand Tools for printing
- Hand tools for construction
- Toolboxes and organizational bins
- Allow for a full day of shopping as part of the training.
- Material removal

Pricing for some items is best if purchased online in advance. Some items are only available online and need to be purchased in advance so they will be available at the time of training.

## 39. SAFETY PRECAUTIONS

Due to hazardous chemicals and the risk of injury inherent with high pressure hoses, specific attention needs to be observed to safety instruction. Much of the Training will relate to a safe job site and safe practices.

Trainees will be asked to wear proper safety gear including hard hats, florescent vests, gloves, eye protection and rubber soled boots when printing.

## 40. FAILED PRINTS

Most Trainees fail to appreciate the seriousness of the procedures and instruction until they've experienced print failures. Failures will be discussed and analyzed until understood. Trainees will be allowed to fail.

Part of the course includes printing that is intended to fail. You will learn as much from failures as you will from successes.

## 41. SUCCESSFUL PRINTS

The Training requires the successful printing of 10 structures. The beginning structures will be smaller and gradually increase in size and complexity. Failed prints will need to be re-printed until the Trainees can demonstrate their ability to print all without assistance.

## 42. LOSS DURING TRAINING

Failure to follow instruction can result in damage or loss to equipment. Equipment loss will be at the expense of the Buyer if instruction had been given and instructions were not followed.

## 43. CLOTHING

Trainees should wear clothes appropriate for hands-on concrete work. Trainees need to bring work clothes that can be soiled or damaged.

Trainees agree to wear safety vests provided by MudBots at all times in the production area.

## 44. MIX TRAINING       *Missed this*

a.  Training will be given various mix formulas including experimental mixes as a means to better understand different additives and ways to modify and correct real-life challenges in the field. Trainees will be asked to print the same items using different mixes to illustrate the principles being shared.

2022 MudBots SPC

# Training Terms Agreement

**MudBots**®
FUTURE OF CONCRETE

40 Iron St, Tooele, UT 84074 | Phone: +1 (800) 733-2301

b.   Trainees will be given proprietary mix formulas that they acknowledge are under IP protection.

c.   Buyer will be asked to source the same mix ingredients in their City/State following printer purchase. If the same
ingredients are not available, Buyer is required to purchase substitutes for mix testing in enough quantities for
new testing during training. Formulation of new mixes are costly and time consuming. Trainees need to expect
frustrating days and failure until the desired outcome is achieved. Ingredients need to be purchased and delivered
to MudBots Utah two weeks prior to first training date.

d.   Buyer should check material availability in Utah and may need to purchase mix materials ahead of training to
ensure Trainee's can print as much as possible during training.

e.   Sand that contains aggregate larger than 3 mm will lead to hose clogs as the larger aggregate tends to settle in
the bottom of the hose, clogging it over time. Because of this, Trainees are responsible for obtaining sand that is
within spec for moisture content and grain size (less than 5% moisture and 3mm minus). Sand that is does not
fall within this spec will need to be dried out and/or sifted.

## 45. SITE CONTROL        *Missed this*

Trainees will be taught about site control as it pertains to protection of intellectual rights and responsibilities. They
will be taught how to prepare a site, protect electrical and water sources including using surge protectors, as well
as secure the print area and the people allowed to view and access the print structure, including customers and
suppliers. Some Buyers will be asked to prepare a plan that demonstrates they have considered the special
considerations for protecting the same.        *Did not Disclose Setting up At a school*
*talked to Stacy - she misled me*

Part of the training will take place in MudBots' outdoor print site located adjacent to the MudBots warehouse. Print
team is encouraged to hire night security to protect the printer during the off hours. MudBots is not liable for any
vandalism, theft, or other that may befall the printer due to a lack of security.

## 46. REPORTING        *Sent Doc For their*
*Plan to Protect. she was*
Trainees will be required to use pre-print and post-print checklists for each print as well as completing reports on *Aware*
all print jobs. Completion of thorough print reports is essential and required each day before moving on to
subsequent prints.

*3rd Printer*

## 47. BUSINESS INTERFERENCE

a.   Trainees are asked to respect that MudBots has a business to run in conjunction with the Training, with schedules
to meet and other customers that will be on-site for print demonstrations. Trainees are asked to avoid conversation
with other customers and refer questions to their MudBots Trainer.        *First Violation - Jason*

b.   Prospective customers are curious and will undoubtedly want to get others to strike up conversations. Trainees
may think that they are being helpful, but they can inadvertently create confusion and are therefore prohibited
from engaging in conversations with the same unless they are engaged in the interaction as part of their training.



© 2022 MudBots - LLC

# Training Terms Agreement



40 Iron St. Tooele, UT 84074 | Phone: +1 (800) 733-2302

c.  The controlled environment is essential for Training. Any questions that Trainees have should be directed to their Trainer as he/she is the only individual qualified to give direction or answer questions. MudBots employees have their own responsibilities each day. Only the MudBots Trainer knows which employees are qualified to answer different types of questions. It may be dangerous for Trainees to ask unqualified employees for advice. Employees have been instructed to avoid conversation with Trainees in the same way Trainees have been asked to avoid disrupting or communicating with non-designated employees.  *Frequently ignored*

d.  Similarly, Trainees need to exercise similar restraint when interacting with others on a job site. Trainees need to understand what they can and cannot say to prospective customers, inspectors, and strangers on a job site. Not everyone on site is necessarily a friend.

## 48. TRAINEE CONTRIBUTIONS

Much of the training offered today is a result of the contributions of past training groups including their investment of time, print experiments & suggested building methods. Current trainees should expect to participate in the same way as what we learn collectively is a benefit to all.

## 49. PHOTOGRAPHY

a.  Buyer acknowledges that MudBots will be videoing much of the Training as well as printing activities for demonstration and future training purposes. Some parts of the Training will include review of video topics that were prerecorded, including recordings of previous Trainees.

b.  In order to provide the best video content for you and your future team members, one trainee will be designated to assist with the video recording of the training. This trainee will take notes on topic keywords so that the videos can be categorized. All this footage will be shared with the Training Team to facilitate training of future team members. Trainee will work with the trainer to ensure that the camera batteries are always full and SD cards always have room to record the days training material.

c.  As such, the Trainees are not permitted to take photographs or video of the printer or the print structures without permission from MudBots. If Trainees want video or stills, they need to ask the MudBots Trainer for the same and copies will be provided. There are no exceptions as MudBots must review all shared media to guarantee that IP concerns are considered. Additionally, there will be new tech R&D underway that can't be accidentally captured as it interferes in IP rights and can limit "patentability" as a result of known "prior art".

## 50. MEDIA SHARING

a.  Trainees will not be allowed to photograph or post socially any part of the training. Trainees are restricted from sharing actual images or video without the express written permission.

b.  Trainees are restricted from taking cameras, phones, recording devices of any kind, or internet capable devices into the assembly testing area.

# Training Terms Agreement



40 Iron St. Tooele, UT 84074  |  Phone +1 (800) 733-2302

c. Permission may be granted for the Print Pilot to bring a phone into the restricted area, but any photography, recording or posting will result in the loss of such privilege and may cause a termination of Training.

d. Videotaping will be taking place during the training and will be used for future training groups as well as prospective buyers.

e. Buyer and Trainee acknowledges that MudBots may use part or all of the training for promotional footage or future training.

## 51. PRINTER SHIPPING

Buyer needs to arrange for shipping while they are on site at the end of training. Packing the printer is the final Utah training process. Buyer will be asked to verify the visual inclusion of all components to prevent claims of missed parts, tools or other purchases made during training.

Buyer should allow 2 to 3 hours for loading their printer.

## 52. PRINT DEBRIS

a. The printed objects that are part of the Training, whether successful or not, are the responsibility and property of the Buyer. Buyer is responsible to remove all printed materials prior to finishing the Training program. Printed objects can be shipped to Buyer's facility, or they can be broken down and taken to the dump.

b. Buyer authorizes MudBots to keep prints that are too big to transport or prints that are not going to be transported for training purposes.

c. MudBots will provide a vehicle and dump trailer for debris removal.

## 53. COURSE LANGUAGE

a. Course instruction will be taught in English. International Trainees of a different language will need to provide an interpreter for the duration of the Training. Materials provided will be in English.

b. Product support is also provided in English. It is the Buyer's responsibility to have onsite support that is proficient in English.

c. Note: Coarse language may at times be used during Training as is common practice in the construction industry.

## 54. RECRUIT TRAINING

The last week of Training may include opportunities to teach new Trainees what has been learned, which serves as a review of the Trainee's temperament and patience during training of others.

© 2022 MudBots  13/15

# Training Terms Agreement



40 Iron St. Tooele, UT 84074 | Phone +1 (800) 733-3103

## 55. FORKLIFT & EQUIPMENT USE

Trainees may operate Mudbots forklifts but must provide proof of safe use and prior training. Buyer acknowledges responsibility for damage or injury as a result of their Trainees' use of Forklifts and other equipment/tools provided by MudBots.

## 56. TRAILERS, FLATBEDS, AND BOXTRUCKS

a. MudBots will provide vehicle and trailers for material pickup and waste removal.

b. Drivers need to provide a copy of a valid driver's license as well as proof of insurance before use. Trailers should not be used before checking:

- Tire pressure
- Proper connection
- Proper loading and securing of load
- Lights

c. Those who do not have experience driving with trailers and heavy loads are not permitted to use vehicles with trailers. Allow for additional breaking time. Do not tailgate vehicles. Allow for wider turns and use outside turning lanes on heavy material loads.

d. Trainees need to have insurance and a driver's license if using Seller's vehicles and trailers.

e. Trainees should make a video of vehicle and trailer condition before use as a means of documenting before use.

f. Buyer accepts liability for damage to vehicles or trailers during use. Any damage should be reported right away and will need to be repaired during training. The coordination for repair quotes and repairs is the responsibility of Buyer.

## 57. TEAM DISPOSITION

a. Anyone that has worked with Concrete or Cementous materials knows that concrete waits for no one. Failure to properly prepare for the work at hand will result in undesirable results, loss of time, money, and reputation as well as potential injury. The work can be strenuous and will require a team that is able to work tiring/long hours.

*ignored Pre Print Reports.*

b. The challenge with 3DCP is the ability to respond to any number of situations in less than 7 minutes. Depending on the curing rate of the mix being used, any challenge that cannot be remedied in under 15 minutes will result in

*Agitated when reminded.*

©2022 MUDBOTS

# Training Terms Agreement



40 Iron St. Tooele, UT 84074  |  Phone: +1(800) 733-2302

a cold joint that are generally time consuming and costly. This takes practice, understanding and a need to learn each individual's responsibility in different situations.

c.   Trainees will be asked to practice common remedies until proficient. This is tedious and will require diligence and patience to perfect. The experience and proficiency gained here in practice will make the difference when home and printing on their own.

d.   **Don't expect to be good at the start.** There will be high days and low days throughout the Training. Due to the nature of printing concrete, there will be times when things do not go as planned which can become frustrating, and in those times, cooler minds must prevail.

e.   Trainees must demonstrate an ability to work in trying and tiring conditions and maintain a positive attitude throughout the training.

f.   The Trainees must ensure a print environment that fosters team building and protects the reputations of the Buyer and MudBots.

g.   As the Trainees becomes familiar with the many aspects of concrete printing, they will encounter difficulties that they will be asked to discuss and, in some cases, will be left to their own devices to problem solve.

h.   Trainees will have opinions and suggestions throughout the process. New ideas are encouraged however, Trainees acknowledge that MudBots will be instructing specific processes and procedures. There is always a better way of doing things and while new ideas are encouraged, Trainees respect that not all ideas will be implemented immediately. If trainees disagree with specific instruction they will follow the MudBots method of operation in a polite manner.   *team complainers – Combative*

i.   Buyer ensures that Trainees will follow instructions and conduct themselves in a professional manner at all times. Arguing, swearing, or demeaning anyone that is part of the training is strictly prohibited. If any situation arises where professional conduct is questioned, the incident will be discussed with trainee privately. If similar behavior continues, Buyer will be notified and asked to intervene. If after speaking to Buyer the behavior continues, Buyer authorizes MudBots to terminate the training immediately. If training is terminated, Buyer will be responsible for providing a new print team and scheduling a new training date which will be no sooner than 30 days as of the date of termination to allow for pretraining requirements. The cost of training a 2nd print team is $11,000 and will need to be paid at the time of scheduling.

## 58. TRAINING TERMINATION

Buyer acknowledges that MudBots has authority to terminate the Training for reasons they believe demonstrate an indifference or disrespect for curriculum or safety. Some of the reasons a Training can be terminated include but are not limited to:

*Had grounds to terminate many times.*

•   Repeated No-Show or Unexcused Absences

# Training Terms Agreement



40 Iron St. Tooele, UT 84074 | Phone +1 (800) 733-2955

- Repeated Tardiness
- Failure to complete homework assignments
- Repeated failure to pass curriculum tests.
- Repeated failure to work together as a team.
- Repeated failure to follow pre-print and post-print requirements.
- Repeated failure to follow MudBots instructions.
- Repeated violation of Photography or Media policy
- Repeated violation of professional conduct

## 59. CAUSES FOR IMMEDIATE TERMINATION

- Failure to receive balance payment by the end of the second (2nd) week of training.
- Intoxication or Chemical impairment
- Physical fighting or threats of any kind to other Trainee's or MudBots staff.
- Discovery of theft
- Harassment, sexual or otherwise
- Repeated failure to follow instruction
- Loss of print team member

## 60. CONSEQUENCE OF TERMINATION

If a Training is terminated, Buyer acknowledges that any unpaid balance on the printer and accessories will be immediately due and payable. The Training will need to be rescheduled in accordance with the MudBots schedule for other trainings. Buyer acknowledges that it may take one to two months to reschedule printer training. First training is included in the cost of printer. Cost for re-training is 15,000.00

## 61. RESCHEDULING (Initial Training)

Buyers who are unable to provide complete training teams on the date scheduled by MudBots can request a new training date but in doing agree to the following:

- Costs for Takedown and storage of printer
- Pay $15,000 for new training.
- Pay Balance on printer and purchase of accessory equipment.

## 62. COURSE QUESTIONNAIRES

Throughout the Training, and for the purpose of improving the Training experience, the Trainees will be asked to compete course questionnaires and evaluate the information and instruction provided. Constant improvement is a key aspect of developing printers and procedures for operating them, and honest feedback and constructive criticism will help MudBots better serve our Buyers and protect their investment.

# Training Terms Agreement



40 Iron St, Tooele UT 84074 | Phone: +1 (800) 733-2302

## 63. LIABILITIES

Buyer will use their own printing equipment during training and is responsible for damage done to hoses, tools, pump, mixers, augers, stators, and printed structures as a result of error or improper use. Buyer also understands that augers, stators, and rotors are considered consumable items that wear out over time and are the responsibility of the Buyer to replace when necessary.

## 64. VISITORS

a. Please note that if any visitors of the Trainees will be coming to MudBots Facility, they will not be allowed in the workshop area unless they have been pre-approved by completing all visitation documents. Non-Trainees visitor paperwork must be completed two days before the scheduled visit WITHOUT EXCEPTION. Master Dealers that are bringing guests must make sure that all their paperwork is done on time and the paperwork that they are completing is the "then current" version.

b. Children will not be allowed in the MudBots facility as it is a warehouse/construction environment that is not considered safe for young children.

## 65. NDA / NON-COMPETE

a. Everyone participating in the Training will be required to sign the NDA / Non-Compete Agreement with MudBots.

b. **Trainees acknowledge that by accepting the training offered by MudBots that they will not work for any competing printer company or any company using any other printer system other than MudBots. Training will only be offered if accepted by Trainee.**

c. Participants in the training and any additional attendees must have all their paperwork completed two weeks before pre-training date.

d. It is also recommended that buyer prepare a non-compete with their own Trainees and any employees that will have access to the information provided or any that will see or have access to the printer.

e. Buyer should consider other agreements with their personnel and Trainees to protect them such as employment agreements specifically stating wage and employment term.

f. Buyer will be making a significant investment in the training of printing members. Through the training, Trainees will become more and more aware of the marketability and income advantages of concrete printing.

g. In the past we have experienced individuals of a Print Team returning home and terminating their employment to start their own company.

h. Some considerations are listed below.

- Employer's non-compete.
- Employee will not leave Buyer's employment after training.

| Trainee Initial HERE

©2022 MudBots LLC

## Training Terms Agreement



40 Iron St, Tooele, UT 84074 | Phone +1 (800) 733-2302

- Pre-accepted wage for the next two (2) years
- Consequence if fired or quits before two (2) years.

### 66. BALANCE PAYMENT

a. The balance of payment is due following the completion of Buyer's printer(s) and at the end of the second (2nd) week of training. Payment should be made in advance of the due date to avoid delays in instruction or required prints. Payments by check will require 4 days for clearing. Wire payments require 24 hours for clearing regardless of actual wire confirmation.

b. After completion of week 2 of training, Trainee's will not be able to continue training until the final balance has been paid.

### 67. COVID CONSIDERATIONS

a. Trainees agree to follow the Utah Governor's workplace precautions for Covid-19 including use of masks, social distancing, and regular hand washing throughout the day.

b. Due to the current environment, there is the possibility that a Covid re-outbreak could take place in Utah or within MudBots Facility, which may interrupt all or part of the Training.

c. Buyers, Trainees, Visitors, and all others associated with such release MudBots from any liability relating to the same. As restrictions loosen and the vaccine is adopted, MudBots will update the Covid policy.

### 68. DOCUMENT REVIEW

Trainees agree to review the UNIVERSAL TERMS OF PURCHASE, TRAINING TERMS and the RMD AGREEMENT if coming as a Master Dealer before arriving.

### SIGNATURES

Trainee agrees to sign an original copy of the training terms and NDA upon arrival.

## Training Terms Agreement



40 Iron St. Tooele, UT 84074 | Phone: +1 (800) 733-7302

Buyer / Trainee

Eden Building Solutions, LLC
Company (or associated Buyer)

Nate Schluoter
Print Name

Signature

2/16/23
Date

MUDBOTS

James Lyman Kurse
MudBots CEO

James Lyman Kurse
MudBots Name

Signature

2/19/23
Date

Nate I Schluot

Trainee Initial HERE

©2022 MudBots 13/21